**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL STARY, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>   v.<br><br>TELADOC HEALTH, INC., JASON NATHANIALL GOREVIC, and MALA MURTHY,<br><br>                   Defendants. | Case No.: 7:24-cv-03849-KMK<br><br>**NOTICE OF ERRATA** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

    **PLEASE TAKE NOTICE** that Plaintiff Paul Stary hereby files the attached corrected Certification containing his transactions in Teladoc Health, Inc. during the alleged Class Period. *See* Exhibit A. The previous version inadvertently omitted the transaction schedule.

Dated: May 20, 2024           Respectfully Submitted,

                  **LEVI & KORSINSKY, LLP**

                  s/ Adam M. Apton
                  Adam M. Apton
                  33 Whitehall Street, 17th Floor
                  New York, N.Y. 10004
                  Tel.: (212) 363-7500
                  Fax: (212) 363-7171
                  Email: aapton@zlk.com

                  *Attorneys for Plaintiff*

1