**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL STARY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TELADOC HEALTH, INC., JASON NATHANIALL GOREVIC, and MALA MURTHY, <br><br> Defendants. | Case No.: 7:24-cv-03849-KMK <br><br> Hon. Kenneth M. Karas |
| ANDREW WAITS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TELADOC HEALTH, INC., JASON GOREVIC, and MALA MURTHY, <br><br> Defendants. | Case No.: 7:24-cv-05339-UA |

**NOTICE OF MOTION OF ALI TOUAT FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Ali Touat ("Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned actions (the "Actions"), (2) appointing Movant as Lead Plaintiff pursuant to § 21D of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation of the Actions, appointment as lead plaintiff, and approval of

his choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the

PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration

of Adam M. Apton in support thereof, and the Court's complete files and records in this action, as

well as such further argument as the Court may allow at a hearing on this motion.

Dated: July 16, 2024                                Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Ali Touat and [Proposed]*
*Lead Counsel for the Class*