**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL STARY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TELADOC HEALTH, INC., JASON NATHANIALL GOREVIC, and MALA MURTHY, <br><br> Defendants. | Case No.: 7:24-cv-03849-KMK <br><br> Hon. Kenneth M. Karas |
| ANDREW WAITS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TELADOC HEALTH, INC., JASON GOREVIC, and MALA MURTHY, <br><br> Defendants. | Case No.: 7:24-cv-05339-UA |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF ALI TOUAT'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Ali Touat ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:   PSLRA Certification signed by Movant attesting to his transactions of Teladoc Health, Inc. ("Teladoc" or the "Company") stock;

**Exhibit B**:   Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Teladoc stock;

**Exhibit C**:   Press Release published May 17, 2024, on *Globe Newswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Stary v. Teladoc Health, Inc., et. al.,* Case No. 7:24-cv-03849-KMK;

**Exhibit D**:   Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:   Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: July 16, 2024                                  Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Ali Touat and [Proposed]*
*Lead Counsel for the Class*

2