# EXHIBIT B

| Client Name | Ali Touat |
|---|---|
| Company Name | Teladoc Health, Inc. |
| Ticker Symbol | TDOC |
| Security Type | |
| Class Period Start | 11-02-2022 |
| Class Period End | 02-20-2024 |
| 90-DAY Lookback Period Start | 02-21-2024 |
| 90-DAY Lookback Period End | 05-20-2024 |
| 90-DAY Lookback Average | $ 14.10 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $67,130.96 |
| DURA LIFO* Total | $67,130.96 |
| Gross Shares Purchased | 10,412 |
| Net Shares Retained | 10,412 |
| Net Funds Expended | $213,966.60 |

| Ali Touat | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchases | | | Sales | | | | | | Retained | | | | Losses | |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-19-2023 | 10412 | 20.55 | $ 213,966.60 | | | | | | - | 10412 | 10412 | $ 14.10 | $ 146,835.64 | $ 67,130.96 | $ 67,130.96 |
| Total: | 10,412 | | $213,966.60 | | | | | | | 10,412 | 10,412 | | $146,835.64 | $67,130.96 | $67,130.96 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.