# EXHIBIT C



*Source:* *Levi & Korsinsky, LLP*

*May 17, 2024 19:39 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Teladoc Health, Inc. Stock and Sets a Lead Plaintiff Deadline of July 16, 2024

NEW YORK, May 17, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired stock of Teladoc Health, Inc. ("Teladoc" or the "Company") (NYSE: TDOC) between November 2, 2022 and February 20, 2024, both dates inclusive. You are hereby notified** that the class action lawsuit *Paul Stary v. Teladoc Health, Inc., et al.* (Case No. 1:24-cv-03849) has been commenced in the United States District Court for the Southern District of New York. To get more information **go to:**

https://zlk.com/pslra-1/teladoc-health-inc-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

The complaint alleges that on February 20, 2024, Teladoc announced its fourth quarter and full year results for the period ended December 31, 2023. The announcement disclosed that Teladoc had experienced substantially less growth than previously forecasted. The Company also disclosed that it was expecting decreased revenue for its BetterHelp segment, an online counseling service. Analysts attributed this trend to BetterHelp's market saturation and increased advertising costs causing a rise the cost of customer acquisitions.

Following the release of the earnings report, TDOC shares fell $4.85/share, or 23.6%, overnight..

**If you suffered a loss in TDOC stock, you have until July 16, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004

jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com

jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com