UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL STARY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>TELADOC HEALTH, INC., JASON NATHANIALL GOREVIC, and MALA MURTHY,<br><br>                    Defendants. | Case No.  7:24-cv-03849-KMK |
| ANDREW WAITS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>TELADOC HEALTH, INC., JASON GOREVIC, and MALA MURTHY,<br><br>                    Defendants. | Case No.  7:24-cv-05339-UA |

NOTICE OF MOTION OF ANDREW WAITS FOR CONSOLIDATION, APPOINTMENT AS
LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Andrew Waits ("Waits"), by and through his counsel, will and does hereby move this Court, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Waits as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons who purchased or otherwise acquired Teladoc Health, Inc. stock between November 2, 2022 and February 20, 2024, inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Oral argument will be on a date and at a time designated by the Court.

Waits is aware of Rule II.A. of this Court's Individual Rules of Practice ("Rule II.A."), which provides, in relevant part, that "a pre-motion conference with the Court is required for making any motion, except" for certain motions not at issue here, and that "[t]o arrange a pre-motion conference . . . the moving Party shall submit a letter . . . not to exceed three pages in length . . . setting forth the basis for the anticipated motion" and "[a]ll Parties so served must submit a letter response, not to exceed three pages, within seven days from service of the notification letter."  Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is July 16, 2024, on which date any member of the putative Class may so move.  *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).  Waits will thus not know the identities of the other putative Class members who intend to file competing Lead Plaintiff motions until July 17, 2024—the day after the statutory deadline—making a pre-motion conference with the Court and full compliance with Rule II.A. prior to the filing of Waits's

1

motion papers impracticable. Under these circumstances, Waits respectfully requests that compliance with Rule II.A. be waived in this instance.

Dated: July 16, 2024

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
James M. LoPiano
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

*Counsel for Andrew Waits and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Andrew Waits*