UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL STARY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>TELADOC HEALTH, INC., JASON NATHANIALL GOREVIC, and MALA MURTHY,<br><br>                    Defendants. | Case No.  7:24-cv-03849-KMK |
| ANDREW WAITS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>TELADOC HEALTH, INC., JASON GOREVIC, and MALA MURTHY,<br><br>                    Defendants. | Case No.  7:24-cv-05339-UA |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF ANDREW WAITS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Andrew Waits ("Waits"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Waits's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the consolidated action, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Complaint in the first-filed of the Related Actions, styled *Stary v. Teladoc Health, Inc. et al.*, No. 7:24-cv-03849 (S.D.N.Y.) (the "*Stary* Action");

Exhibit B:    Complaint in the second-filed of the Related Actions, styled *Waits v. Teladoc Health, Inc. et al.*, No. 7:24-cv-05339 (S.D.N.Y.);

Exhibit C:    Chart setting forth Waits's financial interest in this litigation;

Exhibit D:    Press release published via *Globe Newswire* on May 17, 2024, announcing the pendency of the *Stary* Action;

Exhibit E:    Shareholder Certification executed by Waits;

Exhibit F:    Declaration executed by Waits; and

Exhibit G:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 16, 2024.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1