# EXHIBIT C

**Teladoc Health, Inc. (TDOC)**
**Class Period: November 2, 2022 to February 20, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 10/24/2023 Corrective Shares Retained | 90-Days* Mean Price $14.1025 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Andrew Waits | Common Stock | 4/28/2023 | 500 | $26.4000 | ($13,200) | 4/28/2023 | (3,000) | $26.5000 | $79,500 | | | |
| Andrew Waits | Common Stock | 4/28/2023 | 500 | $26.4300 | ($13,215) | 4/28/2023 | (500) | $26.5200 | $13,260 | | | |
| Andrew Waits | Common Stock | 4/28/2023 | 500 | $26.4600 | ($13,230) | 7/5/2023 | (1,000) | $24.8700 | $24,870 | | | |
| Andrew Waits | Common Stock | 4/28/2023 | 500 | $26.4800 | ($13,240) | 7/26/2023 | (28,000) | $25.3900 | $710,920 | | | |
| Andrew Waits | Common Stock | 4/28/2023 | 500 | $26.4700 | ($13,235) | 8/14/2023 | (15,000) | $23.8200 | $357,300 | | | |
| Andrew Waits | Common Stock | 4/28/2023 | 500 | $26.5000 | ($13,250) | 8/15/2023 | (30,000) | $23.5800 | $707,400 | | | |
| Andrew Waits | Common Stock | 4/28/2023 | 500 | $26.5000 | ($13,250) | 8/18/2023 | (10,000) | $23.4700 | $234,700 | | | |
| Andrew Waits | Common Stock | 7/5/2023 | 500 | $24.7000 | ($12,350) | 8/18/2023 | (31,000) | $23.5400 | $729,740 | | | |
| Andrew Waits | Common Stock | 7/5/2023 | 500 | $24.6000 | ($12,300) | 10/24/2023 | (500) | $17.5100 | $8,755 | | | |
| Andrew Waits | Common Stock | 7/5/2023 | 1,000 | $24.8194 | ($24,819) | 10/24/2023 | (500) | $18.1500 | $9,075 | | | |
| Andrew Waits | Common Stock | 7/6/2023 | 2,000 | $22.6191 | ($45,238) | 10/24/2023 | (500) | $18.1500 | $9,075 | | | |
| Andrew Waits | Common Stock | 7/6/2023 | 2,000 | $22.6500 | ($45,300) | 10/26/2023 | (915) | $16.3900 | $14,997 | | | |
| Andrew Waits | Common Stock | 7/6/2023 | 2,000 | $22.8290 | ($45,658) | 10/26/2023 | (650) | $16.2000 | $10,530 | | | |
| Andrew Waits | Common Stock | 7/6/2023 | 1,000 | $22.8400 | ($22,840) | 10/26/2023 | (500) | $17.6000 | $8,800 | | | |
| Andrew Waits | Common Stock | 7/6/2023 | 3,000 | $22.8392 | ($68,518) | 10/26/2023 | (500) | $17.5000 | $8,750 | | | |
| Andrew Waits | Common Stock | 7/6/2023 | 2,000 | $22.8389 | ($45,678) | 10/27/2023 | (1,935) | $15.9600 | $30,883 | | | |
| Andrew Waits | Common Stock | 7/6/2023 | 2,000 | $22.8300 | ($45,660) | 10/27/2023 | (3,000) | $15.9700 | $47,910 | | | |
| Andrew Waits | Common Stock | 7/6/2023 | 1,000 | $22.8400 | ($22,840) | 10/27/2023 | (5,000) | $15.8900 | $79,450 | | | |
| Andrew Waits | Common Stock | 7/6/2023 | 1,000 | $22.8385 | ($22,839) | 10/30/2023 | (1,000) | $15.7500 | $15,750 | | | |
| Andrew Waits | Common Stock | 7/6/2023 | 500 | $22.8583 | ($11,429) | 11/14/2023 | (1,000) | $17.1500 | $17,150 | | | |
| Andrew Waits | Common Stock | 7/6/2023 | 500 | $22.8899 | ($11,445) | 11/14/2023 | (2,000) | $17.1200 | $34,240 | | | |
| Andrew Waits | Common Stock | 7/6/2023 | 500 | $23.5489 | ($11,774) | 11/14/2023 | (1,000) | $17.1000 | $17,100 | | | |
| Andrew Waits | Common Stock | 7/6/2023 | 500 | $23.8800 | ($11,940) | 11/14/2023 | (1,000) | $17.0900 | $17,090 | | | |
| Andrew Waits | Common Stock | 7/6/2023 | 500 | $24.1498 | ($12,075) | 11/14/2023 | (1,000) | $17.0600 | $17,060 | | | |
| Andrew Waits | Common Stock | 7/6/2023 | 500 | $24.4402 | ($12,220) | 11/14/2023 | (1,000) | $17.0400 | $17,040 | | | |
| Andrew Waits | Common Stock** | 7/7/2023 | 1,000 | $25.0000 | ($25,000) | 11/14/2023 | (1,000) | $17.0300 | $17,030 | | | |
| Andrew Waits | Common Stock** | 7/7/2023 | 1,000 | $24.5000 | ($24,500) | 11/14/2023 | (1,000) | $17.0100 | $17,010 | | | |
| Andrew Waits | Common Stock | 7/7/2023 | 1,000 | $22.4980 | ($22,498) | 11/14/2023 | (1,000) | $16.9900 | $16,990 | | | |
| Andrew Waits | Common Stock | 7/7/2023 | 1,000 | $22.6599 | ($22,660) | 11/15/2023 | (2,000) | $17.7800 | $35,560 | | | |
| Andrew Waits | Common Stock | 7/7/2023 | 1,000 | $22.6199 | ($22,620) | 11/15/2023 | (3,000) | $17.7000 | $53,100 | | | |
| Andrew Waits | Common Stock | 7/7/2023 | 1,000 | $22.6183 | ($22,618) | 11/15/2023 | (1,000) | $17.4600 | $17,460 | | | |
| Andrew Waits | Common Stock | 7/7/2023 | 1,000 | $22.4985 | ($22,499) | 11/15/2023 | (1,000) | $17.3200 | $17,320 | | | |
| Andrew Waits | Common Stock | 7/7/2023 | 1,000 | $22.4985 | ($22,499) | 11/28/2023 | (3,000) | $17.8200 | $53,460 | | | |
| Andrew Waits | Common Stock | 8/14/2023 | 10,000 | $23.5400 | ($235,400) | 11/28/2023 | (5,000) | $17.9600 | $89,800 | | | |
| Andrew Waits | Common Stock | 8/14/2023 | 1,000 | $23.6500 | ($23,650) | 11/29/2023 | (2,000) | $18.9800 | $37,960 | | | |
| Andrew Waits | Common Stock | 8/14/2023 | 2,000 | $23.3900 | ($46,780) | 11/29/2023 | (1,000) | $18.2600 | $18,260 | | | |
| Andrew Waits | Common Stock | 8/14/2023 | 2,000 | $23.6000 | ($47,200) | 11/29/2023 | (1,000) | $18.4800 | $18,480 | | | |
| Andrew Waits | Common Stock | 8/14/2023 | 5,000 | $23.6500 | ($118,250) | 11/29/2023 | (1,000) | $18.3000 | $18,300 | | | |
| Andrew Waits | Common Stock | 8/14/2023 | 1,000 | $23.6700 | ($23,670) | 12/1/2023 | (5,000) | $19.0800 | $95,400 | | | |

*Avg Closing Prices from February 21, 2024 to May 20, 2024

**Purchase transaction reflects settlement of option contract

**Teladoc Health, Inc. (TDOC)**
**Class Period: November 2, 2022 to February 20, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 10/24/2023 Corrective Shares Retained | 90-Days* Mean Price $14.1025 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Andrew Waits | Common Stock | 8/14/2023 | 1,000 | $23.7000 | ($23,700) | 12/1/2023 | (5,000) | $19.0500 | $95,250 | | | |
| Andrew Waits | Common Stock | 8/14/2023 | 1,000 | $23.7100 | ($23,710) | 12/1/2023 | (5,000) | $18.9900 | $94,950 | | | |
| Andrew Waits | Common Stock | 8/14/2023 | 1,000 | $23.7800 | ($23,780) | 12/1/2023 | (5,000) | $18.9400 | $94,700 | | | |
| Andrew Waits | Common Stock | 8/14/2023 | 1,000 | $23.8000 | ($23,800) | 12/1/2023 | (5,000) | $18.8200 | $94,100 | | | |
| Andrew Waits | Common Stock | 8/15/2023 | 10,000 | $23.4000 | ($234,000) | 12/4/2023 | (5,000) | $19.1500 | $95,750 | | | |
| Andrew Waits | Common Stock | 8/15/2023 | 10,000 | $23.4800 | ($234,800) | 12/6/2023 | (5,000) | $19.4500 | $97,250 | | | |
| Andrew Waits | Common Stock | 8/15/2023 | 10,000 | $23.5300 | ($235,300) | 12/6/2023 | (5,000) | $19.4500 | $97,250 | | | |
| Andrew Waits | Common Stock | 8/15/2023 | 5,000 | $23.4500 | ($117,250) | 12/6/2023 | (5,000) | $19.4400 | $97,200 | | | |
| Andrew Waits | Common Stock | 8/15/2023 | 5,000 | $23.4700 | ($117,350) | 2/13/2024 | (2,000) | $19.7700 | $39,540 | | | |
| Andrew Waits | Common Stock | 8/15/2023 | 4,000 | $23.5100 | ($94,040) | | | | | | | |
| Andrew Waits | Common Stock | 8/15/2023 | 2,000 | $23.4500 | ($46,900) | | | | | | | |
| Andrew Waits | Common Stock | 8/15/2023 | 2,000 | $23.4600 | ($46,920) | | | | | | | |
| Andrew Waits | Common Stock | 8/15/2023 | 2,000 | $23.4800 | ($46,960) | | | | | | | |
| Andrew Waits | Common Stock | 8/16/2023 | 500 | $23.0600 | ($11,530) | | | | | | | |
| Andrew Waits | Common Stock | 8/16/2023 | 500 | $23.0400 | ($11,520) | | | | | | | |
| Andrew Waits | Common Stock | 8/18/2023 | 10,000 | $23.0800 | ($230,800) | | | | | | | |
| Andrew Waits | Common Stock | 8/18/2023 | 10,000 | $23.1100 | ($231,100) | | | | | | | |
| Andrew Waits | Common Stock | 8/18/2023 | 10,000 | $23.3000 | ($233,000) | | | | | | | |
| Andrew Waits | Common Stock | 8/18/2023 | 10,000 | $23.4000 | ($234,000) | | | | | | | |
| Andrew Waits | Common Stock | 8/18/2023 | 10,000 | $23.4000 | ($234,000) | | | | | | | |
| Andrew Waits | Common Stock | 8/22/2023 | 10,000 | $22.8700 | ($228,700) | | | | | | | |
| Andrew Waits | Common Stock | 8/22/2023 | 10,000 | $22.8700 | ($228,700) | | | | | | | |
| Andrew Waits | Common Stock | 9/13/2023 | 5,000 | $21.9800 | ($109,900) | | | | | | | |
| Andrew Waits | Common Stock | 9/13/2023 | 5,000 | $22.0300 | ($110,150) | | | | | | | |
| Andrew Waits | Common Stock | 9/13/2023 | 5,000 | $22.1000 | ($110,500) | | | | | | | |
| Andrew Waits | Common Stock | 9/13/2023 | 5,000 | $22.1300 | ($110,650) | | | | | | | |
| Andrew Waits | Common Stock | 9/21/2023 | 5,000 | $19.4800 | ($97,400) | | | | | | | |
| Andrew Waits | Common Stock | 9/22/2023 | 5,000 | $19.2300 | ($96,150) | | | | | | | |
| Andrew Waits | Common Stock | 2/13/2024 | 2,000 | $19.7500 | ($39,500) | | | | | | | |
| **Andrew Waits** | **Common Stock** | | **210,500** | | **($4,843,496)** | | **(210,500)** | | **$4,533,464** | **88,500** | **$0** | **($310,032)** |

*Avg Closing Prices from February 21, 2024 to May 20, 2024
**Purchase transaction reflects settlement of option contract