**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL STARY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TELADOC HEALTH, INC., JASON NATHANIALL GOREVIC, and MALA MURTHY,<br><br>    Defendants. | **CASE No.: 7:24-cv-03849-KMK-AEK**<br><br>**NOTICE OF MOTION OF ZHUORAN WU TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**<u>CLASS ACTION</u>** |
| ANDREW WAITS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TELADOC HEALTH, INC., JASON GOREVIC, and MALA MURTHY,<br><br>    Defendants. | **CASE No.: 7:24-cv-05339-UA**<br><br>**<u>CLASS ACTION</u>** |

1

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiff Zhuoran Wu ("Movant") hereby moves this Court, the Honorable Kenneth M. Karas, on a date and at a time to be designated by the Court, for an order:

(a)    consolidating the related actions;

(b)    appointing Movant to serve as Lead Plaintiff in this action; and

(c)    approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the Class.

Movant is aware of your Honor's Individual Rule (II)(A), which generally requires a pre-motion conference prior to filing. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff and will not know until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the pre-motion conference requirement be waived.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated July 16, 2024 (and exhibits); and (ii) a [Proposed] Order Consolidating the Related Actions, Appointing Lead Plaintiff, and Approving Lead Plaintiff's Selection of Counsel.

Dated: July 16, 2024          Respectfully submitted,

                              **THE ROSEN LAW FIRM, P.A.**

                              /s/ Phillip Kim
                              Phillip Kim, Esq.
                              Laurence M. Rosen, Esq.
                              275 Madison Avenue, 40th Floor

New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim

4