# Exhibit 1



**SHAREHOLDER ALERT: Levi & Korsinsky, LLP Noti es In...**

☰



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Noti es Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Teladoc Health, Inc. Stock and Sets a Lead Plaintiff Deadline of July 16, 2024

May 17, 2024 19:39 ET| Source: [Levi & Korsinsky, LLP](#)     **Follow**

---

**Share**



f

in

reddit

✉

⊞

NEW YORK, May 17, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired stock of Teladoc Health, Inc. ("Teladoc" or the "Company") (NYSE: TDOC) between November 2, 2022 and February 20, 2024, both dates inclusive. You are hereby notified** that the class action lawsuit *Paul Stary v. Teladoc Health, Inc., et al.* (Case No. 1:24-cv-03849) has been commenced in the United States District Court for the Southern District of New York. To get more information **go to:**

[https://zlk.com/pslra-1/teladoc-health-inc-lawsuit-submission-form](https://zlk.com/pslra-1/teladoc-health-inc-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

## Company Profile

Levi & Korsinsky, LLP

**Industry:** Specialized Consumer Services

**Website:** [https://zlk.com](https://zlk.com)

## Press Release Actions

[Print](#)

[Download PDF](#)

[Subscribe via RSS](#)

[Subscribe via ATOM](#)

[Javascript](#)



**SHAREHOLDER ALERT: Levi & Korsinsky, LLP Noti   es In...**

≡

ended December 31, 2023. The announcement disclosed that Teladoc had experienced substantially less growth than previously forecasted. The Company also disclosed that it was expecting decreased revenue for its BetterHelp segment, an online counseling service. Analysts attributed this trend to BetterHelp's market saturation and increased advertising costs causing a rise the cost of customer acquisitions.

Following the release of the earnings report, TDOC shares fell $4.85/share, or 23.6%, overnight..

**If you suffered a loss in TDOC stock, you have until July 16, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

[jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com)

Tel: (212) 363-7500

Fax: (212) 363-7171

[www.zlk.com](http://www.zlk.com)

**Tags**

Class Action



**SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies In...**

## Recommended Reading

May 21, 2024 17:36 ET

Source: Levi & Korsinsky, LLP

**Levi & Korsinsky Noti es GoodRx Holdings, Inc. Investors of a Class Action Lawsuit and Upcoming Deadline – GDRX**

NEW YORK, May 21, 2024 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in GoodRx Holdings, Inc. ("GoodRx" or the "Company") (NASDAQ: GDRX) of a class action securities lawsuit. ...



May 21, 2024 15:36 ET

Source: Levi & Korsinsky, LLP

**Shareholders that lost money on Rivian Automotive, Inc.(RIVN) Urged to Join Class Action – Contact Levi & Korsinsky to Learn More**

NEW YORK, May 21, 2024 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in Rivian Automotive, Inc. ("Rivian " or the "Company") (NASDAQ: RIVN) of a class action securities lawsuit. ...



## Explore



**Meridianbet Elevates Copa America 2024 Offer with ...**

May 23, 2024 09:42 ET



**The World Market for Office Buildings to 2033: Ren...**

May 23, 2024 09:41 ET

• ○ ○ ○ ○



### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

### Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Notified, Inc.
- Legal
- Contact us



**SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies In...**