# Exhibit 3

**Teladoc Health 2024 Loss Chart**
**Class Period: November 2, 2022 through February 20, 2024**

| Name | Date Purchased | Shares Bought | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wu, Zhuoran | 4/26/2023 | 100 | ($26.01) | ($2,601.00) | | | | | | | | $14.10 |
| | 5/10/2023 | 100 | ($24.80) | ($2,480.00) | | | | | | | | |
| | 6/23/2023 | 100 | ($23.75) | ($2,375.00) | | | | | | | | |
| | 7/6/2023 | 100 | ($22.92) | ($2,292.00) | | | | | | | | |
| | 7/18/2023 | 100 | ($26.17) | ($2,617.00) | | | | | | | | |
| | 8/10/2023 | 100 | ($24.53) | ($2,453.00) | | | | | | | | |
| | 8/14/2023 | 100 | ($23.45) | ($2,345.00) | | | | | | | | |
| | 8/17/2023 | 100 | ($22.76) | ($2,276.00) | | | | | | | | |
| | 8/21/2023 | 100 | ($23.10) | ($2,310.00) | | | | | | | | |
| | 8/24/2023 | 100 | ($22.54) | ($2,254.00) | | | | | | | | |
| | 8/1/2023 | 100 | ($27.88) | ($2,788.00) | | | | | | | | |
| | 8/4/2023 | 100 | ($25.92) | ($2,592.00) | | | | | | | | |
| | 9/28/2023 | 100 | ($18.83) | ($1,883.00) | | | | | | | | |
| | 12/4/2023 | 100 | ($18.96) | ($1,896.00) | | | | | | | | |
| | 10/27/2023 | 100 | ($15.90) | ($1,590.00) | | | | | | | | |
| | 2/13/2024 | 100 | ($19.78) | ($1,978.00) | | | | | | | | |
| | | 1600 | | ($36,730.00) | | | | | 1600 | $22,564.06 | ($14,165.94) | |