UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL STARY, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>TELADOC HEALTH, INC., JASON NATHANIALL GOREVIC, and MALA MURTHY,<br><br>   Defendants. | Case No.: 7:24-cv-03849-KMK<br><br>Hon. Kenneth M. Karas |
| ANDREW WAITS, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>TELADOC HEALTH, INC., JASON GOREVIC, and MALA MURTHY,<br><br>   Defendants. | Case No.: 7:24-cv-05339-KMK<br><br>Hon. Kenneth M. Karas |

## SUPPLEMENTAL DECLARATION OF ADAM M. APTON

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Ali Touat and proposed Lead Counsel for the Class. I submit this Declaration, together with the attached exhibits, in further support of Mr. Touat's motion for consolidation, appointment as Lead Plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

2. I am admitted to practice before this Court and have personal knowledge of the various matters set forth herein based on my day-to-day participation in the litigation. If called

upon, I could and would competently testify thereto

3.    Attached hereto as **Exhibit A** is a spreadsheet containing Movant Andrew Waits' transactions in Teladoc stock. The spreadsheet identifies in highlight Mr. Waits' transactions that resulted in unrecoverable losses because they occurred prior to the February 20, 2024 alleged corrective disclosure. The spreadsheet also provides a calculation of Mr. Waits' recoverable loss.

4.    Attached hereto as **Exhibit B** is a spreadsheet containing Movant Joshua Marit's transactions in Teladoc stock. The spreadsheet identifies in highlight Mr. Marit's transactions that resulted in unrecoverable losses because they occurred prior to the February 20, 2024 alleged corrective disclosure. The spreadsheet also provides a calculation of Mr. Marit's recoverable loss.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: July 30, 2024                          */s/ Adam M. Apton*
                                              Adam M. Apton