# EXHIBIT "A"

| Client Name | Andrew Waits |
| --- | --- |
| Company Name | Teladoc |
| Ticker Symbol | TDOC |
| Security Type | |
| Class Period Start | 11-02-2022 |
| Class Period End | 02-20-2024 |
| 90-DAY Lookback Period Start | 02-21-2024 |
| 90-DAY Lookback Period End | 05-20-2024 |
| 90-DAY Lookback Average | $ 14.10 |
| Pre Class Period Holdings | -- |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| DURA LIFO* Total | $ -80,853.85 |
| Gross Shares Purchased | 210,500 |
| Net Shares Retained | 0 |
| Net Funds Expended | $ 310,031.70 |

**Andrew Waits - Account 1**

| | Purchases | | | | Sales | | | | | | Retained | | | Losses |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During th | Price Per Share | Total Cost | Trade Date | Shares Sold Duri | Shares Sold Duri | Price Per Share2 | Proceeds from CP Sales | Proceeds from L | Shares Ret | Shares Retair | Per Share V | Retained Value | DURA LIFO* |
| 04-28-2023 | 500 | 26.4 | $ 13,200.00 | 04-28-2023 | 500 | | $ 26.52 | $ 13,260.00 | - | - | - | $ 14.10 | | -$ 60.00 |
| 04-28-2023 | 500 | 26.43 | $ 13,215.00 | 04-28-2023 | 500 | | $ 26.50 | $ 13,250.00 | - | - | - | $ 14.10 | | -$ 35.00 |
| 04-28-2023 | 500 | 26.46 | $ 13,230.00 | 04-28-2023 | 500 | | $ 26.50 | $ 13,250.00 | - | - | - | $ 14.10 | | -$ 20.00 |
| 04-28-2023 | 500 | 26.48 | $ 13,240.00 | 04-28-2023 | 500 | | $ 26.50 | $ 13,250.00 | - | - | - | $ 14.10 | | -$ 10.00 |
| 04-28-2023 | 500 | 26.47 | $ 13,235.00 | 04-28-2023 | 500 | | $ 26.50 | $ 13,250.00 | - | - | - | $ 14.10 | | -$ 15.00 |
| 04-28-2023 | 500 | 26.5 | $ 13,250.00 | 04-28-2023 | 500 | | $ 26.50 | $ 13,250.00 | - | - | - | $ 14.10 | | |
| 04-28-2023 | 500 | 26.5 | $ 13,250.00 | 04-28-2023 | 500 | | $ 26.50 | $ 13,250.00 | - | - | - | $ 14.10 | | |
| 07-05-2023 | 500 | 24.7 | $ 12,350.00 | 07-26-2023 | 500 | | $ 25.39 | $ 12,695.00 | - | - | - | $ 14.10 | | -$ 345.00 |
| 07-05-2023 | 500 | 24.6 | $ 12,300.00 | 07-26-2023 | 500 | | $ 25.39 | $ 12,695.00 | - | - | - | $ 14.10 | | -$ 395.00 |
| 07-05-2023 | 1000 | 24.8194 | $ 24,819.40 | 07-05-2023 | 1000 | | $ 24.87 | $ 24,870.00 | - | - | - | $ 14.10 | | -$ 50.60 |
| 07-06-2023 | 2000 | 22.6191 | $ 45,238.20 | 07-26-2023 | 2000 | | $ 25.39 | $ 50,780.00 | - | - | - | $ 14.10 | | -$ 5,541.80 |
| 07-06-2023 | 2000 | 22.65 | $ 45,300.00 | 07-26-2023 | 2000 | | $ 25.39 | $ 50,780.00 | - | - | - | $ 14.10 | | -$ 5,480.00 |
| 07-06-2023 | 2000 | 22.829 | $ 45,658.00 | 07-26-2023 | 2000 | | $ 25.39 | $ 50,780.00 | - | - | - | $ 14.10 | | -$ 5,122.00 |
| 07-06-2023 | 1000 | 22.84 | $ 22,840.00 | 07-26-2023 | 1000 | | $ 25.39 | $ 25,390.00 | - | - | - | $ 14.10 | | -$ 2,550.00 |
| 07-06-2023 | 3000 | 22.8392 | $ 68,517.60 | 07-26-2023 | 3000 | | $ 25.39 | $ 76,170.00 | - | - | - | $ 14.10 | | -$ 7,652.40 |
| 07-06-2023 | 2000 | 22.8389 | $ 45,677.80 | 07-26-2023 | 2000 | | $ 25.39 | $ 50,780.00 | - | - | - | $ 14.10 | | -$ 5,102.20 |
| 07-06-2023 | 2000 | 22.83 | $ 45,660.00 | 07-26-2023 | 2000 | | $ 25.39 | $ 50,780.00 | - | - | - | $ 14.10 | | -$ 5,120.00 |
| 07-06-2023 | 1000 | 22.84 | $ 22,840.00 | 07-26-2023 | 1000 | | $ 25.39 | $ 25,390.00 | - | - | - | $ 14.10 | | -$ 2,550.00 |
| 07-06-2023 | 1000 | 22.8385 | $ 22,838.50 | 07-26-2023 | 1000 | | $ 25.39 | $ 25,390.00 | - | - | - | $ 14.10 | | -$ 2,551.50 |
| 07-06-2023 | 500 | 22.8583 | $ 11,429.15 | 07-26-2023 | 500 | | $ 25.39 | $ 12,695.00 | - | - | - | $ 14.10 | | -$ 1,265.85 |
| 07-06-2023 | 500 | 22.8899 | $ 11,444.95 | 07-26-2023 | 500 | | $ 25.39 | $ 12,695.00 | - | - | - | $ 14.10 | | -$ 1,250.05 |
| 07-06-2023 | 500 | 23.5489 | $ 11,774.45 | 07-26-2023 | 500 | | $ 25.39 | $ 12,695.00 | - | - | - | $ 14.10 | | -$ 920.55 |
| 07-06-2023 | 500 | 23.88 | $ 11,940.00 | 07-26-2023 | 500 | | $ 25.39 | $ 12,695.00 | - | - | - | $ 14.10 | | -$ 755.00 |
| 07-06-2023 | 500 | 24.1498 | $ 12,074.90 | 07-26-2023 | 500 | | $ 25.39 | $ 12,695.00 | - | - | - | $ 14.10 | | -$ 620.10 |
| 07-06-2023 | 500 | 24.4402 | $ 12,220.10 | 07-26-2023 | 500 | | $ 25.39 | $ 12,695.00 | - | - | - | $ 14.10 | | -$ 474.90 |
| 07-07-2023 | 1000 | 25 | $ 25,000.00 | 07-26-2023 | 1000 | | $ 25.39 | $ 25,390.00 | - | - | - | $ 14.10 | | -$ 390.00 |
| 07-07-2023 | 1000 | 24.5 | $ 24,500.00 | 07-26-2023 | 1000 | | $ 25.39 | $ 25,390.00 | - | - | - | $ 14.10 | | -$ 890.00 |
| 07-07-2023 | 1000 | 22.498 | $ 22,498.00 | 07-26-2023 | 1000 | | $ 25.39 | $ 25,390.00 | - | - | - | $ 14.10 | | -$ 2,892.00 |
| 07-07-2023 | 1000 | 22.6599 | $ 22,659.90 | 07-26-2023 | 1000 | | $ 25.39 | $ 25,390.00 | - | - | - | $ 14.10 | | -$ 2,730.10 |
| 07-07-2023 | 1000 | 22.6199 | $ 22,619.90 | 07-26-2023 | 1000 | | $ 25.39 | $ 25,390.00 | - | - | - | $ 14.10 | | -$ 2,770.10 |
| 07-07-2023 | 1000 | 22.6183 | $ 22,618.30 | 07-26-2023 | 1000 | | $ 25.39 | $ 25,390.00 | - | - | - | $ 14.10 | | -$ 2,771.70 |
| 07-07-2023 | 1000 | 22.4985 | $ 22,498.50 | 07-26-2023 | 1000 | | $ 25.39 | $ 25,390.00 | - | - | - | $ 14.10 | | -$ 2,891.50 |
| 07-07-2023 | 1000 | 22.4985 | $ 22,498.50 | 07-26-2023 | 1000 | | $ 25.39 | $ 25,390.00 | - | - | - | $ 14.10 | | -$ 2,891.50 |
| 08-14-2023 | 5000 | 23.54 | $ 117,700.00 | 12-06-2023 | 5000 | | $ 19.45 | $ 97,250.00 | - | - | - | $ 14.10 | | |
| 08-14-2023 | 5000 | 23.54 | $ 117,700.00 | 12-06-2023 | 5000 | | $ 19.44 | $ 97,200.00 | - | - | - | $ 14.10 | | |
| 08-14-2023 | 1000 | 23.65 | $ 23,650.00 | 08-14-2023 | 1000 | | $ 23.82 | $ 23,820.00 | - | - | - | $ 14.10 | | -$ 170.00 |
| 8/14/2023 | 2000 | 23.39 | $ 46,780.00 | 08-14-2023 | 2000 | | $ 23.82 | $ 47,640.00 | - | - | - | $ 14.10 | | -$ 860.00 |
| 08-14-2023 | 2000 | 23.6 | $ 47,200.00 | 08-14-2023 | 2000 | | $ 23.82 | $ 47,640.00 | - | - | - | $ 14.10 | | -$ 440.00 |
| 08-14-2023 | 5000 | 23.65 | $ 118,250.00 | 08-14-2023 | 5000 | | $ 23.82 | $ 119,100.00 | - | - | - | $ 14.10 | | -$ 850.00 |
| 08-14-2023 | 1000 | 23.67 | $ 23,670.00 | 08-14-2023 | 1000 | | $ 23.82 | $ 23,820.00 | - | - | - | $ 14.10 | | -$ 150.00 |
| 08-14-2023 | 1000 | 23.7 | $ 23,700.00 | 08-14-2023 | 1000 | | $ 23.82 | $ 23,820.00 | - | - | - | $ 14.10 | | -$ 120.00 |
| 08-14-2023 | 1000 | 23.71 | $ 23,710.00 | 08-14-2023 | 1000 | | $ 23.82 | $ 23,820.00 | - | - | - | $ 14.10 | | -$ 110.00 |
| 08-14-2023 | 1000 | 23.78 | $ 23,780.00 | 08-14-2023 | 1000 | | $ 23.82 | $ 23,820.00 | - | - | - | $ 14.10 | | -$ 40.00 |
| 08-14-2023 | 1000 | 23.8 | $ 23,800.00 | 08-14-2023 | 1000 | | $ 23.82 | $ 23,820.00 | - | - | - | $ 14.10 | | -$ 20.00 |
| 08-15-2023 | 5000 | 23.4 | $ 117,000.00 | 12-04-2023 | 5000 | | $ 19.15 | $ 95,750.00 | - | - | - | $ 14.10 | | |
| 08-15-2023 | 5000 | 23.4 | $ 117,000.00 | 12-06-2023 | 5000 | | $ 19.45 | $ 97,250.00 | - | - | - | $ 14.10 | | |
| 08-15-2023 | 5000 | 23.48 | $ 117,400.00 | 12-01-2023 | 5000 | | $ 18.94 | $ 94,700.00 | - | - | - | $ 14.10 | | |
| 08-15-2023 | 5000 | 23.48 | $ 117,400.00 | 12-01-2023 | 5000 | | $ 18.82 | $ 94,100.00 | - | - | - | $ 14.10 | | |
| 08-15-2023 | 10000 | 23.53 | $ 235,300.00 | 08-15-2023 | 10000 | | $ 23.58 | $ 235,800.00 | - | - | - | $ 14.10 | | -$ 500.00 |
| 08-15-2023 | 5000 | 23.45 | $ 117,250.00 | 08-15-2023 | 5000 | | $ 23.58 | $ 117,900.00 | - | - | - | $ 14.10 | | -$ 650.00 |
| 08-15-2023 | 5000 | 23.47 | $ 117,350.00 | 08-15-2023 | 5000 | | $ 23.58 | $ 117,900.00 | 0 | - | - | $ 14.10 | | -$ 550.00 |
| 08-15-2023 | 4000 | 23.51 | $ 94,040.00 | 08-15-2023 | 4000 | | $ 23.58 | $ 94,320.00 | - | - | - | $ 14.10 | | -$ 280.00 |
| 08-15-2023 | 2000 | 23.45 | $ 46,900.00 | 08-15-2023 | 2000 | | $ 23.58 | $ 47,160.00 | - | - | - | $ 14.10 | | -$ 260.00 |
| 08-15-2023 | 2000 | 23.46 | $ 46,920.00 | 08-15-2023 | 2000 | | $ 23.58 | $ 47,160.00 | - | - | - | $ 14.10 | | -$ 240.00 |
| 08-15-2023 | 2000 | 23.48 | $ 46,960.00 | 08-15-2023 | 2000 | | $ 23.58 | $ 47,160.00 | - | - | - | $ 14.10 | | -$ 200.00 |
| 08-16-2023 | 500 | 23.06 | $ 11,530.00 | 12-01-2023 | 500 | | $ 18.99 | $ 9,495.00 | - | - | - | $ 14.10 | | |
| 08-16-2023 | 500 | 23.04 | $ 11,520.00 | 12-01-2023 | 500 | | $ 18.99 | $ 9,495.00 | - | - | - | $ 14.10 | | |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount | | | | Price | Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-18-2023 | 1000 | 23.08 | $ 23,080.00 | 08-18-2023 | 1000 | $ 23.54 | $ 23,540.00 | - | - | - | $ 14.10 | -$ 460.00 |
| 08-18-2023 | 5000 | 23.08 | $ 115,400.00 | 12-01-2023 | 5000 | $ 19.05 | $ 95,250.00 | - | - | - | $ 14.10 | |
| 08-18-2023 | 4000 | 23.08 | $ 92,320.00 | 12-01-2023 | 4000 | $ 18.99 | $ 75,960.00 | - | - | - | $ 14.10 | |
| 08-18-2023 | 10000 | 23.11 | $ 231,100.00 | 08-18-2023 | 10000 | $ 23.54 | $ 235,400.00 | - | - | - | $ 14.10 | -$ 4,300.00 |
| 08-18-2023 | 10000 | 23.3 | $ 233,000.00 | 08-18-2023 | 10000 | $ 23.54 | $ 235,400.00 | - | - | - | $ 14.10 | -$ 2,400.00 |
| 08-18-2023 | 10000 | 23.4 | $ 234,000.00 | 08-18-2023 | 10000 | $ 23.54 | $ 235,400.00 | - | - | - | $ 14.10 | -$ 1,400.00 |
| 08-18-2023 | 10000 | 23.4 | $ 234,000.00 | 08-18-2023 | 10000 | $ 23.47 | $ 234,700.00 | - | - | - | $ 14.10 | -$ 700.00 |
| 08-22-2023 | 2000 | 22.87 | $ 45,740.00 | 11-29-2023 | 2000 | $ 18.98 | $ 37,960.00 | - | - | - | $ 14.10 | |
| 08-22-2023 | 1000 | 22.87 | $ 22,870.00 | 11-29-2023 | 1000 | $ 18.26 | $ 18,260.00 | - | - | - | $ 14.10 | |
| 08-22-2023 | 1000 | 22.87 | $ 22,870.00 | 11-29-2023 | 1000 | $ 18.48 | $ 18,480.00 | - | - | - | $ 14.10 | |
| 08-22-2023 | 1000 | 22.87 | $ 22,870.00 | 11-29-2023 | 1000 | $ 18.30 | $ 18,300.00 | - | - | - | $ 14.10 | |
| 08-22-2023 | 5000 | 22.87 | $ 114,350.00 | 12-01-2023 | 5000 | $ 19.08 | $ 95,400.00 | - | - | - | $ 14.10 | |
| 08-22-2023 | 1000 | 22.87 | $ 22,870.00 | 11-15-2023 | 1000 | $ 17.46 | $ 17,460.00 | - | - | - | $ 14.10 | |
| 08-22-2023 | 1000 | 22.87 | $ 22,870.00 | 11-15-2023 | 1000 | $ 17.32 | $ 17,320.00 | - | - | - | $ 14.10 | |
| 08-22-2023 | 3000 | 22.87 | $ 68,610.00 | 11-28-2023 | 3000 | $ 17.82 | $ 53,460.00 | - | - | - | $ 14.10 | |
| 08-22-2023 | 5000 | 22.87 | $ 114,350.00 | 11-28-2023 | 5000 | $ 17.96 | $ 89,800.00 | - | - | - | $ 14.10 | |
| 09-13-2023 | 2000 | 21.98 | $ 43,960.00 | 11-15-2023 | 2000 | $ 17.78 | $ 35,560.00 | - | - | - | $ 14.10 | |
| 09-13-2023 | 3000 | 21.98 | $ 65,940.00 | 11-15-2023 | 3000 | $ 17.70 | $ 53,100.00 | - | - | - | $ 14.10 | |
| 09-13-2023 | 1000 | 22.03 | $ 22,030.00 | 11-14-2023 | 1000 | $ 17.06 | $ 17,060.00 | - | - | - | $ 14.10 | |
| 09-13-2023 | 1000 | 22.03 | $ 22,030.00 | 11-14-2023 | 1000 | $ 17.04 | $ 17,040.00 | - | - | - | $ 14.10 | |
| 09-13-2023 | 1000 | 22.03 | $ 22,030.00 | 11-14-2023 | 1000 | $ 17.03 | $ 17,030.00 | - | - | - | $ 14.10 | |
| 09-13-2023 | 1000 | 22.03 | $ 22,030.00 | 11-14-2023 | 1000 | $ 17.01 | $ 17,010.00 | - | - | - | $ 14.10 | |
| 09-13-2023 | 1000 | 22.03 | $ 22,030.00 | 11-14-2023 | 1000 | $ 16.99 | $ 16,990.00 | - | - | - | $ 14.10 | |
| 09-13-2023 | 1000 | 22.1 | $ 22,100.00 | 11-14-2023 | 1000 | $ 17.15 | $ 17,150.00 | - | - | - | $ 14.10 | |
| 09-13-2023 | 2000 | 22.1 | $ 44,200.00 | 11-14-2023 | 2000 | $ 17.12 | $ 34,240.00 | - | - | - | $ 14.10 | |
| 09-13-2023 | 1000 | 22.1 | $ 22,100.00 | 11-14-2023 | 1000 | $ 17.10 | $ 17,100.00 | - | - | - | $ 14.10 | |
| 09-13-2023 | 1000 | 22.1 | $ 22,100.00 | 11-14-2023 | 1000 | $ 17.09 | $ 17,090.00 | - | - | - | $ 14.10 | |
| 09-13-2023 | 4000 | 22.13 | $ 88,520.00 | 10-27-2023 | 4000 | $ 15.89 | $ 63,560.00 | - | - | - | $ 14.10 | |
| 09-13-2023 | 1000 | 22.13 | $ 22,130.00 | 10-30-2023 | 1000 | $ 15.75 | $ 15,750.00 | - | - | - | $ 14.10 | |
| 09-21-2023 | 1000 | 19.48 | $ 19,480.00 | 10-27-2023 | 1000 | $ 15.96 | $ 15,960.00 | - | - | - | $ 14.10 | |
| 09-21-2023 | 3000 | 19.48 | $ 58,440.00 | 10-27-2023 | 3000 | $ 15.97 | $ 47,910.00 | - | - | - | $ 14.10 | |
| 09-21-2023 | 1000 | 19.48 | $ 19,480.00 | 10-27-2023 | 1000 | $ 15.89 | $ 15,890.00 | - | - | - | $ 14.10 | |
| 09-22-2023 | 500 | 19.23 | $ 9,615.00 | 10-24-2023 | 500 | $ 17.51 | $ 8,755.00 | - | - | - | $ 14.10 | |
| 09-22-2023 | 500 | 19.23 | $ 9,615.00 | 10-24-2023 | 500 | $ 18.15 | $ 9,075.00 | - | - | - | $ 14.10 | |
| 09-22-2023 | 500 | 19.23 | $ 9,615.00 | 10-24-2023 | 500 | $ 18.15 | $ 9,075.00 | - | - | - | $ 14.10 | |
| 09-22-2023 | 915 | 19.23 | $ 17,595.45 | 10-26-2023 | 915 | $ 16.39 | $ 14,996.85 | - | - | - | $ 14.10 | |
| 09-22-2023 | 650 | 19.23 | $ 12,499.50 | 10-26-2023 | 650 | $ 16.20 | $ 10,530.00 | - | - | - | $ 14.10 | |
| 09-22-2023 | 500 | 19.23 | $ 9,615.00 | 10-26-2023 | 500 | $ 17.60 | $ 8,800.00 | - | - | - | $ 14.10 | |
| 09-22-2023 | 500 | 19.23 | $ 9,615.00 | 10-26-2023 | 500 | $ 17.50 | $ 8,750.00 | - | - | - | $ 14.10 | |
| 09-22-2023 | 935 | 19.23 | $ 17,980.05 | 10-27-2023 | 935 | $ 15.96 | $ 14,922.60 | - | - | - | $ 14.10 | |
| 02-13-2024 | 2000 | 19.75 | $ 39,500.00 | 02-13-2024 | 2000 | $ 19.77 | $ 39,540.00 | - | - | - | $ 14.10 | -$ 40.00 |
| **Total:** | **210,500** | | **$ 4,843,496.15** | | **210,500** | | **$ 4,533,464.45** | | | | | **$ -80,853.85** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*