UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

PAUL STARY, Individually and on Behalf of   :
All Others Similarly Situated,                      :

                         Plaintiff,    :

                      vs.         :

TELADOC HEALTH, INC., JASON     :
NATHANIALL GOREVIC, and MALA    :
MURTHY,                        :

                    Defendants.   :

———————————————————— x

Civil Action No. 7:24-cv-03849-KMK

CLASS ACTION

DECLARATION OF DAVID A.
ROSENFELD IN SUPPORT OF JOSHUA
MARIT'S OPPOSITION TO COMPETING
MOTIONS FOR APPOINTMENT AS LEAD
PLAINTIFF

4888-1726-0756.v1

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movant Joshua Marit and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of Joshua Marit's Opposition to Competing Motions for Appointment as Lead Plaintiff.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      Press releases issued by Andrew Waits' counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of July, 2024, at Melville, New York.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

- 1 -

4888-1726-0756.v1