# EXHIBIT 1



NEWSROOM    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. – TDOC

May 20, 2024 17:32 ET| Source: **Pomerantz LLP**    Follow

## Company Profile

**Pomerantz LLP**

**Industry:** Consumer Services

**Website:** http://www.pomerantzlaw.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**







NEW YORK, May 20, 2024 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: TDOC). Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until July 16, 2024, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

**[Click here for information about joining the class action]**

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results. Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022. Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the



NEWSROOM    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

dpeyton@pomlaw.com

646-581-9980 ext. 7980

---

**Tags**

Class Action

# Recommended Reading

July 26, 2024 19:41 ET

Source:  Pomerantz LLP

SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of

July 26, 2024 19:21 ET

Source:  Pomerantz LLP

SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investors of

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. - TDOC



NEWS PROVIDED BY
**Pomerantz LLP →**
May 22, 2024, 16:20 ET

NEW YORK, May 22, 2024 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: **TDOC**). Such investors are advised to contact Danielle Peyton at **newaction@pomlaw.com** or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until July 16, 2024, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

[**Click here for information about joining the class action**]

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results. Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022. Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the Company's online mental health counseling platform and its largest division. Teladoc further disclosed that BetterHelp revenue fell by $1 million compared to the year prior and by $10 million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See **www.pomlaw.com**.

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

**dpeyton@pomlaw.com**

646-581-9980 ext. 7980

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. - TDOC

**May 26, 2024 11:17 AM EDT | Source: Pomerantz LLP (/company/7611/Pomerantz-LLP)**

New York, New York--(Newsfile Corp. - May 26, 2024) - Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: TDOC). Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com (mailto:newaction@pomlaw.com) or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until <u>July 16, 2024</u>, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com** (https://api.newsfilecorp.com/redirect/2EGv3ioJaD)**.**

**[Click here for information about joining the class action]** (https://api.newsfilecorp.com/redirect/MAojnUzZOq)

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results. Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022. Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the Company's online mental health counseling platform and its largest division. Teladoc further disclosed that BetterHelp revenue fell by $1 million compared to the year prior and by $10 million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com (https://api.newsfilecorp.com/redirect/bVON2i3v8a).

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Danielle Peyton
Pomerantz LLP
dpeyton@pomlaw.com (mailto:dpeyton@pomlaw.com)
646-581-9980 ext. 7980



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/210337 (https://api.newsfilecorp.com/redirect/3jQJ5s3jOQ)

SOURCE: Pomerantz LLP (/company/7611/Pomerantz-LLP)



GlobeNewswire
by notified

NEWSROOM    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. – TDOC

May 28, 2024 14:46 ET| Source: **Pomerantz LLP**    Follow

**Share**

NEW YORK, May 28, 2024 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: TDOC).  Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until July 16, 2024, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

**[Click here for information about joining the class action]**

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results.  Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022.  Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the

**Company Profile**

**Pomerantz LLP**

**Industry:** Consumer Services

**Website:** http://www.pomerantzlaw.com

**Press Release Actions**

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript



million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising.  Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

dpeyton@pomlaw.com

646-581-9980 ext. 7980

**Tags**

Class Action

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. - TDOC



NEWS PROVIDED BY
**Pomerantz LLP** ➞
May 30, 2024, 16:30 ET

NEW YORK, May 30, 2024 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: **TDOC**).  Such investors are advised to contact Danielle Peyton at **newaction@pomlaw.com** or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until July 16, 2024, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

[**Click here for information about joining the class action**]

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results.  Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022.  Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the Company's online mental health counseling platform and its largest division.  Teladoc further disclosed that BetterHelp revenue fell by $1 million compared to the year prior and by $10 million between the third and fourth quarters of 2023.  Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See **www.pomlaw.com**.

Attorney advertising.  Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

**dpeyton@pomlaw.com**

646-581-9980 ext. 7980

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. - TDOC

June 03, 2024 3:50 PM EDT | Source: Pomerantz LLP (/company/7611/Pomerantz-LLP)

New York, New York--(Newsfile Corp. - June 3, 2024) - Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: TDOC). Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com (mailto:newaction@pomlaw.com) or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until** July 16, 2024, **to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com** (https://api.newsfilecorp.com/redirect/NBEo0iyOer)**.**

[**Click here for information about joining the class action**] (https://api.newsfilecorp.com/redirect/X3JP7Ugqwr)

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results. Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022. Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the Company's online mental health counseling platform and its largest division. Teladoc further disclosed that BetterHelp revenue fell by $1 million compared to the year prior and by $10 million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com (https://api.newsfilecorp.com/redirect/DZEJzHbANJ).

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Danielle Peyton
Pomerantz LLP
dpeyton@pomlaw.com (mailto:dpeyton@pomlaw.com)
646-581-9980 ext. 7980



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/211517 (https://api.newsfilecorp.com/redirect/rvBNEsX4v0)

SOURCE: Pomerantz LLP (/company/7611/Pomerantz-LLP)

 GlobeNewswire by notified

NEWSROOM    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    **REGISTER**

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. – TDOC

June 05, 2024 14:43 ET| Source: **Pomerantz LLP**    Follow

**Share**











## Company Profile

**Pomerantz LLP**

**Industry:** Consumer Services

**Website:** http://www.pomerantzlaw.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

NEW YORK, June 05, 2024 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: TDOC).   Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until** July 16, 2024**, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at** www.pomerantzlaw.com**.**

**[Click here for information about joining the class action]**

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results.  Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022.  Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the



million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising.  Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

dpeyton@pomlaw.com

646-581-9980 ext. 7980

**Tags**

Class Action

# Explore

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. - TDOC



NEWS PROVIDED BY
**Pomerantz LLP →**
Jun 07, 2024, 08:15 ET

NEW YORK, June 7, 2024 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: **TDOC**). Such investors are advised to contact Danielle Peyton at **newaction@pomlaw.com** or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until July 16, 2024, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

[**Click here for information about joining the class action**]

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results. Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022. Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the Company's online mental health counseling platform and its largest division. Teladoc further disclosed that BetterHelp revenue fell by $1 million compared to the year prior and by $10 million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See **www.pomlaw.com**.

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

**dpeyton@pomlaw.com**

646-581-9980 ext. 7980

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. - TDOC

June 11, 2024 12:40 PM EDT | Source: Pomerantz LLP (/company/7611/Pomerantz-LLP)

New York, New York--(Newsfile Corp. - June 11, 2024) - Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: TDOC). Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com (mailto:newaction@pomlaw.com) or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until July 16, 2024, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com** (https://api.newsfilecorp.com/redirect/4Q8omsnLnx)**.**

[Click here for information about joining the class action] (https://api.newsfilecorp.com/redirect/jp4zgf2m2w)

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results. Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022. Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the Company's online mental health counseling platform and its largest division. Teladoc further disclosed that BetterHelp revenue fell by $1 million compared to the year prior and by $10 million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com (https://api.newsfilecorp.com/redirect/v1OoMfbZbO).

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Danielle Peyton
Pomerantz LLP
dpeyton@pomlaw.com (mailto:dpeyton@pomlaw.com)
646-581-9980 ext. 7980



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/212496 (https://api.newsfilecorp.com/redirect/JgE4BhBvDb)

SOURCE: Pomerantz LLP (/company/7611/Pomerantz-LLP)


GlobeNewswire
by notified

NEWSROOM    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    **REGISTER**

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. – TDOC

June 13, 2024 14:04 ET| Source: **Pomerantz LLP**    Follow

**Share**







NEW YORK, June 13, 2024 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: TDOC). Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until July 16, 2024, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

**[Click here for information about joining the class action]**

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results. Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022. Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the

## Company Profile

**Pomerantz LLP**

**Industry:** Consumer Services

**Website:** http://www.pomerantzlaw.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript



million between the third and fourth quarters of 2023.  Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising.  Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

dpeyton@pomlaw.com

646-581-9980 ext. 7980

**Tags**

Class Action



# Explore

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. - TDOC



NEWS PROVIDED BY
**Pomerantz LLP →**
Jun 15, 2024, 11:15 ET

NEW YORK, June 15, 2024 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: **TDOC**). Such investors are advised to contact Danielle Peyton at **newaction@pomlaw.com** or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until July 16, 2024, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

[**Click here for information about joining the class action**]

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results. Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022. Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the Company's online mental health counseling platform and its largest division. Teladoc further disclosed that BetterHelp revenue fell by $1 million compared to the year prior and by $10 million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See **www.pomlaw.com**.

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

**dpeyton@pomlaw.com**

646-581-9980 ext. 7980

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. - TDOC

**June 20, 2024 2:16 PM EDT | Source: Pomerantz LLP (/company/7611/Pomerantz-LLP)**

New York, New York--(Newsfile Corp. - June 20, 2024) - Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: TDOC). Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com (mailto:newaction@pomlaw.com) or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until** <u>July 16, 2024,</u> **to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com** (https://api.newsfilecorp.com/redirect/3jyWzh3Xnw)**.**

**[Click here for information about joining the class action]** (https://api.newsfilecorp.com/redirect/NBMz7Cy3pb)

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results. Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022. Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the Company's online mental health counseling platform and its largest division. Teladoc further disclosed that BetterHelp revenue fell by $1 million compared to the year prior and by $10 million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com (https://api.newsfilecorp.com/redirect/X3e5ZfgQZQ).

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Danielle Peyton
Pomerantz LLP
dpeyton@pomlaw.com (mailto:dpeyton@pomlaw.com)
646-581-9980 ext. 7980



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/213787 (https://api.newsfilecorp.com/redirect/DZe8pFbLo3)

SOURCE: Pomerantz LLP (/company/7611/Pomerantz-LLP)



NEWSROOM    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    **REGISTER**

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. – TDOC

June 22, 2024 14:34 ET| Source: **Pomerantz LLP**    Follow

**Share**






NEW YORK, June 22, 2024 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: TDOC).   Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until July 16, 2024, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

**[Click here for information about joining the class action]**

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results.  Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022.  Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the

## Company Profile

**Pomerantz LLP**

**Industry:** Consumer Services

**Website:** http://www.pomerantzlaw.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript



million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

dpeyton@pomlaw.com

646-581-9980 ext. 7980

**Tags**

Class Action

# Recommended Reading

July 26, 2024 19:41 ET

Source: Pomerantz LLP

SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of

July 26, 2024 19:21 ET

Source: Pomerantz LLP

SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investors of

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. - TDOC



NEWS PROVIDED BY
**Pomerantz LLP →**
Jun 24, 2024, 15:16 ET

NEW YORK, June 24, 2024 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: **TDOC**). Such investors are advised to contact Danielle Peyton at **newaction@pomlaw.com** or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until July 16, 2024, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

[**Click here for information about joining the class action**]

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results. Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022. Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the Company's online mental health counseling platform and its largest division. Teladoc further disclosed that BetterHelp revenue fell by $1 million compared to the year prior and by $10 million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See **www.pomlaw.com**.

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

**dpeyton@pomlaw.com**

646-581-9980 ext. 7980

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. - TDOC

**June 28, 2024 9:15 AM EDT | Source: Pomerantz LLP (/company/7611/Pomerantz-LLP)**

New York, New York--(Newsfile Corp. - June 28, 2024) - Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: TDOC). Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com (mailto:newaction@pomlaw.com) or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until** <u>July 16, 2024</u>**, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com** (https://api.newsfilecorp.com/redirect/nVwKjH8L8k)**.**

**[Click here for information about joining the class action]** (https://api.newsfilecorp.com/redirect/K8e7Wi0q0J)

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results. Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022. Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the Company's online mental health counseling platform and its largest division. Teladoc further disclosed that BetterHelp revenue fell by $1 million compared to the year prior and by $10 million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com (https://api.newsfilecorp.com/redirect/EyeWwsxDxv).

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton
Pomerantz LLP
dpeyton@pomlaw.com (mailto:dpeyton@pomlaw.com)
646-581-9980 ext. 7980



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/214659 (https://api.newsfilecorp.com/redirect/x3vXouRqRa)

SOURCE: Pomerantz LLP (/company/7611/Pomerantz-LLP)



NEWSROOM    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    **REGISTER**

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. – TDOC

June 30, 2024 14:12 ET| Source: **Pomerantz LLP**    **Follow**

**Share**











NEW YORK, June 30, 2024 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: TDOC).   Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until July 16, 2024, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

**[Click here for information about joining the class action]**

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results.  Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022.  Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the

## Company Profile

**Pomerantz LLP**

**Industry:** Consumer Services

**Website:** http://www.pomerantzlaw.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript



NEWSROOM    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising.  Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

dpeyton@pomlaw.com

646-581-9980 ext. 7980

---

**Tags**

Class Action

# Recommended Reading

July 26, 2024 19:41 ET

Source:  Pomerantz LLP

**SHAREHOLDER ALERT:** Pomerantz Law Firm Investigates Claims On Behalf of Investors of

July 26, 2024 19:21 ET

Source:  Pomerantz LLP

**SHAREHOLDER ALERT:** Pomerantz Law Firm Investigates Claims on Behalf of Investors of

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. - TDOC



NEWS PROVIDED BY
**Pomerantz LLP →**
Jul 02, 2024, 10:00 ET

NEW YORK, July 2, 2024 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: **TDOC**).  Such investors are advised to contact Danielle Peyton at **newaction@pomlaw.com** or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until July 16, 2024, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

[**Click here for information about joining the class action**]

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results.  Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022.  Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the Company's online mental health counseling platform and its largest division.  Teladoc further disclosed that BetterHelp revenue fell by $1 million compared to the year prior and by $10 million between the third and fourth quarters of 2023.  Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See **www.pomlaw.com**.

Attorney advertising.  Prior results do not guarantee similar outcomes.

**CONTACT:**
Danielle Peyton
Pomerantz LLP
**dpeyton@pomlaw.com**
646-581-9980 ext. 7980



NEWSROOM    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    **REGISTER**

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. – TDOC

July 07, 2024 10:54 ET| Source: **Pomerantz LLP**    Follow

## Company Profile

**Pomerantz LLP**

**Industry:** Consumer Services

**Website:** http://www.pomerantzlaw.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**





NEW YORK, July 07, 2024 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: TDOC). Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until July 16, 2024, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

**[Click here for information about joining the class action]**

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results. Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022. Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the



NEWSROOM     SERVICES     CONTACT US     FRANÇAIS     SIGN IN     REGISTER

million between the third and fourth quarters of 2023.  Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising.  Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

dpeyton@pomlaw.com

646-581-9980 ext. 7980

---

**Tags**

Class Action

# Recommended Reading

July 26, 2024 19:41 ET

Source:  Pomerantz LLP

SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of

July 26, 2024 19:21 ET

Source:  Pomerantz LLP

SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investors of

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. - TDOC

**July 08, 2024 1:12 PM EDT | Source: Pomerantz LLP (/company/7611/Pomerantz-LLP)**

New York, New York--(Newsfile Corp. - July 8, 2024) - Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: TDOC). Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com (mailto:newaction@pomlaw.com) or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until** <u>July 16, 2024</u>**, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com** (https://api.newsfilecorp.com/redirect/X31KEsg3nJ)**.**

**[Click here for information about joining the class action]** (https://api.newsfilecorp.com/redirect/DZa4OsbaEQ)

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results. Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022. Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the Company's online mental health counseling platform and its largest division. Teladoc further disclosed that BetterHelp revenue fell by $1 million compared to the year prior and by $10 million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com (https://api.newsfilecorp.com/redirect/rvxwpHXLQ1).

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Danielle Peyton
Pomerantz LLP
dpeyton@pomlaw.com (mailto:dpeyton@pomlaw.com)
646-581-9980 ext. 7980



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/215735 (https://api.newsfilecorp.com/redirect/V71Kvi2N55)

SOURCE: Pomerantz LLP (/company/7611/Pomerantz-LLP)

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. - TDOC



NEWS PROVIDED BY
**Pomerantz LLP →**
Jul 10, 2024, 10:15 ET

NEW YORK, July 10, 2024 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: **TDOC**).  Such investors are advised to contact Danielle Peyton at **newaction@pomlaw.com** or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until July 16, 2024, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

[**Click here for information about joining the class action**]

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results.  Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022.  Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the Company's online mental health counseling platform and its largest division.  Teladoc further disclosed that BetterHelp revenue fell by $1 million compared to the year prior and by $10 million between the third and fourth quarters of 2023.  Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See **www.pomlaw.com**.

Attorney advertising.  Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

**dpeyton@pomlaw.com**

646-581-9980 ext. 7980



NEWSROOM    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    **REGISTER**

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. – TDOC

July 12, 2024 15:03 ET| Source: **Pomerantz LLP**    Follow

**Share**











NEW YORK, July 12, 2024 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE: TDOC). Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until July 16, 2024, to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

**[Click here for information about joining the class action]**

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results. Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022. Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the

## Company Profile

**Pomerantz LLP**

**Industry:** Consumer Services

**Website:** http://www.pomerantzlaw.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript



million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per share on February 21, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

dpeyton@pomlaw.com

646-581-9980 ext. 7980

**Tags**

Class Action

# Recommended Reading

July 26, 2024 19:41 ET

Source: Pomerantz LLP

SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of

July 26, 2024 19:21 ET

Source: Pomerantz LLP

SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investors of



⊙ **Back to Newsroom**

# SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Teladoc Health Inc. – TDOC

Sunday, 14 July 2024 12:00 PM



**Pomerantz LLP**

**Topic:**    Class Action        Share this Article

**NEW YORK, NY / ACCESSWIRE / July 14, 2024 /** Pomerantz LLP announces that a class action lawsuit has been filed against Teladoc Health Inc. ("Teladoc" or the "Company") (NYSE:TDOC). Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Teladoc and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until** July 16, 2024, **to ask the Court to appoint you as Lead Plaintiff for the class if you are a shareholder who purchased or otherwise acquired Teladoc securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

**[Click here for information about joining the class action]**

On February 20, 2024, Teladoc filed its annual report for 2023 with the U.S. Securities and Exchange Commission and held an earnings call to discuss the Company's results. Among other items, Teladoc's annual report disclosed substantially higher advertising costs, reporting advertising and marketing spend of approximately $668.854 million, compared to $623.536 million in 2022. Teladoc attributed the increase to "higher digital and media advertising costs related to BetterHelp", the Company's online mental health counseling platform and its largest division. Teladoc further disclosed that BetterHelp revenue fell by $1 million compared to the year prior and by $10 million between the third and fourth quarters of 2023. Teladoc also reported that BetterHelp lost members for two consecutive quarters, despite the Company's increased advertising spend.

On this news, Teladoc's stock price fell $4.85 per share, or 23.67%, to close at $15.64 per shareon February 21, 2024.

damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.

**SOURCE:** Pomerantz LLP

Topic:  Class Action

◁ **Back to Newsroom**

## Contact Us Today

**Contact Us**

If you have questions or want to learn more about our products, our team's here to help!

ACCESSWIRE®

   in

**ABOUT**

WHO WE ARE

WHO WE SERVE

CONTACT

**PRODUCTS**

PRESS RELEASE DISTRIBUTION

PRESS RELEASE OPTIMIZER

MEDIA SUITE

MEDIA DATABASE

MEDIA PITCHING

MEDIA MONITORING

MEDIA ROOM

IR WEBSITES

WEBCASTING

**NEWSROOM**

**RESOURCES**

LIBRARY

FAQ

COMPANY SPOTLIGHT

PRESS RELEASE SAMPLE

PRESS RELEASE TEMPLATE

BLOG

**CUSTOMER REVIEWS**

**LOGIN**

**CONNECT TODAY!**

SALES

EDITORIAL

CONTENT LICENSING

JOIN OUR NEWSLETTER

**866-694-3099**

© 2024 ACCESSWIRE | All Rights Reserved

PRIVACY POLICY    |    TERMS OF SERVICE    |
RESPONSIBLE DISCLOSURE GUIDELINES    |    Status