UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x

PAUL STARY, Individually and on Behalf of  :    Civil Action No. 7:24-cv-03849-KMK
All Others Similarly Situated,              :
                                            :    CLASS ACTION
                         Plaintiff,         :
                                            :    DECLARATION OF DAVID A.
                                            :    ROSENFELD IN SUPPORT OF REPLY
            vs.                             :    MEMORANDUM IN FURTHER SUPPORT
                                            :    OF JOSHUA MARIT'S LEAD PLAINTIFF
TELADOC HEALTH, INC., JASON                 :    MOTION
NATHANIALL GOREVIC, and MALA                :
MURTHY,                                     :
                                            :
                         Defendants.        :
                                            :
————————————————————— x

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movant Joshua Marit and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of Reply Memorandum in Further Support of Joshua Marit's Lead Plaintiff Motion.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached is a true and correct copy of the following exhibit:

Exhibit A:      Chart of Mr. Marit's estimated losses under the "DURA LIFO" methodology advanced by competing movant Ali Touat (*see* ECF 38), prepared by counsel with the help of its in-house damages analysts.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of August, 2024, at Melville, New York.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

- 1 -

4868-3306-9526.v1