UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAUL STARY, *individually and on behalf of all others similarly situated*,

        Plaintiff,

v.

TELADOC HEALTH, INC., JASON GOREVIC, *and* MALA MURTHY

        Defendants.

No. 24-CV-3849 (KMK)
ORDER

---

ANDREW WAITS, *individually and on behalf of all others similarly situated*,

        Plaintiff,

v.

TELADOC HEALTH, INC., JASON GOREVIC, *and* MALA MURTHY

        Defendants.

No. 24-CV-5339 (KMK)
ORDER

---

KENNETH M. KARAS, United States District Judge:

    For the reasons stated on the record on November 14, 2024, the Court consolidates the above captioned actions and denies Andrew Wait's Motion for Appointment of Lead Plaintiff and Approval of Lead Counsel.

    The Court directs Movants Ali Touat and Andrew Marit to submit supplemental briefing on Marit's financial loss in accordance with the following schedule: opening briefs shall be filed by no later than December 12, 2024, and replies by no later than December 19, 2024.

2

The Clerk of the Court is respectfully directed to terminate the pending Motion at Dkt. 24-CV-3849, No. 28.

SO ORDERED.

Dated:   November 14, 2024
        White Plains, New York

_____
KENNETH M. KARAS
United States District Judge