**Robbins Geller
Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
|---------|----------|-----------|-----------|------------|
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Michael G. Capeci
MCapeci@rgrdlaw.com

December 26, 2024

<u>VIA ECF</u>

The Honorable Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

   Re:  *Stary vs. Teladoc Health, Inc., et al.*, No. 24-cv-03849 (S.D.N.Y.)

Dear Judge Karas:

  We, along with Levi & Korsinsky, LLP, represent lead plaintiffs Joshua Marit and Ali Touat ("Plaintiffs") in the above-captioned matter. We write with the permission of counsel for defendants Teladoc Health, Inc., Jason Gorevic and Mala Murthy ("Defendants," and together with Plaintiffs, the "Parties") to respectfully request that the Court "so order" the proposed briefing schedule ("Proposed Schedule") below, which the Parties are required to submit to the Court by today. *See* ECF No. 15 ¶3.

| Amended Complaint | 60 calendar days from the entry of the Proposed Schedule set forth in this letter. |
|---|---|
| Defendants' Pre-Motion Letter | 30 calendar days from the filing of the Amended Complaint. |
| Plaintiffs' Pre-Motion Response Letter | 7 calendar days from the filing of Defendants' Pre-Motion Letter. |
| Defendants' Motion to Dismiss | The Parties will meet and confer in advance of the pre-motion conference and will propose a briefing schedule on Defendants' anticipated motion to dismiss. |

  The Parties are available to answer any questions the Court may have.

      Very truly yours,

      */s/ Michael G. Capeci*

      Michael G. Capeci

cc:  All Counsel of Record (via ECF)