**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL STARY, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>    - v. -<br><br>TELADOC HEALTH, INC., JASON GOREVIC, and MALA MURTHY,<br><br>         Defendants. | Case No. 7:24-cv-03849 (KMK)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE THAT the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendants Teladoc Health, Inc., Jason Gorevic and Mala Murthy.

Dated: March 26, 2025
New York, New York

                   Respectfully submitted,

                   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                   By: */s/ Emily M. Miller*
                   Emily M. Miller
                   1285 Avenue of the Americas
                   New York, NY  10019-6064
                   Phone:  (212) 373-3000
                   emiller@paulweiss.com

                   *Attorney for Teladoc Health, Inc., Jason Gorevic, and Mala Murthy*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 26, 2025, a copy of the foregoing **Notice of Appearance of Emily M. Miller** was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

By:  */s/ Emily M. Miller*
Emily M. Miller
1285 Avenue of the Americas
New York, NY  10019-6064
Phone:  (212) 373-3000
emiller@paulweiss.com

*Attorney for Teladoc Health, Inc., Jason Gorevic, and Mala Murthy*
