**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PAUL STARY, Individually and on Behalf of All
Others Similarly Situated,

　　　　　　　　　　Plaintiff,

v.

TELADOC HEALTH, INC., JASON
NATHANIALL GOREVIC, and MALA
MURTHY,

　　　　　　　　　　Defendants.

Case No. 24-cv-3849 (KMK)

**DECLARATION OF AUDRA J. SOLOWAY IN SUPPORT**
**OF DEFENDANTS' MOTION TO DISMISS**
**THE AMENDED CLASS ACTION COMPLAINT**

AUDRA J. SOLOWAY declares the following pursuant to 28 U.S.C. § 1746:

1.　　　　I am a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, attorneys for defendants Teladoc Health, Inc. ("Teladoc"), Jason Gorevic and Mala Murthy (together, "Defendants").  I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint for Violations of the Federal Securities Laws (the "Amended Complaint").

**Demonstratives**

2.　　　　Attached hereto as Exhibit 1 is a chart prepared by Defendants' counsel listing the statements that the Amended Complaint alleges were "materially false and misleading."

3.　　　　Attached hereto as Exhibit 2 is a chart prepared by Defendants' counsel setting forth all sales of Teladoc common stock by Jason Gorevic during the putative class period and a control period of similar duration before the Class Period, as publicly reported in the Form 4 filings attached hereto as Exhibit 15.

4.　　　　Attached hereto as Exhibit 3 is a chart prepared by Defendants' counsel setting forth all sales of Teladoc common stock by Mala Murthy during the putative class period

and a control period of similar duration before the Class Period, as publicly reported in the Form 4 filings attached hereto as Exhibit 16.

**Excerpts from Teladoc Quarterly and Annual Reports**

5.      Attached hereto as Exhibit 4 is an excerpt from the Annual Report of Teladoc on Form 10-K for the year ended December 31, 2022, filed with the U.S. Securities and Exchange Commission ("SEC") on March 1, 2023, and cited in the Amended Complaint at, *inter alia*, paragraphs 37-42, 55-56, 58, 76, 183, 191.

6.      Attached hereto as Exhibit 5 is an excerpt from the Quarterly Report of Teladoc on Form 10-Q for the quarterly period ended March 31, 2023, filed with the SEC on May 2, 2023, and cited in the Amended Complaint at, *inter alia*, paragraphs 43-45, 77.

7.      Attached hereto as Exhibit 6 is an excerpt from the Quarterly Report of Teladoc on Form 10-Q for the quarterly period ended June 30, 2023, filed with the SEC on July 28, 2023, and cited in the Amended Complaint at, *inter alia*, paragraphs 19, 46-48, 183-84.

8.      Attached hereto as Exhibit 7 is an excerpt from the Quarterly Report of Teladoc on Form 10-Q for the quarterly period ended September 30, 2023, filed with the SEC on October 27, 2023, and cited in the Amended Complaint at, *inter alia*, paragraphs 77 and 191.

9.      Attached hereto as Exhibit 8 is an excerpt from the Annual Report of Teladoc on Form 10-K for the year ended December 31, 2023, filed with the SEC on February 23, 2024, and cited in the Amended Complaint at, *inter alia*, paragraphs 32 and 57.

**Teladoc Current Reports**

10.      Attached hereto as Exhibit 9 is the Current Report of Teladoc on Form 8-K filed with the SEC on February 22, 2023, reporting Teladoc's Fourth Quarter and Full Year 2022 results.

11.     Attached hereto as Exhibit 10 is the Current Report of Teladoc on Form 8-K filed with the SEC on April 26, 2023, reporting Teladoc's First Quarter 2023 results, which is cited in the Amended Complaint at, *inter alia*, paragraph 163 footnote 3.

12.     Attached hereto as Exhibit 11 is the Current Report of Teladoc on Form 8-K filed with the SEC on July 25, 2023, reporting Teladoc's Second Quarter 2023 results, which is cited in the Amended Complaint at, *inter alia*, paragraph 163 footnote 3.

13.     Attached hereto as Exhibit 12 is the Current Report of Teladoc on Form 8-K filed with the SEC on October 24, 2023, reporting Teladoc's Third Quarter 2023 results, which is cited in the Amended Complaint at, *inter alia*, paragraph 163 footnote 3.

14.     Attached hereto as Exhibit 13 is the Current Report of Teladoc on Form 8-K filed with the SEC on February 20, 2024, reporting Teladoc's Fourth Quarter and Full Year 2023 Results, and cited in the Amended Complaint at, *inter alia*, paragraph 161.

15.     Attached hereto as Exhibit 14 is the Current Report of Teladoc on Form 8-K filed with the SEC on April 5, 2024, announcing Teladoc's leadership transition.

**Statements of Beneficial Ownership of Teladoc Securities**

16.     Attached hereto as Exhibit 15—in chronological order by filing date—are Statements of Changes in Beneficial Ownership on Form 4 for Jason Gorevic, filed with the SEC on March 3, 2023; March 7, 2023; June 5, 2023; July 28, 2023; September 6, 2023; and December 5, 2023.

17.     Attached hereto as Exhibit 16—in chronological order by filing date—are the Statements of Changes in Beneficial Ownership on Form 4 for Mala Murthy, filed with the SEC on March 3, 2023; March 7, 2023; June 5, 2023; September 6, 2023; and December 5, 2023.

**Teladoc Earnings Calls and Conference Presentations**

18.     Attached hereto as Exhibit 17 is a transcript of Teladoc's First Quarter 2022 Earnings Call, held on April 27, 2022, which is cited in the Amended Complaint at, *inter alia*, paragraphs 88-90.

19.     Attached hereto as Exhibit 18 is a transcript of Teladoc's Third Quarter 2022 Earnings Call, held on October 26, 2022, which is cited in the Amended Complaint at, *inter alia*, paragraphs 94-95.

20.     Attached hereto as Exhibit 19 is a transcript of Teladoc's Company Conference Presentation at the Piper Sandler 34th Annual Healthcare Conference, held on November 30, 2022, which is cited in the Amended Complaint at, *inter alia*, paragraphs 117-18, 141, 205.

21.     Attached hereto as Exhibit 20 is a transcript of Teladoc's Fourth Quarter 2022 Earnings Call, held on February 22, 2023, which is cited in the Amended Complaint at, *inter alia*, paragraphs 78, 121-22.

22.     Attached hereto as Exhibit 21 is a transcript of Teladoc's First Quarter 2023 Earnings Call, held on April 26, 2023, which is cited in the Amended Complaint at, *inter alia*, paragraphs 69-70, 80, 124-25.

23.     Attached hereto as Exhibit 22 is a transcript of Teladoc's Second Quarter Earnings Call, held on July 25, 2023, which is cited in the Amended Complaint at, *inter alia*, paragraphs 126-29, 179-81, 212.

24.     Attached hereto as Exhibit 23 is transcript of Teladoc's Third Quarter Earnings Call, held on October 24, 2023, which is cited in the Amended Complaint at, *inter alia*, paragraphs 9, 136-37, 139, 141, 143, 145, 185, 187, 189, 206.

25.     Attached hereto as Exhibit 24 is a transcript of Teladoc's Company Conference Presentation at the Piper Sandler 35th Annual Healthcare Conference, held on November 28, 2023, which is cited in the Amended Complaint at, *inter alia*, paragraphs 150-51.

26.     Attached here to as Exhibit 25 is a presentation deck from Teladoc's Company Conference Presentation at the J.P. Morgan 42nd Annual Healthcare Conference, held on January 9, 2024, which is cited in the Amended Complaint at, *inter alia*, paragraphs 197 and 152.

27.     Attached hereto as Exhibit 26 is a transcript of Teladoc's Fourth Quarter Earnings Call, held on February 20, 2024, which is cited in the Amended Complaint at, *inter alia*, paragraphs 115, 153, 155-58, 160-62, 164, 173, 176, 206.

**<u>Analyst Reports</u>**

28.     Attached hereto as Exhibit 27 is BTIG's analyst report, "Good Margin Expansion in BetterHelp, Cost Management Paying Off," published on July 25, 2023, which is cited in the Amended Complaint at, *inter alia*, paragraphs 131-32.

29.     Attached hereto as Exhibit 28 is William Blair's analyst report, "Solid Second-Quarter Results With In-Line Sales, Strong EBITDA Performance; Guidance Raised Modestly," published on July 25, 2023, which is cited in the Amended Complaint at, *inter alia*, paragraph 133.

30.     Attached here to as Exhibit 29 is TD Cowen's analyst report, "3Q23 Preview: Focus to Center Around BetterHelp LT Growth & FCF Generation," published on October 5, 2023, which is cited in the Amended Complaint at, *inter alia*, paragraph 134.

31.     Attached hereto as Exhibit 30 is J.P. Morgan's analyst report, "Softer 2024 Growth Outlook, Particularly in BetterHelp, Likely Overshadows Margin Expansion Story,"

published on February 20, 2024, which is cited in the Amended Complaint at, *inter alia*, paragraph 171.

32.    Attached hereto as Exhibit 31 is UBS's analyst report, "CEO Gorevic Out; CFO Murthy To Serve as Interim CEO," published on April 8, 2024, which is cited in the Amended Complaint at, *inter alia*, paragraph 175.

**Other Materials**

33.    Attached hereto as Exhibit 32 is the Amended and Restated Executive Employment Agreement between Teladoc and Jason Gorevic, which was filed with the SEC on June 18, 2015, as an exhibit to Amendment No. 3 to Teladoc's Form S-1 Registration Statement.

**Amended Complaint**

34.    Attached hereto as Exhibit 33 is the Amended Complaint filed in this action by Lead Plaintiffs Joshua Marit and Ali Touat on February 24, 2025.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 20, 2025.

*/s/ Audra J. Soloway*
Audra J. Soloway