# EXHIBIT 1

**EXHIBIT 1**

| Statement Number | Alleged Misstatement (Emphasis in Amended Complaint)[1] | Complaint Paragraph | Not Alleged to Be False | Forward-Looking/ Opinion | Puffery |
|---|---|---|---|---|---|
| 1 | "Consolidated revenue grew 10% on a year-over-year basis last quarter and 4% sequentially to $652 million.  Our consolidated adjusted EBITDA of $72 million exceeded the high end of our expectations.  And both the Integrated Care and BetterHelp segments had a strong quarter . . . .  We're happy to report strong performance in the second quarter with segment revenue growing 18% year-over-year, which was in line with our expectations. ***We've also seen stable customer acquisition costs through the first half of the year.***  This stability, combined with consistently gross margin performance, meant that our margins improved significantly over Q2 last year, a result which was also consistent with our forecast.  Consumer demand has proven resilient through the first half of the year even with the financial pressures that many households are facing.  But given the uncertainty in the broader economy, we're continuing to incorporate a more cautious outlook at the low end of our guidance range."<br><br>*Jason Gorevic (2Q23 Earnings Call held July 25, 2023)* | 179 | X | | |
| 2 | "Last year, over half of the ads then in BetterHelp business took place in the second half of the year.  This year's plan calls for the opposite with over half of the ad spend taking place in the first half.  So last year's cadence looked different due to the dynamics we've talked about . . . .  So last year, we actually spent more in 3Q than we did in 2Q.  And we saw that reflected in the BetterHelp margins last year, which declined over the course of 1Q to 2Q, 2Q to 3Q and then accelerated back up in 4Q. ***So this year, the cadence of ad spending is more balanced across the first 3 quarters of the year in contrast to the steep ramp over the same period last year.***  And so if you think about what the implication of that is, what it means is the sequential revenue contribution is also going to be more balanced across the quarters than last year.  So that's sort of the difference in the pacing of the ad spend in this year versus the prior | 181 | X | | |

---

[1] The alleged misstatements are drawn from the Amended Complaint, and, where appropriate, presented with surrounding language to place the statements in context.  All source materials are quoted in the Amended Complaint and are incorporated by reference.  The bold and italic font is copied from the Amended Complaint and signifies the language that Plaintiffs allege to be misleading.

| Statement Number | Alleged Misstatement (Emphasis in Amended Complaint)[1] | Complaint Paragraph | Not Alleged to Be False | Forward-Looking/ Opinion | Puffery |
|---|---|---|---|---|---|
| | year means that the revenue comps line up differently, and that is what is essentially resulting in the deceleration in the second half versus the first half." <br><br> *Mala Murthy (2Q23 Earnings Call held July 25, 2023)* | | | | |
| 3 | "There have been **no material changes to the risk factors previously disclosed** in [the 2022 Form 10-K]." <br><br> *2Q23 Form 10-Q (filed July 28, 2023)* | 183 | X | | |
| 4 | "Turning to BetterHelp, we recorded $286 million of revenue in the quarter, up 8% year-over-year and within the guidance range provided last quarter.  Third quarter for BetterHelp improved nearly 500 basis points over the prior year's third quarter, and we're on track to deliver material EBITDA growth again in the fourth quarter, which is typically BetterHelp's seasonally stronger quarter for margin.  After scaling rapidly to surpass $1 billion of revenue last year, we have since taken a more balanced approach to growth and margin at BetterHelp . . . . **Customer acquisition costs remain near the midpoint of our outlook range**, combined with stable gross margin trends, that means we anticipate landing near the midpoint of our prior full year segment revenue and margin guidance for BetterHelp." <br><br> *Jason Gorevic (3Q23 Earnings Call held October 24, 2023)* | 185 | X | | |
| 5 | "Revenue increased 8% year-over-year to $286 million in the third quarter, a decline of 2% sequentially, in line with our guidance range.  Average monthly users increased 5% over the prior year's quarter.  Third quarter BetterHelp adjusted EBITDA was $26 million, resulting in a margin of 9.1%.  This represents a 490 basis point increase over the last year's third quarter, a reflection of the "**more stable advertising environment compared to FY22 as well as sustained gross margin improvement**." <br><br> *Mala Murthy (3Q23 Earnings Call held October 24, 2023)* | 187 | X | | |
| 6 | "[U]nlike many of our smaller peers, our **scale enables us to drive and earn strong returns on our ad spend, and that gives us a real advantage.**  We have talked about this before.  But there's only so much incremental ad spend and customer acquisitions you can drive in any short period of time.  There's just natural growth to that every year as the market shifts more and more towards virtual and as the channels themselves grow.  So that does limit the amount of DTC business can profitably grow year after | 189 | X | X | X |

2

| Statement Number | Alleged Misstatement (Emphasis in Amended Complaint)[1] | Complaint Paragraph | Not Alleged to Be False | Forward-Looking/ Opinion | Puffery |
|---|---|---|---|---|---|
| | year.  So all of this just to blend [*sic*] some color to the dynamics that we are certainly seeing in the BetterHelp business.” <br> *Mala Murthy (3Q23 Earnings Call held October 24, 2023)* | | | | |
| 7 | “There have been **no material changes to the risk factors previously disclosed** in [the 2022 Form 10-K].” <br> *3Q23 Form 10-Q (filed October 27, 2023)* | 191 | X | | |
| 8 | “Where we’ve seen challenges is in the customer acquisition cost, right?  I mean, I think we’ve been pretty public about this.  We said top of our range assumes that there will be an improvement in the customer acquisition cost.  Bottom end of the range means it stays sort of stubbornly a little worse than our expectations for the year.  And that’s where it’s been, right?  It’s just stayed **a little worse than our expectations for the year . . .  They’re slightly worse than our expectations**.” <br> *Jason Gorevic (November 28, 2023 Conference)* | 195 | X | | |
| 9 | “I think people have a hard time sometimes understanding just the cadence and the investment, the investment cadence and the seasonality of the BetterHelp business. And we’ve also done some different things as we’ve seen different dynamics in the ad market, right?  So last year, we pulled back on ad spend in the first half because of a challenging environment, and we spent more than half our spend in the back half of the year.  We always pull back on – like this time of the year of the year is the most expensive time of the year to advertise.  So **we always pull back on ad spend for BetterHelp at this time of the year**.” <br> *Jason Gorevic (November 28, 2023 Conference)* | 193 | X | | |
| 10 | **“I’ve had investors ask me, ‘Hey, is BetterHelp run out of growing room?  Is it going to shrink next year.’  I don’t think there’s any scenario where we believe that that’s the case.”** <br> *Jason Gorevic (January 9, 2024 Conference)* | 197 | X | X | X |

3