# EXHIBIT 2

**Jason Gorevic's Transactions in Teladoc Common Stock During Putative Class Period and Comparable Control Period [1]**

| Date of Transaction | Transaction Type | Number of Shares | Percentage of Total Pre-transaction Holdings Acquired or Sold | Amount of Securities Beneficially Owned Following Transaction | Sale Pursuant to 10b-5 Plan | Sale to Cover Tax Withholding |
|---|---|---|---|---|---|---|
| Control Period[2] Begins 12/29/2022 | | | | | | |
| 3/1/2023 | Acquisition | 22,458 | 3.96% | 588,922 | | |
| **3/2/2023** | **Sale** | **8,262** | **1.40%** | **580,660** | | **X** |
| 3/2/2023 | Acquisition | 9,104 | 1.57% | 589,764 | | |
| 3/2/2023 | Acquisition | 15,476 | 2.62% | 605,240 | | |
| 3/2/2023 | Acquisition | 3,891 | 0.64% | 609,131 | | |
| 3/2/2023 | Acquisition | 7,648 | 1.26% | 616,779 | | |
| 3/2/2023 | Acquisition | 5,782 | 0.94% | 622,561 | | |
| 3/2/2023 | Acquisition | 2,913 | 0.47% | 625,474 | | |

---

[1]    The information in this table is drawn from the SEC filings attached as Exhibit 15 to the Soloway Declaration.

[2]    The "Control Period" refers to the period of the same duration as the Class Period immediately preceding the Class Period.

| Date of Transaction | Transaction Type | Number of Shares | Percentage of Total Pre-transaction Holdings Acquired or Sold | Amount of Securities Beneficially Owned Following Transaction | Sale Pursuant to 10b-5 Plan | Sale to Cover Tax Withholding |
|---|---|---|---|---|---|---|
| **3/3/2023** | **Sale** | **22,040** | **3.52%** | **603,434** | | **X** |
| 6/1/2023 | Acquisition | 5,614 | 0.93% | 609,048 | | |
| **6/2/2023** | **Sale** | **2,802** | **0.46%** | **606,246** | | **X** |
| *Class Period Begins 7/26/2023* | | | | | | |
| **7/27/2023** | **Sale** | **10,000** | **1.65%** | **596,246** | **X** | |
| 9/1/2023 | Acquisition | 5,614 | 0.94% | 601,860 | | |
| **9/5/2023** | **Sale** | **2,864** | **0.48%** | **598,996** | | **X** |
| 12/1/2023 | Acquisition | 5,615 | 0.94% | 604,611 | | |
| **12/4/2023** | **Sale** | **2,877** | **0.48%** | **601,734** | | **X** |