# EXHIBIT 3

**Mala Murthy's Transactions in Teladoc Common Stock During Putative Class Period and Comparable Control Period[1]**

| Date of Transaction | Transaction Type | Number of Shares | Percentage of Total Pre-transaction Holdings Acquired or Sold | Amount of Securities Beneficially Owned Following Transaction | Sale Pursuant to 10b-5 Plan | Sale to Cover Tax Withholding |
|---|---|---|---|---|---|---|
| *Control Period[2] Begins 12/29/2022* | | | | | | |
| 3/1/2023 | Acquisition | 13,475 | 49.37% | 40,770 | | |
| **3/2/2023** | **Sale** | **7,605** | **18.65%** | **33,165** | | **X** |
| 3/2/2023 | Acquisition | 4,552 | 13.73% | 37,717 | | |
| 3/2/2023 | Acquisition | 1,144 | 3.03% | 38,861 | | |
| 3/2/2023 | Acquisition | 2,486 | 6.40% | 41,347 | | |
| 3/2/2023 | Acquisition | 1,879 | 4.54% | 43,226 | | |
| 3/2/2023 | Acquisition | 948 | 2.19% | 44,174 | | |
| 3/2/2023 | Acquisition | 2,678 | 6.06% | 46,852 | | |

---

[1]  The information in this table is drawn from the SEC filings attached as Exhibit 16 to the Soloway Declaration.

[2]  The "Control Period" refers to the period of the same duration as the Class Period immediately preceding the Class Period.

| Date of Transaction | Transaction Type | Number of Shares | Percentage of Total Pre-transaction Holdings Acquired or Sold | Amount of Securities Beneficially Owned Following Transaction | Sale Pursuant to 10b-5 Plan | Sale to Cover Tax Withholding |
|---|---|---|---|---|---|---|
| **3/3/2023** | **Sale** | **7,438** | **15.88%** | **39,414** | | **X** |
| 6/1/2023 | Acquisition | 3,368 | 8.55% | 42,782 | | |
| 6/1/2023 | Acquisition | 8,175 | 19.11% | 50,957 | | |
| **6/2/2023** | **Sale** | **6,241** | **12.25%** | **44,716** | | **X** |
| *Class Period Begins 7/26/2023* | | | | | | |
| 9/1/2023 | Acquisition | 3,369 | 7.53% | 48,085 | | |
| 9/1/2023 | Acquisition | 2,043 | 4.25% | 50,128 | | |
| **9/5/2023** | **Sale** | **3,221** | **6.43%** | **46,907** | | **X** |
| 12/1/2023 | Acquisition | 3,369 | 7.18% | 50,276 | | |
| 12/1/2023 | Acquisition | 2,043 | 4.06% | 52,319 | | |
| **12/4/2023** | **Sale** | **3,004** | **5.74%** | **49,315** | | **X** |