# EXHIBIT 6

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
#### Washington, D.C. 20549

## Form 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2023**

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from**

**to**

**Commission File Number: 001-37477**

_____

# TELADOC HEALTH, INC.
**(Exact name of registrant as specified in its charter)**

| **Delaware** | **04-3705970** |
|---|---|
| (State of incorporation) | (I.R.S. Employer Identification No.) |

| **2 Manhattanville Road, Suite 203** | |
| **Purchase, New York** | **10577** |
| (Address of principal executive office) | (Zip code) |

**(203) 635-2002**
(Registrant's telephone number including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | TDOC | New York Stock Exchange |

_____

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ | Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
|---|---|---|---|---|---|---|---|
| Emerging growth company | ☐ | | | | | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of July 24, 2023, the Registrant had 164,952,114 shares of Common Stock outstanding.

Table of Contents

**Note 15.**
**Legal Matters**

From time to time, Teladoc Health is involved in various litigation matters arising in the normal course of business, including the matters described below. The Company consults with legal counsel on those issues related to litigation and seeks input from other experts and advisors with respect to such matters. Estimating the probable losses or a range of probable losses resulting from litigation, government actions, and other legal proceedings is inherently difficult and requires an extensive degree of judgment, particularly where the matters involve indeterminate claims for monetary damages, may involve discretionary amounts, present novel legal theories, are in the early stages of the proceedings, or are subject to appeal. Whether any losses, damages, or remedies ultimately resulting from such matters could reasonably have a material effect on the Company's business, financial condition, results of operations, or cash flows will depend on a number of variables, including, for example, the timing and amount of such losses or damages (if any) and the structure and type of any such remedies. As of the date of these financial statements, Teladoc Health's management does not expect any litigation matter to have a material adverse impact on its business, financial condition, results of operations, or cash flows.

On August 27, 2021, a purported securities class action complaint (City of Hialeah Employees' Retirement System v. Teladoc Health, Inc., et.al.) was filed in the Circuit Court of Cook County, Illinois against the Company and certain of the Company's current and former officers and directors. The complaint was brought on behalf of a purported class consisting of all persons who acquired shares of Teladoc Health common stock issued in the Livongo merger. The complaint asserted violations of Sections 11, 12(a)(2) and 15 of the Securities Act based on allegedly false or misleading statements and omissions with respect to the registration statement and prospectus filed in connection with the Livongo merger. The complaint sought certification as a class action, unspecified compensatory damages plus interest and attorneys' fees, rescission or a rescissory measure of damages and equitable or other relief. On January 18, 2022, the case was voluntarily dismissed without prejudice in the Circuit Court of Cook County, Illinois and on January 26, 2022, was refiled in the Supreme Court of the State of New York. The refiled case includes substantially the same allegations. The Company believes that these claims are without merit, and the Company and its named current and former officers and directors intend to defend the lawsuit vigorously, including through the filing of a motion to dismiss the complaint on April 8, 2022.

On June 6, 2022, a purported securities class action complaint (Schneider v. Teladoc Health, Inc., et. al.) was filed in the U.S. District Court for the Southern District of New York against the Company and certain of the Company's officers. The complaint was brought on behalf of a purported class consisting of all persons or entities who purchased or otherwise acquired shares of the Company's common stock during the period October 28, 2021 through April 27, 2022. The complaint asserted violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder based on allegedly false or misleading statements and omissions with respect to, among other things, the Company's business, operations, and prospects. The complaint seeks certification as a class action and unspecified compensatory damages plus interest and attorneys' fees. On August 2, 2022, a duplicative purported securities class action complaint (De Schutter v. Teladoc Health, Inc., et.al.) was filed in the U.S. District Court for the Eastern District of New York. The claims and parties in De Schutter were substantially similar to those in Schneider. The De Schutter case was transferred on consent to the Southern District court, and the Schneider and De Schutter actions have now been consolidated under the caption In re Teladoc Health, Inc. Securities Litigation. On August 23, 2022, the court appointed Leadersel Innotech ESG as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995. The lead plaintiff filed an amended complaint on September 30, 2022, on behalf of a purported class consisting of all persons or entities who purchased or otherwise acquired shares of the Company's common stock during the period February 24, 2021 to July 27, 2022, and filed a second amended complaint on December 6, 2022, on behalf of a purported class consisting of all persons or entities who purchased or otherwise acquired shares of the Company's common stock during the period February 11, 2021 to July 27, 2022. On July 5, 2023, the court granted the defendants' motion to dismiss the complaint. The Company believes that these claims are without merit, and the Company and its named officers intend to defend any appeal or further proceedings in the lawsuit vigorously.

On August 9, 2022, a verified shareholder derivative complaint (Vaughn v. Teladoc Health, Inc., et.al.) was filed in the U.S. District Court for the Southern District of New York against the Company as a nominal defendant and certain of the Company's officers and directors. The complaint asserts violations of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, breach of fiduciary duty, aiding and abetting breach of fiduciary duty, unjust enrichment, and waste of corporate assets in connection with factual assertions similar to those in the purported securities class action complaints described above. The complaint seeks damages to the Company allegedly sustained as a result of the acts and omissions of the named officers and directors and seeks an order directing the Company to reform and

20

Table of Contents

improve the Company's corporate governance. On September 6, 2022, a duplicative verified stockholder derivative complaint (Hendry v. Teladoc Health, Inc., et. al.) was filed in the U.S. District Court for the Southern District of New York. The claims and parties in Hendry were substantially similar to those in Vaughn. The Vaughn and Hendry actions have now been consolidated under the caption In re Teladoc Stockholder Derivative Litigation, and a consolidated complaint was filed on November 29, 2022. The consolidated complaint also asserts violations of Section 14(a) of the Securities Exchange Act of 1934. The parties subsequently stipulated to transfer the action to the U.S. District Court for the District of Delaware, and on December 22, 2022 the parties agreed, and the Court ordered, to stay all proceedings until final resolution, including exhaustion of appeals, of the motion to dismiss filed in the purported securities class action complaint described above.

On July 30, 2020, the Company's subsidiary BetterHelp, Inc. ("BetterHelp") received a Civil Investigative Demand from the U.S. Federal Trade Commission ("FTC") as part of its non-public investigation to determine whether BetterHelp engaged in unfair business practices in violation of the Federal Trade Commission Act. In March 2023, BetterHelp and the FTC entered into a tentative settlement of all claims arising from the FTC's investigation and agreed to a consent order that required the Company to make a $
7.8 million payment to the FTC. The settlement, including the consent order, received final approval from the FTC on July 14, 2023.

There have been multiple putative class-action litigations filed against BetterHelp in connection with the above-referenced FTC settlement and consent order. The actions have been filed in California federal and state courts and in Canada. The cases are substantially similar, involving allegations of misleading patients as to BetterHelp's use of patient data and associated alleged violations of law involving privacy, advertising, contract and tort. The Company believes that these claims are without merit, and the Company intends to defend the lawsuits vigorously.

**Note 16.**
**Segments**

ASC Subtopic 280-10, *"Segment Reporting,"* establishes standards for reporting information about operating segments. Operating segments are defined as components of an enterprise about which separate financial information is available that is evaluated regularly by the chief operating decision maker ("CODM") in deciding how to allocate resources and assess performance. The Company's Chief Executive Officer is the CODM and is responsible for reviewing financial information presented on a segment basis for purposes of making operating decisions and assessing financial performance.

The CODM measures and evaluates segments based on segment operating revenues together with Adjusted EBITDA. The Company excludes the following items from segment Adjusted EBITDA: provision for income taxes; other income, net; interest income; interest expense; depreciation and amortization; goodwill impairment; loss on extinguishment of debt; stock-based compensation; restructuring costs; and acquisition, integration and transformation charges. Although these amounts are excluded from segment Adjusted EBITDA, they are included in reported consolidated net loss and are included in the reconciliation that follows.

The Company's computation of segment Adjusted EBITDA may not be comparable to other similarly titled metrics computed by other companies because all companies do not calculate segment Adjusted EBITDA in the same fashion.

Operating revenues and expenses directly associated with each segment are included in determining its operating results. Other expenses that are not directly attributable to a particular segment are based upon allocation methodologies, including the following: revenue, headcount, time and other relevant usage measures, and/or a combination of such.

The Company has two reportable segments: Teladoc Health Integrated Care and BetterHelp. The Integrated Care segment includes a suite of global virtual medical services including general medical, expert medical services, specialty medical, chronic condition management, mental health, and enabling technologies and enterprise telehealth solutions for hospitals and health systems. The BetterHelp segment includes virtual mental health and other wellness services provided on a global basis which are predominantly marketed and sold on a direct-to-consumer basis. Other reflects certain revenues and charges not related to ongoing segment operations.

The CODM does not review any information regarding total assets on a segment basis. Segments do not record intersegment revenues, and, accordingly, there is none to be reported. The accounting policies for segment reporting are the same as for the Company as a whole.

21

Table of Contents

The following table presents revenues by segment (in thousands):

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | 2023 | 2022 | 2023 | 2022 |
| Teladoc Health Integrated Care | $ 360,050 | $ 341,599 | $ 710,022 | $ 673,983 |
| BetterHelp | 292,356 | 247,314 | 571,628 | 477,488 |
| Other (1) | 0 | 3,466 | 0 | 6,258 |
| Total Consolidated Revenue | $ 652,406 | $ 592,379 | $ 1,281,650 | $ 1,157,729 |

The following table presents Adjusted EBITDA by segment (in thousands):

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | 2023 | 2022 | 2023 | 2022 |
| Teladoc Health Integrated Care | $ 37,968 | $ 29,320 | $ 73,095 | $ 52,587 |
| BetterHelp | 34,187 | 20,022 | 51,825 | 50,120 |
| Other (1) | 0 | (2,631) | 0 | (1,499) |
| Total Consolidated Adjusted EBITDA | $ 72,155 | $ 46,711 | $ 124,920 | $ 101,208 |

_____

(1) Other reflects certain revenues and expenses not related to ongoing segment operations.

The following table presents a reconciliation of segment Adjusted EBITDA to consolidated GAAP income before income taxes (in thousands):

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | 2023 | 2022 | 2023 | 2022 |
| Teladoc Health Integrated Care | $ 37,968 | $ 29,320 | $ 73,095 | $ 52,587 |
| BetterHelp | 34,187 | 20,022 | 51,825 | 50,120 |
| Other | 0 | (2,631) | 0 | (1,499) |
| Total consolidated Adjusted EBITDA | 72,155 | 46,711 | 124,920 | 101,208 |
| *Adjustments to reconcile to GAAP net loss* | | | | |
| Goodwill impairment | 0 | (3,030,000) | 0 | (9,630,000) |
| Interest income | 11,558 | 1,225 | 20,469 | 1,389 |
| Interest expense | (5,835) | (5,562) | (11,098) | (11,206) |
| Other income (expense), net | (207) | (1,760) | 4,700 | (1,036) |
| Depreciation and amortization | (75,465) | (59,371) | (145,248) | (118,304) |
| Stock-based compensation | (55,725) | (51,000) | (101,763) | (111,436) |
| Acquisition, integration, and transformation costs | (5,080) | (2,892) | (11,024) | (7,399) |
| Restructuring costs | (7,530) | 0 | (15,632) | 0 |
| Loss before provision for income taxes | (66,129) | (3,102,649) | (134,676) | (9,776,784) |
| Provision for income taxes | 952 | 1,188 | 271 | 800 |
| Net loss | $ (65,177) | $ (3,101,461) | $ (134,405) | $ (9,775,984) |

Geographic data for long-lived assets (representing property, plant and equipment) were as follows (in thousands):

|  | As of June 30, 2023 | As of December 31, 2022 |
| --- | --- | --- |
| United States | $ 26,342 | $ 25,935 |
| Other | 4,050 | 3,706 |
| Total long-lived assets | $ 30,392 | $ 29,641 |

22

Table of Contents

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

**Special Note Regarding Forward-Looking Statements**

Many statements made in this Quarterly Report on Form 10-Q that are not statements of historical fact, including statements about our beliefs and expectations, are forward-looking statements and should be evaluated as such. Forward-looking statements include information concerning possible or assumed future results of operations, including descriptions of our business plan and strategies. These statements often include words such as "anticipates," "believes," "suggests," "targets," "projects," "plans," "expects," "future," "intends," "estimates," "predicts," "potential," "may," "will," "should," "could," "would," "likely," "foresee," "forecast," "continue" and other similar words or phrases, as well as statements in the future tense to identify these forward-looking statements. These forward-looking statements and projections are contained throughout this Form 10-Q, including the section entitled" "Management's Discussion and Analysis of Financial Condition and Results of Operations." We base these forward-looking statements or projections on our current expectations, plans and assumptions that we have made in light of our experience in the industry, as well as our perceptions of historical trends, current conditions, expected future developments and other factors we believe are appropriate under the circumstances and at such time. As you read and consider this Form 10-Q, you should understand that these statements are not guarantees of performance or results. The forward-looking statements and projections are subject to and involve risks, uncertainties, and assumptions and you should not place undue reliance on these forward-looking statements or projections. Although we believe that these forward-looking statements and projections are based on reasonable assumptions at the time they are made, you should be aware that many factors could affect our actual financial results or results of operations and could cause actual results to differ materially from those expressed in the forward-looking statements and projections. Factors that may materially affect such forward-looking statements and projections include, but are not limited to, the section entitled "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2022 (the "2022 Form 10-K") and in our other reports and U.S. Securities and Exchange Commission ("SEC") filings. These cautionary statements should not be construed by you to be exhaustive and are made only as of the date of this Form 10-Q. We undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise. You should evaluate all forward-looking statements made in this Form 10-Q in the context of these risks and uncertainties.

**Overview**

Teladoc, Inc. was incorporated in the State of Texas in June 2002 and changed its state of incorporation to the State of Delaware in October 2008. Effective August 10, 2018, Teladoc, Inc. changed its corporate name to Teladoc Health, Inc. Unless the context otherwise requires, Teladoc Health, Inc., together with its subsidiaries, is referred to herein as "Teladoc Health," the "Company," or "we." The Company's principal executive office is located in Purchase, New York. Teladoc Health is the global leader in whole person virtual care focusing on forging a new healthcare experience with better convenience, outcomes, and value around the world.

Teladoc Health was founded on a simple, yet revolutionary idea: that everyone should have access to the best healthcare, anywhere in the world on their terms. Today, we have a vision of making virtual care the first step on any healthcare journey, and we are delivering on this mission by providing whole person virtual care that includes primary care, mental health, chronic condition management, and more.

**Key Factors Affecting Our Performance**

We believe that our future performance will depend on many factors, including the following:

As it relates to the Integrated Care segment:

*Number of U.S. Integrated Care Members.* U.S. Integrated Care members represent the number of unique individuals who have paid access and visit fee only access to our suite of integrated care services in the U.S. at the end of the applicable period. Our revenue growth rate and long-term profitability are affected by our ability to increase cross selling capability among our existing members over time because we derive a substantial portion of our revenue from access and other fees via Client contracts that provide members access to our professional provider network in exchange for a contractual based periodic fee. Therefore, we believe that our ability to add new members and retain existing members, and to increase utilization and penetration further into existing and new health plan Clients is a key indicator of our increasing market adoption, the growth of our business, and our future revenue potential. We further believe that increasing our membership is an integral objective that will provide us with the ability to continually innovate our services

23

Table of Contents

and support initiatives that will enhance members' experiences. U.S. Integrated Care members increased by 5.3 million to 85.9 million at June 30, 2023, compared to the same period in 2022.

*Chronic Care Program Enrollment.* Chronic care program enrollment represents the total number of enrollees across our suite of chronic care programs at the end of a given period. Our chronic care program enrollments are one of the key components of our whole person virtual care platform that we believe positions us to drive greater engagement with our platforms and increased revenue. Chronic care program enrollment increased by 7% to 1.073 million at June 30, 2023, compared to 1.005 million at June 30, 2022.

*Average Revenue Per U.S. Integrated Care Member.* Average revenue per U.S. Integrated Care member measures the average amount of global revenue that we generate from a U.S. Integrated Care member for a particular period. It is calculated by dividing the total revenue generated from the Integrated Care segment by the average number of U.S. Integrated Care members during the applicable period. Approximately 20% of total Integrated Care revenues relates to international and hospital and health systems for which membership is not considered as a management metric. We believe that our ability to increase the revenue generated from each member over time is also a key indicator of our increasing market adoption, the growth of our business, and future revenue potential. Average revenue per U.S. Integrated Care member decreased to $1.41 in the three months ended June 30, 2023, from $1.43 in the same period in 2022, primarily due to the impact of new members onboarded over the course of the year. Average revenue per U.S. Integrated Care member decreased to $1.40 in the six months ended June 30, 2023 from $1.42 in the same period in 2022, primarily due to the impact of new members onboarded over the course of the year.

As it relates to the BetterHelp segment:

*BetterHelp Paying Users.* BetterHelp paying users represent the average number of global monthly paying users of our BetterHelp therapy services during the applicable period. We believe that our ability to add new paying users and retain existing users is a key indicator of the increasing market adoption of BetterHelp, the growth of that business, and future revenue potential. Our ability to efficiently reach new potential paying users through various advertising channels helped us to increase BetterHelp paying users by 17% to 0.476 million for the three months ended June 30, 2023, compared to 0.408 million for the three months ended June 30, 2022, and increased by 19% to 0.471 million for the six months ended June 30, 2023, compared to 0.395 million for the six months ended June 30, 2022.

As it relates to the Company:

*Seasonality.* Our business has historically been subject to seasonality. In our Integrated Care segment, as a result of many Clients' introduction of new services at the start of each year, a concentration of our new Client contracts has an effective date of January 1. Therefore, while membership increases, utilization and enrollment rates are dampened until service delivery ramps up over the course of the year. As a result of seasonal cold and flu trends, we historically have experienced our highest level of visit and other fee revenue during the first and fourth quarters of each year.

Due to the higher cost of customer acquisition during the end-of-year holiday season, our BetterHelp segment has historically reduced marketing activity during the fourth quarter. As a result of this dynamic we have typically experienced fewer new member additions and the strongest operating income performance in the fourth quarter. Conversely, as marketing activity typically resumes at the start of the year, we typically experience the weakest operating income performance during the first quarter as new customer acquisition and revenue growth lags marketing spend.

**Critical Accounting Estimates and Policies**

Our discussion and analysis of our results of operations, liquidity and capital resources are based on our condensed consolidated financial statements which have been prepared in conformity with accounting principles generally accepted in the U.S. ("GAAP"). The preparation of these condensed consolidated financial statements requires us to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses, and disclosure of contingent assets and liabilities.

On an ongoing basis, we evaluate our estimates and judgments, including those related to revenue recognition, business combinations, goodwill and other intangible assets, income taxes, and other items. We base our estimates on historical and anticipated results and trends and on various other assumptions that we believe are reasonable under the circumstances, including assumptions as to future events. These estimates form the basis for making judgments about the carrying values of assets and liabilities that are not readily apparent from other sources. By their nature, estimates are

Table of Contents

*Advertising and Marketing Expenses.* Advertising and marketing expenses were $178.8 million for the three months ended June 30, 2023 compared to $164.6 million for the three months ended June 30, 2022, an increase of $14.2 million, or 9%, driven substantially by higher digital and media advertising costs related to BetterHelp. On a year-to-date basis, advertising and marketing expenses increased by $57.4 million, or 19%, to $355.5 million. The increase was substantially driven by higher digital and media advertising costs related to BetterHelp.

*Sales Expenses.* Sales expenses were $53.5 million for the three months ended June 30, 2023 compared to $57.9 million for the three months ended June 30, 2022, a decrease of $4.4 million, or 8%. The decrease was primarily driven by lower employee compensation and commission costs. On a year-to-date basis, sales expenses decreased by $8.2 million, or 7%, to $108.0 million. The decrease was primarily driven by lower employee compensation and commission costs, partially offset by higher costs related to sales conferences and events.

*Technology and Development Expenses.* Technology and development expenses were $87.3 million for the three months ended June 30, 2023 compared to $78.7 million for the three months ended June 30, 2022, an increase of $8.6 million, or 11%. The increase reflects higher employee compensation costs and higher infrastructure, hosting, and software license costs associated with running operations. On a year-to-date basis, technology and development expenses increased by $8.2 million, or 5%, to $174.3 million. The increase was driven by higher infrastructure, hosting and software license costs associated with running operations and ongoing projects and services to continuously improve and optimize our products and services, as well as higher employee compensation costs, partially offset by lower professional fees. For the three months ended June 30, 2023 and 2022, research and development costs, which exclude amounts reflected as capitalized software, were $33.2 million and $24.5 million, respectively. For the six months ended June 30, 2023 and 2022, research and development costs were $63.6 million and $51.5 million, respectively.

*General and Administrative Expenses.* General and administrative expenses increased $12.8 million, or 11%, to $125.8 million for the three months ended June 30, 2023 compared to $113.0 million for the three months ended June 30, 2022. On a year-to-date basis, general and administrative expenses increased $22.1 million, or 10%, to $240.0 million. The increases for both periods were driven by higher employee compensation costs, other non-income taxes, bad debt reserves, call center expense, and bank charges, partially offset by lower legal costs, other professional fees, occupancy costs and therapist onboarding costs.

*Acquisition, Integration, and Transformation Costs.* Acquisition, integration, and transformation costs were $5.1 million and $11.0 million for the three and six months ended June 30, 2023, respectively, and primarily consisted of costs to integrate and upgrade our CRM and ERP ecosystem. For the three and six months ended June 30, 2022, acquisition, integration, and transformation costs were $2.9 million and $7.4 million, respectively, and primarily consisted of costs to integrate and upgrade our CRM and ERP ecosystem.

*Restructuring Costs.* Restructuring costs for the three and six months ended June 30, 2023 were $7.5 million and $15.6 million, respectively, and primarily consisted of losses related to the reduction of office space and severance. The recognition of restructuring charges has been substantially completed as of June 30, 2023.

*Depreciation and Amortization.*

The following tables show depreciation and amortization broken down by components for the periods indicated:

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2023 | 2022 | % | 2023 | 2022 | % |
| Depreciation | $ 2,954 | $ 2,675 | 10% | $ 5,878 | $ 5,001 | 18% |
| Acquired intangibles | 52,762 | 49,718 | 6% | 103,048 | 99,649 | 3% |
| Capitalized software | 19,749 | 6,976 | 183% | 36,322 | 13,652 | 166% |
| Total | $ 75,465 | $ 59,369 | 27% | $ 145,248 | $ 118,302 | 23% |

Depreciation and amortization increased 27% for the three months ended June 30, 2023 and increased 23% for the six months ended June 30, 2023, both compared to the prior year periods. The higher amortization is associated with higher capitalized software development costs.

*Goodwill Impairment.* We did not record a goodwill impairment charge for either the three or six months ended June 30, 2023. In the prior year, we recorded non-cash goodwill impairment charges of $3,030.0 million and $9,630.0 million for the three and six months ended June 30, 2022, respectively, following goodwill impairment testing

30

Table of Contents

performed as a result of sustained decreases in our publicly quoted share price. The non-cash charge had no impact on the provision for income taxes.

*Interest Income.* Interest income consisted of interest earned on cash and cash equivalents. Interest income was $11.6 million for the three months ended June 30, 2023 compared to $1.2 million for the three months ended June 30, 2022. Interest income was $20.5 million for the six months ended June 30, 2023 compared to $1.4 million for the six months ended June 30, 2022. The increases for both three and six months periods were primarily driven by higher interest rate yields and, to a lesser extent, an increase in cash and cash equivalent balances.

*Interest Expense.* Interest expense consisted of interest costs and the amortization of debt discounts primarily associated with the convertible senior notes. Interest expense was $5.8 million for the three months ended June 30, 2023 compared to $5.6 million for the three months ended June 30, 2022. Interest expense was $11.1 million and $11.2 million for the six months ended June 30, 2023 and 2022, respectively.

*Other Income, net.* Other income, net was an expense of $0.2 million for the three months ended June 30, 2023 compared to an expense of $1.8 million for the three months ended June 30, 2022, primarily reflecting losses on foreign currency exchange rate fluctuations. Other income, net was an income of $4.7 million for the six months ended June 30, 2023 compared to an expense of $1.0 million for the six months ended June 30, 2022, primarily reflecting a gain on the partial sale of a business.

*Provision for Income Taxes.* We recorded income tax benefits of $1.0 million for the three months ended June 30, 2023 compared to a benefit of $1.2 million for the three months ended June 30, 2022 and $0.3 million for the six months ended June 30, 2023 compared to $0.8 million for the six months ended June 30, 2022.

**Segment Information**

The following tables set forth the results of operations for the relevant segments for the three and six months ended June 30, 2023 and 2022 (dollars in thousands):

| | Three Months Ended June 30, | | | | |
|---|---|---|---|---|---|
| **Teladoc Health Integrated Care** | **2023** | | **2022** | **Variance** | **%** |
| Revenue | $ 360,050 | $ | 341,599 | $ 18,451 | 5% |
| Adjusted EBITDA | $ 37,968 | $ | 29,320 | $ 8,648 | 29% |
| Adjusted EBITDA Margin % | 10.5% | | 8.6% | 196 bps | |

| | Six Months Ended June 30, | | | | |
|---|---|---|---|---|---|
| **Teladoc Health Integrated Care** | **2023** | | **2022** | **Variance** | **%** |
| Revenue | $ 710,022 | $ | 673,983 | $ 36,039 | 5% |
| Adjusted EBITDA | $ 73,095 | $ | 52,587 | $ 20,508 | 39% |
| Adjusted EBITDA Margin % | 10.3% | | 7.8% | 249 bps | |

Integrated Care total revenues increased by $18.5 million, or 5%, to $360.1 million for the three months ended June 30, 2023 on higher chronic care enrollment and adoption, as well as higher telemedicine product revenue, including higher revenues from our Primary360 offering. Integrated Care total revenues increased by $36.0 million, or 5%, to $710.0 million for the six months ended June 30, 2023 on higher chronic care enrollment and adoption, as well as higher telemedicine product revenue, including higher revenues from our Primary360 offering.

Integrated Care Adjusted EBITDA increased by $8.6 million, or 29%, to $38.0 million for the three months ended June 30, 2023, primarily reflecting higher gross profit as well as lower advertising and marketing and sales expenses, partially offset by higher general administrative and technology and development expenses. Integrated Care Adjusted EBITDA increased by $20.5 million, or 39%, to $73.1 million for the six months ended June 30, 2023, primarily reflecting higher gross profit, partially offset by higher general administrative and technology and development expenses.

Table of Contents

| BetterHelp | Three Months Ended June 30, | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2023 | | 2022 | | Variance | % |
| Therapy Services | $ | 288,288 | $ | 245,754 | $ | 42,534 | 17% |
| Other Wellness Services | | 4,068 | | 1,560 | | 2,508 | 161% |
| Total Revenue | $ | 292,356 | $ | 247,314 | $ | 45,042 | 18% |
| Adjusted EBITDA | $ | 34,187 | $ | 20,022 | $ | 14,165 | 71% |
| Adjusted EBITDA Margin % | | 11.7% | | 8.1% | | 360bps | |

| BetterHelp | Six Months Ended June 30, | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2023 | | 2022 | | Variance | % |
| Therapy Services | $ | 564,216 | $ | 474,871 | $ | 89,345 | 19% |
| Other Wellness Services | | 7,412 | | 2,617 | | 4,795 | 183% |
| Total Revenue | $ | 571,628 | $ | 477,488 | $ | 94,140 | 20% |
| Adjusted EBITDA | $ | 51,825 | $ | 50,120 | $ | 1,705 | 3% |
| Adjusted EBITDA Margin % | | 9.1% | | 10.5% | | (143)bps | |

BetterHelp total revenues increased by $45.0 million, or 18%, to $292.4 million for the three months ended June 30, 2023, primarily driven by a 17% increase in average monthly paying users. BetterHelp total revenues increased by $94.1 million, or 20%, to $571.6 million for the six months ended June 30, 2023, driven by a 19% increase in average monthly paying users.

BetterHelp Adjusted EBITDA increased by $14.2 million, or 71%, to $34.2 million for the three months ended June 30, 2023, primarily reflecting higher gross profit, partially offset by higher advertising and marketing and, to a lesser extent, higher general and administrative expenses. BetterHelp Adjusted EBITDA increased by $1.7 million, or 3%, to $51.8 million for the six months ended June 30, 2023, primarily reflecting higher gross profit, partially offset by higher advertising and marketing and, to a lesser extent, higher general and administrative, and technology and development expenses.

**Liquidity and Capital Resources**

The following table presents a summary of our cash flow activity for the periods set forth below (in thousands):

| Consolidated Statements of Cash Flows - Summary | Six Months Ended June 30, | |
|---|---|---|
| | 2023 | 2022 |
| Net cash provided by operating activities | 114,338 | 60,722 |
| Net cash used in investing activities | (82,194) | (72,404) |
| Net cash provided by financing activities | 7,561 | 1,482 |
| Foreign exchange difference | 808 | (2,119) |
| Total increase (decrease) in cash and cash equivalents | $ 40,513 | $ (12,319) |

Our principal sources of liquidity are cash and cash equivalents, which totaled $958.7 million as of June 30, 2023.

We believe that our existing cash and cash equivalents will be sufficient to meet our working capital, capital expenditure, and contractual obligation needs for at least the next 12 months. Our future capital requirements will depend on many factors including our growth rate, contract renewal activity, number of visits, the timing and extent of spending to support product development efforts, our expansion of sales and marketing activities, the introduction of new and enhanced services offerings, the continuing market acceptance of telehealth, and our debt service obligations. We may in the future enter into arrangements to acquire or invest in complementary businesses, services, technologies, and intellectual property rights. We may be required to seek additional equity or debt financing to fund working capital, capital expenditures and acquisitions, and to settle debt obligations. In the event that additional financing is required from outside sources, we may not be able to raise it on terms acceptable to us or at all, which would adversely affect our business, financial condition and results of operations.

Table of Contents

Historically, we have financed our operations primarily through sales of equity securities, debt issuance, and bank borrowings.

See Note 10. "Convertible Senior Notes" of the notes to the condensed consolidated financial statements for additional information on our convertible senior notes.

We routinely enter into contractual obligations with third parties to provide professional services, licensing, and other products and services in support of our ongoing business. The current estimated cost of these contracts is not expected to be significant to our liquidity and capital resources based on contracts in place as of June 30, 2023.

### Cash from Operating Activities

Cash flows provided by operating activities consisted of net loss adjusted for certain non-cash items and changes in assets and liabilities. Net cash provided by operating activities was $114.3 million for the six months ended June 30, 2023 compared to net cash provided by operating activities of $60.7 million for the six months ended June 30, 2022. The year-over-year improvement was primarily driven by growth in the business as well as lower incentive compensation payments, higher indirect tax refunds, and higher interest income.

The primary uses of cash from operating activities are for the payment of cash compensation, provider fees, engagement marketing, direct-to-consumer digital and media advertising, inventory, insurance, technology costs, interest expense and acquisition, integration, and transformation costs. Historically, cash compensation is at its highest level in the first quarter when discretionary employee compensation related to the previous fiscal year is paid.

### Cash from Investing Activities

Cash used in investing activities was $82.2 million for the six months ended June 30, 2023, and $72.4 million for the six months ended June 30, 2022. Amounts for both periods primarily relate to payments for capitalized software development costs associated with ongoing projects and services to continuously improve and optimize our products and services.

### Cash from Financing Activities

Cash provided by financing activities for the six months ended June 30, 2023 was $7.6 million and $1.5 million for the six months ended June 30, 2022. The six months ended June 30, 2022 was negatively affected by certain miscellaneous cash outflows that were not present in the current year-to-date period.

The following is a reconciliation of net cash provided by operating activities to free cash flow (in thousands, unaudited):

| | Six Months Ended June 30, | |
| | 2023 | 2022 |
| --- | ---: | ---: |
| Net cash provided by operating activities | $ 114,338 | $ 60,722 |
| Capital expenditures | (4,267) | (6,455) |
| Capitalized software | (77,927) | (69,213) |
| Free Cash Flow | $ 32,144 | $ (14,946) |

Free cash flow was a positive $32.1 million for the six months ended June 30, 2023, compared to a negative $14.9 million for the six months ended June 30, 2022. The year-over-year increase was substantially driven by growth in the business, lower incentive compensation payments, lower inventory purchases, higher indirect tax refunds, and higher interest income, partially offset by higher capitalized software costs.

33

Table of Contents

**Item 3. Quantitative and Qualitative Disclosures About Market Risk**

*Interest Rate Risk and Foreign Exchange Risk*

Cash equivalents that are subject to interest rate volatility represent our principal market risk. We do not expect cash flows to be affected to any significant degree by a sudden change in market interest rates as our convertible senior notes bear fixed interest rates. We do not enter into investments for trading or speculative purposes.

We operate our business primarily within the U.S. which accounts for approximately 86% of our revenues. We have not utilized hedging strategies with respect to our foreign exchange exposure as we believe it is not expected to have a material impact on our condensed consolidated financial statements.

*Concentrations of Risk and Significant Clients*

Our financial instruments that are exposed to concentrations of credit risk consist primarily of cash and cash equivalents and accounts receivable. We deposit our cash with financial institutions in the U.S. and in foreign countries, however, our deposits, at times, may exceed federally insured limits. Our cash equivalents are primarily invested in institutional money market funds.

No Client represented over 10% of revenues for the three or six months ended June 30, 2023 or 2022.

No Client represented over 10% of accounts receivable at June 30, 2023 or December 31, 2022.

**Item 4. Controls and Procedures**

*Management's Report on Internal Control over Financial Reporting*

In designing and evaluating our disclosure controls and procedures, management recognizes that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives and management necessarily applies its judgment in evaluating the cost-benefit relationship of possible controls and procedures.

Our management, with the participation of our Chief Executive Officer and Chief Financial Officer, evaluated, as of the end of the period covered by this Quarterly Report on Form 10-Q, the effectiveness of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act")). Based on that evaluation, our Chief Executive Officer and Chief Financial Officer concluded that as of June 30, 2023, our disclosure controls and procedures were effective to provide reasonable assurance that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported, within the time periods specified in the SEC's rules and forms and to provide reasonable assurance that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate, to allow timely decisions regarding required disclosure.

*Changes in Internal Control Over Financial Reporting*

During 2022, we implemented a new ERP system for selected entities and transaction types included within our consolidated financial statements. During the three months ended June 30, 2023, we implemented this ERP system for additional entities. As a result of these ERP system implementations, we revised certain existing internal controls, processes, and procedures. There are inherent risks in implementing an ERP system and, accordingly, we will continue to evaluate the design and operating effectiveness of these controls.

Other than these ERP system implementations, there were no changes in our internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act) during the three months ended June 30, 2023 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.