# EXHIBIT 8

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

_____

# Form 10-K

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the year ended December 31, 2023

or

TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from to

Commission File Number: 001-37477

_____

# TELADOC HEALTH, INC.
(Exact name of registrant as specified in its charter)

| Delaware | 04-3705970 |
|---|---|
| *(State of incorporation)* | *(I.R.S. Employer Identification No.)* |

| 2 Manhattanville Road, Suite 203 | |
| **Purchase, New York** | **10577** |
| *(Address of principal executive office)* | *(Zip code)* |

**(203) 635-2002**
*(Registrant's telephone number including area code)*
Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | TDOC | The New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:** Not Applicable

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes ☐ No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐
Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act.) Yes ☐ No ☒

The aggregate market value of the common stock held by non-affiliates as of the last business day of the registrant's most recently completed second fiscal quarter was approximately $4,144,640,168. The registrant has no non-voting stock outstanding.

As of February 16, 2024, there were 167,038,966 shares of common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's definitive proxy statement to be delivered to stockholders in connection with the 2024 annual meeting of stockholders are incorporated by reference in response to Part III of this Report to the extent stated herein.

Table of Contents

# TABLE OF CONTENTS

|  |  |  | Page |
|---|---|---|---|
| **PART I** |  |  |  |
|  |  | Special Note Regarding Forward Looking Statements | 3 |
| ITEM 1. | Business |  | 3 |
| ITEM 1A. | Risk Factors |  | 18 |
| ITEM 1B. | Unresolved Staff Comments |  | 50 |
| ITEM 1C. | Cybersecurity |  | 50 |
| ITEM 2. | Properties |  | 51 |
| ITEM 3. | Legal Proceedings |  | 52 |
| ITEM 4. | Mine Safety Disclosures |  | 52 |
|  |  |  |  |
| **PART II** |  |  |  |
| ITEM 5. | Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities |  | 52 |
| ITEM 6. | Reserved |  | 53 |
| ITEM 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations |  | 54 |
| ITEM 7A. | Quantitative and Qualitative Disclosures About Market Risk |  | 68 |
| ITEM 8. | Financial Statements and Supplementary Data |  | 69 |
| ITEM 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure |  | 69 |
| ITEM 9A. | Controls and Procedures |  | 69 |
| ITEM 9B. | Other Information |  | 72 |
| ITEM 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections |  | 72 |
|  |  |  |  |
| **PART III** |  |  |  |
| ITEM 10. | Directors, Executive Officers and Corporate Governance |  | 72 |
| ITEM 11. | Executive Compensation |  | 72 |
| ITEM 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters |  | 72 |
| ITEM 13. | Certain Relationships and Related Transactions, and Director Independence |  | 73 |
| ITEM 14. | Principal Accounting Fees and Services |  | 73 |
|  |  |  |  |
| **PART IV** |  |  |  |
| ITEM 15. | Exhibits and Financial Statement Schedules |  | 74 |
| ITEM 16. | Form 10-K Summary |  | 74 |
|  |  |  |  |
| **EXHIBIT INDEX** |  |  | 75 |
|  |  |  |  |
| **SIGNATURES** |  |  | 80 |
|  |  |  |  |
| **INDEX TO CONSOLIDATED FINANCIAL STATEMENTS AND SUPPLEMENTAL DATA** |  |  | F-1 |

---

Table of Contents

# PART I

## -SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS

Many statements made in this Annual Report on Form 10-K that are not statements of historical fact, including statements about our beliefs and expectations, are forward-looking statements and should be evaluated as such. Forward-looking statements include information concerning possible or assumed future results of operations, including descriptions of our business plan and strategies. These statements often include words such as "anticipates", "believes", "suggests", "targets", "projects", "plans", "expects", "future", "intends", "estimates", "predicts", "potential", "may", "will", "should", "could", "would", "likely", "foresee", "forecast", "continue" and other similar words or phrases, as well as statements in the future tense to identify these forward-looking statements. These forward-looking statements and projections are contained throughout this Form 10-K, including the sections entitled "Business," "Risk Factors," and "Management's Discussion and Analysis of Financial Condition and Results of Operations." Teladoc Health, Inc., together with its subsidiaries, is referred to herein as "Teladoc Health," the "Company," or "we." We base these forward-looking statements or projections on our current expectations, plans and assumptions that we have made in light of our experience in the industry, as well as our perceptions of historical trends, current conditions, expected future developments and other factors we believe are appropriate under the circumstances and at such time. As you read and consider this Form 10-K, you should understand that these statements are not guarantees of performance or results. The forward-looking statements and projections are subject to and involve risks, uncertainties and assumptions and you should not place undue reliance on these forward-looking statements or projections. Although we believe that these forward-looking statements and projections are based on reasonable assumptions at the time they are made, you should be aware that many factors could affect our actual financial results or results of operations and could cause actual results to differ materially from those expressed in the forward-looking statements and projections. Factors that may materially affect such forward-looking statements and projections include, but are not limited to section entitled "Risk Factors" in this Form 10-K and in our other reports and Securities and Exchange Commission ("SEC") filings. These cautionary statements should not be construed by you to be exhaustive and are made only as of the date of this Form 10-K. We undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise. You should evaluate all forward-looking statements made in this Form 10-K in the context of these risks and uncertainties.

## Item 1. Business

## Overview

Teladoc Health is the global leader in whole person virtual care, forging a new healthcare experience with better convenience, outcomes, and value. Our mission is to empower all people everywhere to live their healthiest lives by transforming the healthcare experience.

Teladoc Health was founded on a simple, yet revolutionary idea: that everyone should have access to the best healthcare, anywhere in the world on their terms. Today, we have a vision of making virtual care the first step on any healthcare journey, and we are delivering on this mission by providing whole person virtual care that includes primary care, mental health, chronic condition management, and more.

We have developed and built upon our diverse capabilities over the course of more than 20 years, evolving our product and service portfolio from a suite of point solutions to a whole person offering. We are creating a unified and personalized consumer experience, developing technologies to connect patients and extend the reach of care providers, delivering the highest standard of clinical quality at every touchpoint, and enhancing health decisions and outcomes with smart data and actionable insights. Regardless of people's healthcare needs, across any site of care, we aim to provide the right level of personalized support to meet that need.

We believe that we have the largest breadth of integrated whole person products and services in the virtual care industry, enabling us to treat the whole person, from mental healthcare to physical healthcare, and from acute episodic needs to chronic needs. We strive to be the "front door" to the healthcare system for our members, with a unique ability to connect them to the care they need. People who come to us with one of these needs are in turn much more likely to rely on us for other healthcare needs, which creates the opportunity for us to build longitudinal relationships, with care that's personalized for each individual.

We aim to achieve our vision of making virtual care the first step on any healthcare journey by delivering, enabling, and empowering integrated whole person virtual care services and experiences that span every stage of the

Table of Contents

healthcare journey. We offer a portfolio of services and solutions covering hundreds of medical subspecialties, bolstered by technology, artificial intelligence ("AI"), machine learning and human expertise to provide an effective care experience that people value and trust. By combining the latest in data science and analytics with an award-winning user experience through a set of highly flexible integrated technology platforms, we completed approximately 18.4 million telehealth visits in 2023 through our business to business and direct-to-consumer ("D2C") channels. We provide access to healthcare through our portfolio of consumer brands 24 hours a day, 7 days a week, and 365 days a year.

We have two reportable segments: Teladoc Health Integrated Care ("Integrated Care") and BetterHelp.

Our Integrated Care segment includes a suite of global virtual medical services including general medical, expert medical services, specialty medical, chronic condition management, mental health, and enabling technologies and enterprise telehealth solutions for hospitals and health systems. Services in this segment are distributed primarily on a business-to-business ("B2B") basis.

Our BetterHelp segment primarily consists of our market leading D2C mental health platform. The online counseling and therapy services are provided via our network of over 40,000 licensed clinicians leveraging our platform for web, mobile app, phone, and text-based interactions.

*Who We Serve*

As of December 31, 2023, approximately 90 million members in the United States ("U.S.") have access to one or more of our products and services. The customers of our Integrated Care segment primarily consist of employers, health plans, hospitals and health systems, insurance and financial services companies (collectively "Clients"), as well as individual members who utilize our solutions. Clients and individual consumers purchase our solutions to expand access to convenient, affordable, and high-quality healthcare to their constituents and to reduce their healthcare spending. Our solutions offer our Clients substantial savings opportunities and an attractive return on investment. As part of this segment, we sell to our Clients on behalf of their beneficiaries, including employees and health plan members. In our various sales channels, a range of third parties, including health plans, pharmacy benefits managers, financial institutions, brokers, agents, benefits consultants, and resellers, sell our solutions to various end markets around the world. Our BetterHelp segment primarily sells directly to individual consumers.

*How We Generate Revenue*

For the year ended December 31, 2023, 88% of our consolidated revenue was derived from access fees. To a lesser extent, we generate revenue from visit fees as well as sales of hardware and other related services to hospital and health systems, which is reported in "other revenue".

<u>Teladoc Health Integrated Care Segment</u>

Our Integrated Care segment primarily generates revenue on a contractually recurring, access fee basis, typically on a per-member-per-month ("PMPM") basis. In some cases, Clients pay monthly access fees based on a per-participant-per-month model, based on the number of actively enrolled members each month. This segment also generates revenue from health system and provider Clients related to our licensed technology platform, primarily in the form of recurring access fee revenue as well as from the sale and lease of devices such as robots, carts, and tablets. Some of our contracts place a portion of our fees at risk or provide for gain share opportunity based on achieving desired performance metrics, cost savings, and/or clinical outcomes improvements.

Access fees comprise the significant majority of our Integrated Care segment revenue. We also generate revenue on a per-telehealth visit basis through certain Clients with visit fee only arrangements. For certain Clients, we also earn visit fees or per-case fees in combination with access fees.

Access fees are paid by our Clients on behalf of their employees, dependents, policy holders, card holders, beneficiaries, clinicians, or as is the case with certain of our subscribers, fees are paid by our members themselves. Visit fees for general medical and specialty visits are typically paid by Clients and/or members.

4

Table of Contents

BetterHelp Segment

In our BetterHelp segment, we primarily generate revenue from paying users who pay a fee, most commonly monthly, to access our network of therapists and psychiatrists as well as to use our BetterSleep app designed to help people improve their sleep quality and overall well-being.

*The Teladoc Health Brand Portfolio*

Our Teladoc Health family of brands - which include, among others, Teladoc and BetterHelp, deliver access to advice and resolution for a broad array of healthcare needs, in intuitive, award-winning experiences designed to meet the expectations of today's consumers, from children to the senior population. The most common way for individuals to engage with our services is by using a mobile device, reflecting the growing consumer adoption of mobile technology and applications in managing their health.

## Our Competitive Strengths

We believe that Teladoc Health is the leading global virtual healthcare provider because of our strong competitive advantages that address the most pressing challenges and trends in the delivery of healthcare around the world. We believe our history of innovation and long-standing operational excellence provide us with significant first-mover advantages, and we continue to invest and expand our services and geographic footprint globally. As the first comprehensive virtual healthcare company providing whole person care at scale, we have pioneered solutions and created what we believe are collectively the telehealth industry's first and only offerings of their kind. Our competitive advantages allow us to deliver whole person care solutions that create and demonstrate positive clinical outcomes for our members, and strong return on investment for our Clients.

*Comprehensive Suite of Virtual Healthcare Clinical Services*

We believe that we are the first and only company to provide a comprehensive and integrated whole person virtual healthcare solution that both provides and enables care for a full spectrum of clinical conditions, including wellness and prevention, acute care, chronic conditions, and complex healthcare needs. We also provide a broad range of programs and services, including primary and specialty care telehealth solutions, chronic condition management, expert medical services, mental health solutions, and platform & program services.

*Global Footprint Spanning Clients, Medical Operations and Members*

We believe we have the only global virtual healthcare footprint spanning a diverse set of Client channels, medical operations, and members. Combining our suite of international clinical capabilities with our technology and operational scale uniquely equips us to meet the needs of multinational employers.

*Unmatched Breadth of Solutions for Clients Across All Channels Served*

We deliver a comprehensive set of solutions to a diverse Client population through a highly efficient and effective distribution network wherein we reach Clients and individuals in our Integrated Care segment through our Clients and channel partners. In our BetterHelp segment we primarily market our solution directly to potential members.

We believe the breadth of our distribution strategy allows us to directly reach individuals and Clients of nearly every size and in nearly every market.

*Comprehensive Engagement Model that Drives Utilization*

We believe that our ability to drive behavior change on a global scale to deliver the highest utilization of virtual healthcare services in the industry is a key competitive differentiator for Teladoc Health. We utilize a combination of our proprietary engagement science, our "surround sound" capabilities, personalized individual experiences, as well as our deep knowledge and expertise of various populations to increase the adoption of our virtual care services.

Our engagement science is a unique combination of the application of predictive analytics and modeling, our deep experience with all population demographics, and expertise in applying this knowledge to our member populations on a global scale. With our proprietary engagement science, we target members using behavioral triggers, advanced predictive

5

Table of Contents

modeling, and demographic/firmographic insights. This increases efficiency and the impact of our communications by reaching the right member, with the right personalized message, in the right micro moments of their day-to-day lives.

We believe that our "surround sound" capabilities are unique in the breadth and scale of media mix, analytics, and targeting techniques that we actively deploy across our diverse member populations on a global scale. We use these capabilities, plus our engagement science, to drive awareness and utilization of Teladoc Health services through innovative media strategies designed to reach members in their homes, on the go, and in their moments of need. Our surround sound capabilities and strategies are continuously being evaluated, analyzed, and evolved to meet ever-shifting consumer behaviors.

*Intelligent, Adaptable and Innovative Solution to Whole Person Care*

We have taken an innovative approach to technology to address whole person care. We have fused technology, logistics, and behavioral and clinical science, with data science serving as the intelligent connective tissue that powers our whole person care model. We have a large and unique set of data points that gives us a longitudinal understanding of an individual's clinical truth and enables us to engage in a holistic stepped care model. We integrate capabilities for our members across health plan, employer, and health system relationships, in a way that we believe is unique in the industry.

Our platform features the full range of health support - from AI engine-driven "nudges" and health coaches to therapists and board-certified physicians and the world's leading specialists - available anytime, anywhere we operate to ensure the right care is always delivered.

*Highly Scalable and Secure API-Driven Technology Integrated Platform*

Our core platform is a highly scalable, integrated, application program interface ("API") driven technology platform, for virtual healthcare delivery, with multiple real-time integrations spanning the healthcare ecosystem.

The core platform is equipped to provide the same level of member support and response time for upwards of 100,000 visits per day. Further, our platform has been built to accommodate the seamless and quick introduction of new clinical and digital services and products.

We leverage and develop a unique combination of cloud-based technology that integrates smart connected devices with sophisticated data science to deliver personalized health insight. For example, we provide a unique and proprietary blood glucose meter to members enrolled in our diabetes program. This Class II, Food and Drug Administration ("FDA")-cleared medical device includes a cellular antenna and color touchscreen to provide seamless integration with our platform. Our proprietary software relays the blood glucose measurements and user inputs to our cloud service, and then displays targeted communications and AI-selected "nudges" based on the current context and medical history of the member. These communications are dynamically personalized and optimized using our algorithms to deliver improved clinical health outcomes, which drives value to the healthcare ecosystem. The software on the device can also be remotely upgraded through the cellular antenna to deliver usability improvements and program enhancements.

Our platform's APIs power external connectivity and deep integration with a wide range of payors, electronic medical records ("EMR"), third-party applications, and other interfaces with employers, hospital systems, and health systems, which we believe uniquely positions us as a long-term partner meeting the unique needs of the rapidly changing healthcare industry. We are able to white label our solutions, so they fit into the plans and strategies of our Clients, all on a platform that is high performing and highly scalable.

Our platform is compliant with numerous international data and privacy regulations, including the General Data Protection Regulation ("GDPR"), data-in-country rules, and other national requirements. This gives us the opportunity and ability to offer our products and services internationally, using the host countries' languages and currencies, and addressing their specific local needs. We are also able to customize our platform for key partnerships globally.

Due to the sensitive nature of our members' and Clients' data, we have a heightened focus on data security and protection. We have a rigorous and comprehensive information security program managed by a dedicated team of security engineers and analysts. We have implemented telehealth industry standard processes, policies, and tools through all levels of our software development and network administration, including regularly scheduled vulnerability scanning and third-party penetration testing to reduce the risk of vulnerabilities in our system. In addition, our enterprise security program is periodically evaluated by expert third parties to ensure we are meeting or exceeding standards, best practices, and

Table of Contents

The following table reconciles net loss, the most directly comparable GAAP measure, to EBITDA and Adjusted EBITDA for the years ended December 31, 2023 and 2022 (in thousands):

| | Year Ended December 31, | |
| --- | --- | --- |
| | 2023 | 2022 |
| Net loss | $ (220,368) | $ (13,659,531) |
| Add: | | |
| Goodwill impairment | 0 | 13,402,812 |
| Interest income | (46,782) | (12,674) |
| Interest expense | 22,282 | 21,944 |
| Other (income) expense, net | (4,445) | 859 |
| Provision for income taxes | 760 | (3,812) |
| Depreciation | 11,138 | 11,407 |
| Amortization | 325,933 | 244,620 |
| EBITDA | 88,518 | 5,625 |
| Stock-based compensation | 201,550 | 217,852 |
| Acquisition, integration, and transformation costs | 21,110 | 15,620 |
| Restructuring costs | 16,942 | 7,416 |
| Adjusted EBITDA | $ 328,120 | $ 246,513 |
| | | |
| Teladoc Health Integrated Care | $ 191,871 | $ 135,153 |
| BetterHelp | 136,249 | 114,116 |
| Other | 0 | (2,756) |
| Adjusted EBITDA | $ 328,120 | $ 246,513 |

*Revenue.* Total revenue was $2,602.4 million for the year ended December 31, 2023, compared to $2,406.8 million for the year ended December 31, 2022, an increase of $195.6 million, or 8%. The increase was driven by an 8% increase in access fees, primarily related to BetterHelp, as well as a 6% increase in other revenues. The increase in other revenues primarily related to higher revenues from sales of our telehealth solutions for hospitals and health systems. By geography, total revenue for the U.S. was $2,237.5 million and for International was $364.9 million for the year ended December 31, 2023, reflecting increases of 6% and 19%, respectively, compared to the year ended December 31, 2022.

*Cost of Revenue (exclusive of depreciation and amortization, which are shown separately below).* Cost of revenue was $760.0 million for year ended December 31, 2023, compared to $744.0 million for the year ended December 31, 2022, an increase of $16.0 million, or 2%, reflecting higher costs associated with the growth in revenue, offset by lower consultation costs, reflecting various operation optimization efforts to reduce provider costs, and lower expenses associated with devices.

*Advertising and Marketing Expenses.* Advertising and marketing expenses were $688.9 million for the year ended December 31, 2023, compared to $623.5 million for the year ended December 31, 2022, an increase of $65.3 million, or 10%. This increase was substantially driven by higher digital and media advertising costs related to BetterHelp.

*Sales Expenses.* Sales expenses were $213.8 million for the year ended December 31, 2023, compared to $227.2 million for the year ended December 31, 2022, a decrease of $13.4 million, or 6%. The decrease was primarily driven by lower employee compensation as well as lower sales and broker commissions.

*Technology and Development Expenses.* Technology and development expenses were $348.5 million for the year ended December 31, 2023, compared to $333.6 million for the year ended December 31, 2022, an increase of $14.9 million, or 4%. The increase was primarily driven by higher infrastructure, hosting, and software license costs associated with running operations and ongoing projects and services to continuously improve and optimize our products and services, partially offset by lower professional fees and contract labor costs and lower recruiting and employee-related costs. For the

Table of Contents

year ended December 31, 2023 and 2022, research and development costs were $124.6 million and $106.9 million, respectively.

*General and Administrative Expenses.* General and administrative expenses were $464.7 million for the year ended December 31, 2023, compared to $449.9 million for the year ended December 31, 2022, an increase of $14.8 million, or 3%. The increase was primarily driven by higher employee compensation costs, call center costs, corporate and other costs, credit card charges, software and infrastructure costs, and bad debt reserves, partially offset by lower therapist onboarding costs, other professional and consultant fees, occupancy costs, operational costs including indirect taxes, insurance costs, and legal and regulatory costs.

*Acquisition, Integration, and Transformation Costs.* Acquisition, integration, and transformation costs were $21.1 million for the year ended December 31, 2023, compared to $15.6 million for the year ended December 31, 2022, an increase of $5.5 million. The costs and the related increase were primarily associated with integrating and upgrading our CRM and ERP systems.

*Restructuring Costs.* Restructuring costs were $16.9 million and $7.4 million for the year ended December 31, 2023 and 2022, respectively. The costs primarily consisted of losses related to the reduction of office space and severance. See Note 12. 'Restructuring" to the financial statements for additional information.

*Depreciation.* Depreciation was $11.1 million for the year ended December 31, 2023, compared to $11.4 million for the year ended December 31, 2022, a decrease of $0.3 million, or 2%.

*Amortization.*

The following table shows amortization broken down by components for the periods indicated (in thousands):

| | Year Ended December 31, | | % |
|---|---|---|---|
| | 2023 | 2022 | |
| Amortization of acquired intangibles | $ 242,976 | $ 198,522 | 22% |
| Amortization of capitalized software | 82,957 | 46,098 | 80% |
| Amortization of intangible assets expense | $ 325,933 | $ 244,620 | 33% |

Amortization was $325.9 million for the year ended December 31, 2023, compared to $244.6 million for the year ended December 31, 2022, an increase of $81.3 million, or 33%. The higher expense was driven by higher amortization due to the acceleration of certain trademark lives as well as an increase in the amortization of capitalized software costs related to our investment in platforms. In the second half of 2023, we initiated a strategy to transition the majority of our chronic condition management Clients and members to the Teladoc Health brand on a phased basis, with a smaller subset continuing to be served under the Livongo trade name beyond 2024. In connection with the brand strategy, we accelerated the amortization associated with the Livongo trademark, increasing amortization expense in the year ended December 31, 2023 and in the year ending December 31, 2024, with corresponding reductions thereafter. The change in accounting estimate resulted in additional amortization expense for acquired intangibles of $37.5 million, or $0.23 per basic and diluted share, for the year ended December 31, 2023.

*Goodwill Impairment.* No goodwill impairment charge was recognized for the year ended December 31, 2023. We recorded non-cash goodwill impairment charges of $13,402.8 million across several quarters in the year ended December 31, 2022, following goodwill impairment testings performed as a result of sustained decreases in our publicly quoted share price and our annual testing requirement. The non-cash charges had no impact on the provision for income taxes. Refer to Critical Accounting Estimates and Policies: Goodwill and Note 6. "Goodwill," to our consolidated financial statements.

*Interest Income.* Interest income consisted of interest earned on cash and cash equivalents. Interest income was $46.8 million for the year ended December 31, 2023, compared to $12.7 million for the year ended December 31, 2022. The increase was primarily driven by higher interest rate yields and, to a lesser extent, an increase in cash and cash equivalent balances.

*Interest Expense.* Interest expense consisted of interest costs and the amortization of debt discounts primarily associated with the convertible senior notes. Interest expense was $22.3 million for the year ended December 31, 2023, compared to $21.9 million for the year ended December 31, 2022.

Table of Contents

*Other (Income) Expense, Net.* Other (income) expense, net was an income of $4.4 million for the year ended December 31, 2023, compared to an expense of $0.9 million for the year ended December 31, 2022, primarily reflecting a gain on the partial sale of a business.

*Provision for Income Taxes.* We recorded an income tax expense of $0.8 million for the year ended December 31, 2023, compared to an income tax benefit of $3.8 million for the year ended December 31, 2022. The income tax provision for the year ended December 31, 2023 reflects the current year operational loss and the impact of lower stock-based compensation deductions for tax purposes compared to the stock-based compensation expense recorded in the consolidated statement of operations.

**Segment Information**

The following tables set forth the results of operations for the relevant segments for the years ended December 31, 2023 and 2022 (dollars in thousands):

| Teladoc Health Integrated Care | Year Ended December 31, | | Variance | % |
|---|---|---|---|---|
| | 2023 | 2022 | | |
| Revenue | $ 1,468,794 | $ 1,373,900 | $ 94,894 | 7% |
| Adjusted EBITDA | $ 191,871 | $ 135,153 | $ 56,718 | 42% |
| Adjusted EBITDA Margin % | 13.1% | 9.8% | 323bps | 3% |

Integrated Care total revenues increased by $94.9 million, or 7%, to $1,468.8 million for the year ended December 31, 2023. The increase in net revenues was primarily driven by higher chronic care program enrollment and adoption, as well as higher telemedicine product revenue, including higher revenues from our Primary360 offering.

Integrated Care Adjusted EBITDA increased by $56.7 million, or 42%, to $191.9 million for the year ended December 31, 2023, primarily reflecting higher gross profit, partially offset by higher general and administrative expenses and technology and development costs.

| BetterHelp | Year Ended December 31, | | Variance | % |
|---|---|---|---|---|
| | 2023 | 2022 | | |
| Therapy Services | $ 1,116,693 | $ 1,012,574 | $ 104,119 | 10% |
| Other Wellness Services | 16,928 | 7,072 | $ 9,856 | 139% |
| Total Revenue | $ 1,133,621 | $ 1,019,646 | $ 113,975 | 11% |
| Adjusted EBITDA | $ 136,249 | $ 114,116 | $ 22,133 | 19% |
| Adjusted EBITDA Margin % | 12.0% | 11.2% | 83bps | 1% |

BetterHelp total revenues increased by $114.0 million, or 11%, to $1,133.6 million for the year ended December 31, 2023, driven by a 9% increase in average monthly paying users.

BetterHelp Adjusted EBITDA increased by $22.1 million, or 19%, to $136.2 million for the year ended December 31, 2023, primarily reflecting higher gross profit, offset by higher operating expenses, most significantly higher advertising and marketing expenses.

66

Table of Contents

**Liquidity and Capital Resources**

The following table presents a summary of our cash flow activity for the years ended December 31, 2023 and 2022 (in thousands):

| | Year Ended December 31, | |
| | 2023 | 2022 |
| --- | ---: | ---: |
| **Consolidated Statements of Cash Flows - Summary** | | |
| Net cash provided by operating activities | $ 350,021 | $ 189,292 |
| Net cash used in investing activities | (156,347) | (167,743) |
| Net cash provided by financing activities | 10,854 | 6,497 |
| Effect of foreign currency exchange rate changes | 965 | (3,344) |
| Total increase in cash and cash equivalents | $ 205,493 | $ 24,702 |

Our principal sources of liquidity are cash and cash equivalents, totaling $1,123.7 million as of December 31, 2023. During 2023, we experienced positive operating cash flow and we anticipate increasing positive operating cash flow results for 2024.

We believe that our existing cash and cash equivalents will be sufficient to meet our working capital, capital expenditure, and contractual obligation needs for at least the next 12 months. Our future capital requirements will depend on many factors including our growth rate, contract renewal activity, number of visits, the timing and extent of spending to support product development efforts, our expansion of sales and marketing activities, the introduction of new and enhanced services offerings, the continuing market acceptance of telehealth, and our debt service obligations. We may in the future enter into arrangements to acquire or invest in complementary businesses, services, technologies, and intellectual property rights. We may be required to seek additional equity or debt financing to fund working capital, capital expenditures and acquisitions, and to settle debt obligations. In the event that additional financing is required from outside sources, we may not be able to raise it on terms acceptable to us or at all, which would adversely affect our business, financial condition and results of operations.

Historically, we have financed our operations primarily through sales of equity securities, debt issuance, and bank borrowings.

See Note 10. "Convertible Senior Notes" to the consolidated financial statements for additional information on our convertible senior notes.

We were in compliance with all debt covenants at December 31, 2023.

We routinely enter into contractual obligations with third parties to provide professional services, licensing, and other products and services in support of our ongoing business. The current estimated cost of these contracts is not expected to be significant to our liquidity and capital resources based on contracts in place as of December 31, 2023.

*Cash from Operating Activities*

Cash flows provided by operating activities consist of net loss adjusted for certain non-cash items and the cash effect of changes in assets and liabilities. Cash provided by operating activities was $350.0 million and $189.3 million for the years ended December 31, 2023 and 2022, respectively, an increase of $160.7 million. The increase was driven by higher performance of the business, higher interest income, and higher working capital and other changes, partially offset by higher acquisition, integration, and transformation costs and restructuring costs. Cash provided by operating activities for the years ended December 31, 2023 and 2022 included approximately $15.6 million and $19.1 million, respectively, related to investments in and implementation of cloud computing applications, which are deferred and amortized over multiple years based on the expected contract life.

The primary uses of cash from operating activities are for the payment of cash compensation, provider fees, engagement marketing, direct-to-consumer digital and media advertising, inventory, insurance, technology costs, interest expense and acquisition, integration, and transformation costs. Historically, cash compensation is at its highest level in the first quarter when discretionary employee compensation related to the previous fiscal year is paid.

Table of Contents

*Cash from Investing Activities*

Cash used in investing activities was $156.3 million for the year ended December 31, 2023 and primarily consisted of capitalized software development costs of $144.9 million and capital expenditures of $11.5 million. Cash used in investing activities for the year ended December 31, 2022 of $167.7 million consisted primarily of capitalized software development costs of $156.3 million and capital expenditures of $16.5 million. The decrease of $11.4 million related to lower capitalized software development costs.

*Cash from Financing Activities*

Cash provided by financing activities for the year ended December 31, 2023 was $10.9 million and primarily consisted of $1.5 million of proceeds from the exercise of employee stock options and $9.7 million of proceeds from participants in our employee stock purchase plan. Cash provided by financing activities for the year ended December 31, 2022 was $6.5 million and primarily consisted of $5.9 million of proceeds from the exercise of employee stock options and $6.5 million of proceeds from participants in our employee stock purchase plan.

The following is a reconciliation of net cash provided by operating activities to free cash flow (in thousands, unaudited):

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| Net cash provided by operating activities | $ 350,021 | $ 189,292 | $ 193,990 |
| Capital expenditures | (11,464) | (16,480) | (8,534) |
| Capitalized software | (144,884) | (156,284) | (55,400) |
| Free Cash Flow | $ 193,673 | $ 16,528 | $ 130,056 |

Free cash flow was $193.7 million for the year ended December 31, 2023, as compared to $16.5 million for the year ended December 31, 2022. The year-over-year increase was substantially driven by growth in operating cash flow, and to a lesser degree, a decline in capitalized expenditures and capitalized software.

**Item 7A. Quantitative and Qualitative Disclosures About Market Risk**

*Interest Rate Risk and Foreign Currency Exchange Risk*

Cash equivalents that are subject to interest rate volatility represent our principal market risk. We do not expect cash flows to be affected to any significant degree by a sudden change in market interest rates as our Notes bear fixed interest rates. We do not enter into investments for trading or speculative purposes.

We operate our business primarily within the U.S. which accounts for approximately 86% of our revenues. We have not utilized hedging strategies with respect to our foreign currency exchange exposure as we believe it is not expected to have a material impact on our consolidated financial statements.

*Concentrations of Risk and Significant Clients*

Our financial instruments that are exposed to concentrations of credit risk consist primarily of cash and cash equivalents and accounts receivable. Although we deposit our cash with multiple financial institutions in the U.S. and in foreign countries, our deposits, at times, may exceed federally insured limits. Our short-term investments are comprised of a portfolio of government and institutional prime money market funds with maturity durations of one year or less.

No Client represented over 10% of consolidated revenues for the years ended December 31, 2023 or 2022. For the Integrated Care Segment, a significant portion of our revenue is derived from large enterprises, mainly health plans. For the year ended December 31, 2023, revenue from the five largest customers was 34% of total Integrated Care segment revenue. For the BetterHelp segment, there is no significant concentration risk as substantially all revenue is generated from individuals in the direct-to-consumer market.

Table of Contents

The following table presents the calculation of basic and diluted net loss per share for the Company's common stock (in thousands, except shares and per share data):

| | Year Ended December 31, | | |
| | 2023 | 2022 | 2021 |
|---|---|---|---|
| Net loss | $ (220,368) | $ (13,659,531) | $ (428,793) |
| Weighted-average shares used to compute basic and diluted net loss per share | 164,578,219 | 161,457,123 | 156,939,349 |
| Net loss per share, basic and diluted | $ (1.34) | $ (84.60) | $ (2.73) |

## Note 16. 401(k) Plan

The Company has established a 401(k) plan that qualifies as a deferred compensation arrangement under Internal Revenue Code Section 401. All U.S. employees over the age of 21 are eligible to participate in the plan. The Company contributes 100% of eligible employee's elective deferral up to 4% of $0.3 million of eligible earnings. The Company made matching contributions to participants' accounts totaling $13.4 million, $12.1 million, and $11.3 million during the years ended December 31, 2023, 2022, and 2021, respectively.

## Note 17. Commitments and Contingencies

### Commitments

The Company has contractual obligations to make future payments related to its outstanding convertible senior notes, which is presented in Note 10. Convertible Senior Notes, and its long-term operating leases, which is presented in Note 11. Leases.

### Legal Matters

From time to time, Teladoc Health is involved in various litigation matters arising in the normal course of business, including the matters described below. The Company consults with legal counsel on those issues related to litigation and seeks input from other experts and advisors with respect to such matters. Estimating the probable losses or a range of probable losses resulting from litigation, government actions and other legal proceedings is inherently difficult and requires an extensive degree of judgment, particularly where the matters involve indeterminate claims for monetary damages, may involve discretionary amounts, present novel legal theories, are in the early stages of the proceedings, or are subject to appeal. Whether any losses, damages, or remedies ultimately resulting from such matters could reasonably have a material effect on the Company's business, financial condition, results of operations, or cash flows will depend on a number of variables, including, for example, the timing and amount of such losses or damages (if any) and the structure and type of any such remedies. As of the date of these financial statements, Teladoc Health's management does not expect any litigation matter to have a material adverse impact on its business, financial condition, results of operations, or cash flows.

On June 6, 2022, a purported securities class action complaint (Schneider v. Teladoc Health, Inc., et. al.) was filed in the U.S. District Court for the Southern District of New York against the Company and certain of the Company's officers. The complaint was brought on behalf of a purported class consisting of all persons or entities who purchased or otherwise acquired shares of the Company's common stock during the period October 28, 2021 through April 27, 2022. The complaint asserted violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder based on allegedly false or misleading statements and omissions with respect to, among other things, the Company's business, operations, and prospects. The complaint seeks certification as a class action and unspecified compensatory damages plus interest and attorneys' fees. On August 2, 2022, a duplicative purported securities class action complaint (De Schutter v. Teladoc Health, Inc., et.al.) was filed in the U.S. District Court for the Eastern District of New York. The claims and parties in De Schutter were substantially similar to those in Schneider. The De Schutter case was transferred on consent to the Southern District court, and the Schneider and De Schutter actions have now been consolidated under the caption In re Teladoc Health, Inc. Securities Litigation. On August 23, 2022, the court appointed Leadersel Innotech ESG as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995. The lead plaintiff filed an amended complaint on September 30, 2022, on behalf of a purported class consisting of all persons or entities who purchased or otherwise acquired shares of the Company's common stock during the period February 24, 2021 to July 27, 2022, and filed a second amended complaint on December 6, 2022, on behalf of a purported class consisting of

Table of Contents

all persons or entities who purchased or otherwise acquired shares of the Company's common stock during the period February 11, 2021 to July 27, 2022. On July 5, 2023, the court granted the defendants' motion to dismiss the complaint. On November 17, 2023, the lead plaintiff filed an appeal in the United States Court of Appeals for the Second Circuit. The Company believes that it has substantial defenses, and the Company and its named officers intend to defend the appeal and any further proceedings in the lawsuit vigorously.

On August 9, 2022, a verified shareholder derivative complaint (Vaughn v. Teladoc Health, Inc., et.al.) was filed in the U.S. District Court for the Southern District of New York against the Company as a nominal defendant and certain of the Company's officers and directors. The complaint asserts violations of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, breach of fiduciary duty, aiding and abetting breach of fiduciary duty, unjust enrichment, and waste of corporate assets in connection with factual assertions similar to those in the purported securities class action complaints described above. The complaint seeks damages to the Company allegedly sustained as a result of the acts and omissions of the named officers and directors and seeks an order directing the Company to reform and improve the Company's corporate governance. On September 6, 2022, a duplicative verified stockholder derivative complaint (Hendry v. Teladoc Health, Inc., et. al.) was filed in the U.S. District Court for the Southern District of New York. The claims and parties in Hendry were substantially similar to those in Vaughn. The Vaughn and Hendry actions have now been consolidated under the caption In re Teladoc Stockholder Derivative Litigation, and a consolidated complaint was filed on November 29, 2022. The consolidated complaint also asserts violations of Section 14(a) of the Securities Exchange Act of 1934. The parties subsequently stipulated to transfer the action to the U.S. District Court for the District of Delaware, and on December 22, 2022 the parties agreed, and the Court ordered, to stay all proceedings until final resolution, including exhaustion of appeals, of the motion to dismiss filed in the purported securities class action complaint described above.

On July 30, 2020, the Company's subsidiary BetterHelp, Inc. ("BetterHelp") received a Civil Investigative Demand from the U.S. Federal Trade Commission ("FTC") as part of its non-public investigation to determine whether BetterHelp engaged in unfair business practices in violation of the Federal Trade Commission Act. In March 2023, BetterHelp and the FTC entered into a tentative settlement of all claims arising from the FTC's investigation and agreed to a consent order that required the Company to make a $7.8 million payment to the FTC. The settlement, including the consent order, received final approval from the FTC on July 14, 2023.

There have been multiple putative class-action litigations filed against BetterHelp in connection with the above-referenced FTC settlement and consent order. The actions have been filed in California federal and state courts and in Canada. The cases are substantially similar, involving allegations of misleading patients as to BetterHelp's use of patient data and associated alleged violations of law involving privacy, advertising, contract and tort. The Company believes that it has substantial defenses, and the Company intends to defend the lawsuits vigorously.

On February 13, 2023, Data Health Partners, Inc. ("Data Health Partners") filed a lawsuit against the Company in the U.S. District Court for the District of Delaware alleging that certain of the Company's products, including its blood glucose meter, infringe upon certain patents held by Data Health Partners and seeking unspecified damages, attorney's fees and costs. The Company believes that it has substantial defenses, and the Company intends to defend the lawsuit vigorously.

## Note 18. Segments

ASC Subtopic 280-10, "*Segment Reporting,*" establishes standards for reporting information about operating segments. Operating segments are defined as components of an enterprise about which separate financial information is available that is evaluated regularly by the chief operating decision maker ("CODM") in deciding how to allocate resources and assess performance. The Company's Chief Executive Officer is the CODM and is responsible for reviewing financial information presented on a segment basis for purposes of making operating decisions and assessing financial performance.

The CODM measures and evaluates segments based on segment operating revenues together with Adjusted EBITDA. The Company excludes the following items from segment Adjusted EBITDA: provision for income taxes; other (income) expense, net; interest income; interest expense; depreciation; amortization; goodwill impairment; loss on extinguishment of debt; stock-based compensation; restructuring costs; and acquisition, integration, and transformation charges. Although these amounts are excluded from segment Adjusted EBITDA, they are included in reported consolidated net loss and are included in the reconciliation that follows.

Table of Contents

The Company's computation of segment Adjusted EBITDA may not be comparable to other similarly titled metrics computed by other companies because all companies do not calculate segment Adjusted EBITDA in the same fashion.

Operating revenues and expenses directly associated with each segment are included in determining its operating results. Other expenses that are not directly attributable to a particular segment are based upon allocation methodologies, including the following: revenue, headcount, time and other relevant usage measures, and/or a combination of such.

The Company has two reportable segments: Teladoc Health Integrated Care and BetterHelp. The Integrated Care segment includes a suite of global virtual medical services including general medical, expert medical services, specialty medical, chronic condition management, mental health, and enabling technologies and enterprise telehealth solutions for hospitals and health systems. The BetterHelp segment includes virtual therapy and other wellness services provided on a global basis which are predominantly marketed and sold on a direct-to-consumer basis. Other reflects certain revenues and charges not related to ongoing segment operations.

The CODM does not review any information regarding total assets on a segment basis. Segments do not record intersegment revenues, and, accordingly, there is none to be reported. The accounting policies for segment reporting are the same as for the Company as a whole.

The following table presents revenues by segment (in thousands):

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2023 | | 2022 | | 2021 |
| Teladoc Health Integrated Care | $ | 1,468,794 | $ | 1,373,900 | $ | 1,300,878 |
| BetterHelp | | 1,133,621 | | 1,019,646 | | 721,238 |
| Other (1) | | 0 | | 13,294 | | 10,591 |
| Total Consolidated Revenue | $ | 2,602,415 | $ | 2,406,840 | $ | 2,032,707 |

The following table presents Adjusted EBITDA by segment (in thousands):

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2023 | | 2022 | | 2021 |
| Teladoc Health Integrated Care | $ | 191,871 | $ | 135,153 | $ | 144,021 |
| BetterHelp | | 136,249 | | 114,116 | | 121,702 |
| Other (1) | | 0 | | (2,756) | | 2,114 |
| Total Consolidated Adjusted EBITDA | $ | 328,120 | $ | 246,513 | $ | 267,837 |

_____

(1)  Other reflects certain revenues and expenses not related to ongoing segment operations.

F-37

Table of Contents

The following table presents a reconciliation of segment profitability (Adjusted EBITDA) to consolidated net loss (in thousands):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2023 | 2022 | 2021 |
| Teladoc Health Integrated Care | $ 191,871 | $ 135,153 | $ 144,021 |
| BetterHelp | 136,249 | 114,116 | 121,702 |
| Other | 0 | (2,756) | 2,114 |
| Total consolidated Adjusted EBITDA | 328,120 | 246,513 | 267,837 |
| *Adjustments to reconcile to consolidated net loss:* | | | |
| Goodwill impairment | 0 | (13,402,812) | 0 |
| Loss on extinguishment of debt | 0 | 0 | (43,748) |
| Interest income | 46,782 | 12,674 | 776 |
| Interest expense | (22,282) | (21,944) | (81,141) |
| Other income (expense), net | 4,445 | (859) | 5,088 |
| Depreciation | (11,138) | (11,407) | (8,941) |
| Amortization | (325,933) | (244,620) | (195,298) |
| Stock-based compensation | (201,550) | (217,852) | (302,586) |
| Acquisition, integration, and transformation costs | (21,110) | (15,620) | (26,643) |
| Restructuring costs | (16,942) | (7,416) | 0 |
| Loss before provision for income taxes | (219,608) | (13,663,343) | (384,656) |
| Provision for income taxes | (760) | 3,812 | (44,137) |
| Net loss | $ (220,368) | $ (13,659,531) | $ (428,793) |

Geographic data for long-lived assets (representing property and equipment, net) were as follows (in thousands):

|  | As of December 31, | |
|---|---|---|
|  | 2023 | 2022 |
| United States | $ 28,096 | $ 25,935 |
| Other | 3,936 | 3,706 |
| Total long-lived assets | $ 32,032 | $ 29,641 |

## Note 19. Subsequent Events

As a result of its comprehensive operational review of the business to drive efficiency in order to reduce costs and improve profit growth, the Company expects to incur pre-tax charges in the range of $12 million to $16 million in the year ending December 31, 2024, of which approximately $11 million is expected to occur in the quarter ending March 31, 2024. The charges will primarily relate to employee transition, severance, employee benefits and other costs needed to execute on various optimization initiatives.

F-38