# EXHIBIT 11

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

_____

# FORM 8-K

_____

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (date of earliest event reported) July 25, 2023**

_____

# Teladoc Health, Inc.

**(Exact name of registrant as specified in its charter)**

_____

| Delaware | 001-37477 | 04-3705970 |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Commission File Number)** | **(I.R.S. Employer Identification Number)** |

**2 Manhattanville Road, Suite 203**
**Purchase, NY 10577**

**(Address of principal executive offices and zip code)**

**(203) 635-2002**

**(Registrant's telephone number, including area code)**

_____

**Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:**

☐     **Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)**

☐     **Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)**

☐     **Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))**

☐     **Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common stock, par value $0.001 per share | TDOC | The New York Stock Exchange |

**Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 12b-2 of the Exchange Act.**

**Emerging growth company** ☐

**If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.**

**Item 2.02. Results of Operations and Financial Condition.**

On July 25, 2023, Teladoc Health, Inc. (the "Company") issued a press release relating to its financial results for the second quarter of 2023. A copy of the press release, which is incorporated by reference herein, is attached hereto as Exhibit 99.1.

The foregoing information (including the exhibit set forth in Item 9.01 hereto) is being furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, except as expressly set forth by specific reference in such filing.

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description |
| --- | --- |
| 99.1* | Teladoc Health, Inc. press release, dated July 25, 2023. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document). |

* Furnished herewith.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: July 25, 2023

**Teladoc Health, Inc.**

By:      /s/ Adam C. Vandervoort

Name:    Adam C. Vandervoort

Title:    Chief Legal Officer and Secretary

**Exhibit 99.1**



# Teladoc Health Reports Second Quarter 2023 Results

- *Second quarter 2023 revenue grows 10% year-over-year to $652.4 million*
- *Second quarter 2023 operating cash flow of $101.2 million; free cash flow of $64.6 million*
- *Second quarter 2023 net loss of $65.2 million, or $0.40 per share*
- *Second quarter 2023 adjusted EBITDA of $72.2 million*

**PURCHASE, NY, July 25, 2023**- Teladoc Health, Inc. (NYSE: TDOC), the global leader in whole-person virtual care, today reported financial results for the second quarter ended June 30, 2023.

"Teladoc Health continues to set the standard for delivery of innovative, whole person virtual healthcare solutions to an ever-demanding marketplace focused on the intersection of quality and cost of care," said Jason Gorevic, chief executive officer of Teladoc Health. "For the second quarter, we are pleased to report strong financial and operating results against all key metrics, including adjusted EBITDA of $72.2 million, exceeding expectations. This performance is a direct result of introducing and expanding new products and services, investing in a robust innovation pipeline, controlling expenses, and vertically integrating care to capitalize on customer demand for unified virtual and in-person healthcare experiences."

## Key Financial Data

*($ in thousands, except per share data, unaudited)*

| | Quarter Ended June 30, | | Year over Year Change | Six Months Ended June 30, | | Year over Year Change |
|---|---|---|---|---|---|---|
| | 2023 | 2022 | | 2023 | 2022 | |
| Revenue | $ 652,406 | $ 592,379 | 10% | $ 1,281,650 | $ 1,157,729 | 11% |
| | | | | | | |
| Net loss | $ (65,177) | $ (3,101,461) | 98% | $ (134,405) | $ (9,775,984) | 99% |
| Net loss per share, basic and diluted | $ (0.40) | $ (19.22) | 98% | $ (0.82) | $ (60.72) | 99% |
| | | | | | | |
| Adjusted EBITDA (1) | $ 72,155 | $ 46,711 | 54% | $ 124,920 | $ 101,208 | 23% |

*See note (1) in the Notes section that follows.*

### Second Quarter 2023

**Revenue** increased 10% to $652.4 million from $592.4 million in second quarter 2022. Access fees revenue grew 11% to $575.7 million and other revenue grew 4% to $76.7 million. U.S. revenue grew 8% to $561.8 million and International revenue grew 28% to $90.6 million.

Revenue increased 5% to $360.1 million for the Teladoc Health Integrated Care ("Integrated Care") segment and increased 18% to $292.4 million for the BetterHelp segment in second quarter 2023.

**Net loss** totaled $65.2 million, or $0.40 per share, for second quarter 2023, compared to $3,101.5 million, or $19.22 per share, for second quarter 2022. Results for second quarter 2023 included stock-based compensation expense of $55.7 million, or $0.34 per share, restructuring

costs of $7.5 million, or $0.05 per share, primarily related to office space reductions, and amortization of acquired intangibles of $52.8 million, or $0.32 per share.

Results for second quarter 2022 substantially included a non-cash goodwill impairment charge of $3,030.0 million, or $18.78 per share, as well as stock-based compensation expense of $51.0 million, or $0.32 per share, and amortization of acquired intangibles of $49.7 million, or $0.31 per share.

**Adjusted EBITDA**[1] increased 54% to $72.2 million, compared to $46.7 million for second quarter 2022. Integrated Care segment adjusted EBITDA increased 29% to $38.0 million in second quarter 2023 and BetterHelp segment adjusted EBITDA increased 71% to $34.2 million in second quarter 2023.

**GAAP gross margin**, which includes depreciation and amortization, was 67.5% for second quarter 2023, compared to 68.2% for second quarter 2022.

**Adjusted gross margin**[1] was 70.8% for second quarter 2023, compared to 69.2% for second quarter 2022.

**Six Months Ended June 30, 2023**

**Revenue** increased 11% to $1,281.7 million from $1,157.7 million in the first half of 2022. Access fees revenue grew 12% to $1,126.5 million, and other revenue grew 5% to $155.1 million. U.S. revenue grew 9% to $1,103.4 million, and International revenue grew 23% to $178.2 million for the first half of 2023.

Revenue increased 5% to $710.0 million for the Integrated Care segment and increased 20% to $571.6 million for the BetterHelp segment in the first half of 2023.

**Net loss** totaled $134.4 million, or $0.82 per share, for the first half of 2023, compared to $9,776.0 million, or $60.72 per share, for the first half of 2022. Results for the first half of 2023 included stock-based compensation expense of $101.8 million, or $0.62 per share, restructuring costs of $15.6 million, or $0.10 per share, and amortization of acquired intangibles of $103.0 million, or $0.63 per share.

Results for the first half of 2022 included non-cash goodwill impairment charges of $9,630.0 million, or $59.81 per share, as well as stock-based compensation expense of $111.4 million, or $0.69 per share, and amortization of acquired intangibles of $99.6 million, or $0.62 per share.

**Adjusted EBITDA**[1] increased 23% to $124.9 million, compared to $101.2 million for the first half of 2022. Integrated Care segment adjusted EBITDA increased 39% to $73.1 million in the first half of 2023 and BetterHelp segment adjusted EBITDA increased 3% to $51.8 million in the first half of 2023.

**GAAP gross margin**, which includes depreciation and amortization, was 67.6% for the first half of 2023, compared to 67.1% for the first half of 2022.

**Adjusted gross margin**[1] was 70.3% for the first half of 2023, compared to 68.1% for the first half of 2022.

**Capex and Cash Flow**

Cash flow from operations was $101.2 million in the second quarter of 2023, compared to $92.5 million in the second quarter of 2022, and was $114.3 million in the first half of 2023, compared to $60.7 million in the first half of 2022. Capitalized expenditures and capitalized software (together, "Capex") was $36.6 million in the second quarter of 2023, compared to $44.8 million in the second quarter of 2022, and was $82.2 million for the first half of 2023, compared to $75.7 million for the first half of 2022. Free cash flow was $64.6 million in the second quarter of

2023, compared to $47.6 million in the second quarter of 2022, and was $32.1 million for the first half of 2023, compared to a negative $14.9 million for the first half of 2022.

## Financial Outlook

Teladoc Health provides an outlook based on current market conditions and expectations and what we know today. Based on what we know today, we believe our outlook ranges provide a reasonable baseline for 2023 financial performance.

**For third quarter 2023, we expect:**

|  | 3Q 2023 Outlook Range |
| --- | --- |
| Revenue | $650 - $675 million |
| Adjusted EBITDA | $72 - $82 million |
| Net loss per share | ($0.50) - ($0.40) |
| U.S. Integrated Care Members (2) | ~86 million |

**For the year ending December 31, 2023, we expect:**

|  | Full Year 2023 Outlook Range |
| --- | --- |
| Revenue | $2,600 - $2,675 million |
| Adjusted EBITDA | $300 - $325 million |
| Net loss per share | ($1.60) - ($1.25) |
| U.S. Integrated Care Members (2) | ~86 million |

*See note (2) in the Notes section that follows.*

## Earnings Conference Call

The second quarter 2023 earnings conference call and webcast will be held Tuesday, July 25, 2023 at 4:30 p.m. E.T. The conference call can be accessed by dialing 1-833-470-1428 for U.S. participants and using the access code # 447516. For international participants, please visit the following link for global dial-in numbers: https://www.netroadshow.com/events/global-numbers?confId=51877. A live audio webcast will also be available online at http://ir.teladoc.com/news-and-events/events-and-presentations/. A replay of the call will be available via webcast for on-demand listening shortly after the completion of the call, at the same web link, and will remain available for approximately 90 days.

## About Teladoc Health

Teladoc Health empowers all people everywhere to live their healthiest lives by transforming the healthcare experience. As the world leader in whole-person virtual care, Teladoc Health uses proprietary health signals and personalized interactions to drive better health outcomes across the full continuum of care, at every stage in a person's health journey. Teladoc Health leverages more than two decades of expertise and data-driven insights to meet the growing virtual care needs of consumers and healthcare professionals. For more information, please visit www.teladochealth.com or follow @TeladocHealth on Twitter.

## Cautionary Note Regarding Forward-Looking Statements

This press release contains "forward-looking statements" within the meaning of the safe harbor provisions of the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements can be identified by words such as: "anticipate," "intend," "plan," "believe," "project," "estimate," "expect," "may," "should," "will" and similar references to future periods. Examples of forward-looking statements include, among others, statements we make regarding future financial or operating results, future numbers of members or clients, litigation outcomes, regulatory developments, market developments, new products and growth strategies, and the effects of any of the foregoing on our future results of operations or financial condition.

Forward-looking statements are neither historical facts nor assurances of future performance. Instead, they are based only on our current beliefs, expectations and assumptions regarding the future of our business, future plans and strategies, projections, anticipated events and trends, the economy and other future conditions. Because forward-looking statements relate to the future, they are subject to inherent uncertainties, risks and changes in circumstances that are difficult to predict and many of which are outside of our control. Our actual results and financial condition may differ materially from those indicated in the forward-looking statements. Important factors that could cause our actual results and financial condition to differ materially from those indicated in the forward-looking statements include, among others, the following: (i) changes in laws and regulations applicable to our business model; (ii) changes in market conditions and receptivity to our services and offerings, including our ability to effectively compete; (iii) results of litigation or regulatory actions; (iv) the loss of one or more key clients or the loss of a significant number of members or BetterHelp paying users; (v) changes in valuations or useful lives of our assets; (vi) changes to our abilities to recruit and retain qualified providers into our network; and (vii) the impact of and risk related to impairment losses with respect to goodwill or other assets. For a detailed discussion of the risk factors that could affect our actual results, please refer to the risk factors identified in our SEC reports, including, but not limited to, our Annual Report on Form 10-K and Quarterly Reports on Form 10-Q, as filed with the SEC.

Any forward-looking statement made by us in this press release is based only on information currently available to us and speaks only as of the date on which it is made. We undertake no obligation to publicly update any forward-looking statement, whether written or oral, that may be made from time to time, whether as a result of new information, future developments or otherwise.

**TELADOC HEALTH, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except share and per share data, unaudited)**

| | Quarter Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2023 | 2022 | 2023 | 2022 |
| Revenue | $ 652,406 | $ 592,379 | $ 1,281,650 | $ 1,157,729 |
| Expenses: | | | | |
| Cost of revenue (exclusive of depreciation and amortization, which is shown separately below) | 190,540 | 182,470 | 380,647 | 369,495 |
| Operating expenses: | | | | |
| Advertising and marketing | 178,756 | 164,574 | 355,546 | 298,174 |
| Sales | 53,530 | 57,930 | 108,020 | 116,259 |
| Technology and development | 87,309 | 78,696 | 174,294 | 166,108 |
| General and administrative | 125,841 | 112,998 | 239,986 | 217,921 |
| Acquisition, integration, and transformation costs | 5,080 | 2,892 | 11,024 | 7,399 |
| Restructuring costs | 7,530 | - | 15,632 | - |
| Depreciation and amortization | 75,465 | 59,371 | 145,248 | 118,304 |
| Goodwill impairment | - | 3,030,000 | - | 9,630,000 |
| Total expenses | 724,051 | 3,688,931 | 1,430,397 | 10,923,660 |
| Loss from operations | (71,645) | (3,096,552) | (148,747) | (9,765,931) |
| Interest income | (11,558) | (1,225) | (20,469) | (1,389) |
| Interest expense | 5,835 | 5,562 | 11,098 | 11,206 |
| Other expense (income), net | 207 | 1,760 | (4,700) | 1,036 |
| Loss before provision for income taxes | (66,129) | (3,102,649) | (134,676) | (9,776,784) |
| Provision for income taxes | (952) | (1,188) | (271) | (800) |
| Net loss | $ (65,177) | $ (3,101,461) | $ (134,405) | $ (9,775,984) |
| | | | | |
| Net loss per share, basic and diluted | $ (0.40) | $ (19.22) | $ (0.82) | $ (60.72) |
| | | | | |
| Weighted-average shares used to compute basic and diluted net loss per share | 164,171,372 | 161,377,695 | 163,550,481 | 161,002,075 |

## Stock-based Compensation Summary

Compensation costs for stock-based awards were classified as follows (in thousands):

| | Quarter Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2023 | 2022 | 2023 | 2022 |
| Cost of revenue (exclusive of depreciation and amortization, which is shown separately) | $ 1,243 | $ 2,123 | $ 2,596 | $ 4,319 |
| Advertising and marketing | 4,002 | 3,198 | 7,128 | 6,909 |
| Sales | 9,870 | 10,709 | 17,947 | 22,781 |
| Technology and development | 15,689 | 15,093 | 28,416 | 33,180 |
| General and administrative | 24,921 | 19,877 | 45,676 | 44,247 |
| Total stock-based compensation expense (3) | $ 55,725 | $ 51,000 | $ 101,763 | $ 111,436 |

*See note (3) in the Notes section that follows.*

5

## Revenues

| ($ in thousands) | Quarter Ended June 30, | | Year over Year Change | Six Months Ended June 30, | | Year over Year Change |
|---|---|---|---|---|---|---|
| | 2023 | 2022 | | 2023 | 2022 | |
| **Revenue by Type** | | | | | | |
| Access fees | $ 575,661 | $ 518,730 | 11% | $ 1,126,531 | $ 1,010,067 | 12% |
| Other | 76,745 | 73,649 | 4% | 155,119 | 147,662 | 5% |
| Total Revenue | $ 652,406 | $ 592,379 | 10% | $ 1,281,650 | $ 1,157,729 | 11% |
| | | | | | | |
| **Revenue by Geography** | | | | | | |
| U.S. Revenue | $ 561,787 | $ 521,386 | 8% | $ 1,103,448 | $ 1,012,586 | 9% |
| International Revenue | 90,619 | 70,993 | 28% | 178,202 | 145,143 | 23% |
| Total Revenue | $ 652,406 | $ 592,379 | 10% | $ 1,281,650 | $ 1,157,729 | 11% |

## Summary Operating Metrics

| (In millions, except revenue per member) | Quarter Ended June 30, | | Year over Year Change |
|---|---|---|---|
| | 2023 | 2022 | |
| U.S. Integrated Care Members (2) | 85.9 | 80.3 | 7% |
| BetterHelp Paying Users (4) | 0.476 | 0.408 | 17% |
| Chronic Care Program Enrollment (5) | 1.073 | 1.005 | 7% |

| | Quarter Ended June 30, | | Year over Year Change | Six Months Ended June 30, | | Year over Year Change |
|---|---|---|---|---|---|---|
| | 2023 | 2022 | | 2023 | 2022 | |
| Total Visits | 4.7 | 4.7 | -% | 9.5 | 9.2 | 3% |
| | | | | | | |
| Average Revenue Per U.S. Integrated Care Member (6) | $ 1.41 | $ 1.43 | (1)% | $ 1.40 | $ 1.42 | (1)% |

*See notes (2), (4), (5), and (6) in the Notes section that follows.*

## Operating Results by Segment (see note (7) in the Notes section that follows)

The following table presents operating results by reportable segment for the periods indicated:

| ($ in thousands, unaudited) | Quarter Ended June 30, | | Year over Year Change | Six Months Ended June 30, | | Year over Year Change |
|---|---|---|---|---|---|---|
| | 2023 | 2022 | | 2023 | 2022 | |
| **Teladoc Health Integrated Care** | | | | | | |
| Revenue | $ 360,050 | $ 341,599 | 5% | $ 710,022 | $ 673,983 | 5% |
| Adjusted EBITDA | $ 37,968 | $ 29,320 | 29% | $ 73,095 | $ 52,587 | 39% |
| Adjusted EBITDA Margin % | 10.5% | 8.6% | 196 bps | 10.3% | 7.8% | 249 bps |
| | | | | | | |
| **BetterHelp** | | | | | | |
| Therapy Services | $ 288,288 | $ 245,754 | 17% | $ 564,216 | $ 474,871 | 19% |
| Other Wellness Services | 4,068 | 1,560 | 161% | 7,412 | 2,617 | 183% |
| Total Revenue | $ 292,356 | $ 247,314 | 18% | $ 571,628 | $ 477,488 | 20% |
| Adjusted EBITDA | $ 34,187 | $ 20,022 | 71% | $ 51,825 | $ 50,120 | 3% |
| Adjusted EBITDA Margin % | 11.7% | 8.1% | 360bps | 9.1% | 10.5% | (143)bps |

**TELADOC HEALTH, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In thousands, unaudited)**

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2023 | 2022 |
| Cash flows from operating activities: | | |
| Net loss | $ (134,405) | $ (9,775,984) |
| Adjustments to reconcile net loss to net cash flows from operating activities: | | |
| Goodwill impairment | - | 9,630,000 |
| Depreciation and amortization | 145,248 | 118,304 |
| Depreciation of rental equipment | 1,324 | 1,486 |
| Amortization of right-of-use assets | 5,778 | 6,540 |
| Provision for allowances | 3,048 | 5,857 |
| Stock-based compensation | 101,763 | 111,436 |
| Deferred income taxes | (3,557) | (2,528) |
| Accretion of interest | 1,693 | 1,659 |
| Other, net | 4,570 | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (7,032) | (43,948) |
| Prepaid expenses and other current assets | 16,625 | (20,195) |
| Inventory | 20,613 | 11,974 |
| Other assets | (17,463) | (17,453) |
| Accounts payable | (31,788) | 47,417 |
| Accrued expenses and other current liabilities | 20,742 | 20,712 |
| Accrued compensation | (15,532) | (38,328) |
| Deferred revenue | 7,546 | 10,823 |
| Operating lease liabilities | (4,946) | (7,266) |
| Other liabilities | 111 | 216 |
| Net cash provided by operating activities | 114,338 | 60,722 |
| Cash flows from investing activities: | | |
| Capital expenditures | (4,267) | (6,455) |
| Capitalized software | (77,927) | (69,213) |
| Other, net | - | 3,264 |
| Net cash used in investing activities | (82,194) | (72,404) |
| Cash flows from financing activities: | | |
| Net proceeds from the exercise of stock options | 677 | 4,980 |
| Proceeds from employee stock purchase plan | 5,435 | 1,972 |
| Cash received for withholding taxes on stock-based compensation, net | 1,450 | 54 |
| Other, net | (1) | (5,524) |
| Net cash provided by financing activities | 7,561 | 1,482 |
| Net increase (decrease) in cash and cash equivalents | 39,705 | (10,200) |
| Foreign exchange difference | 808 | (2,119) |
| Cash and cash equivalents at beginning of the period | 918,182 | 893,480 |
| Cash and cash equivalents at end of the period | $ 958,695 | $ 881,161 |

The following table presents the selected cash flow information for the following quarters (in thousands):

| | | Quarter Ended June 30, | | |
|---|---|---|---|---|
| Consolidated Statement of Cash Flows - Summary | | **2023** | | **2022** |
| Net cash provided by operating activities | $ | 101,182 | $ | 92,469 |
| Net cash used in investing activities | | (36,570) | | (44,837) |
| Net cash provided by financing activities | | 4,208 | | (1,334) |
| Foreign exchange difference | | 1,296 | | (1,581) |
| Net increase in cash and cash equivalents | $ | 70,116 | $ | 44,717 |

**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(In thousands, except share and per share data, unaudited)**

| | | June 30, 2023 | | December 31, 2022 |
|---|---|---|---|---|
| Assets | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 958,695 | $ | 918,182 |
| Accounts receivable, net of allowance for doubtful accounts of $8,050 and $4,324, respectively | | 215,181 | | 210,554 |
| Inventories | | 34,054 | | 56,342 |
| Prepaid expenses and other current assets | | 113,034 | | 130,310 |
| Total current assets | | 1,320,964 | | 1,315,388 |
| Property and equipment, net | | 30,392 | | 29,641 |
| Goodwill | | 1,073,190 | | 1,073,190 |
| Intangible assets, net | | 1,784,105 | | 1,836,765 |
| Operating lease - right-of-use assets | | 34,824 | | 41,831 |
| Other assets | | 72,930 | | 48,540 |
| Total assets | $ | 4,316,405 | $ | 4,345,355 |
| Liabilities and stockholders' equity | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 16,071 | $ | 47,690 |
| Accrued expenses and other current liabilities | | 192,937 | | 168,693 |
| Accrued compensation | | 67,001 | | 81,554 |
| Deferred revenue-current | | 107,385 | | 101,832 |
| Total current liabilities | | 383,394 | | 399,769 |
| Other liabilities | | 1,740 | | 1,618 |
| Operating lease liabilities, net of current portion | | 36,809 | | 38,042 |
| Deferred revenue, net of current portion | | 14,240 | | 11,954 |
| Deferred taxes, net | | 48,097 | | 50,939 |
| Convertible senior notes, net | | 1,536,981 | | 1,535,288 |
| Commitments and contingencies | | | | |
| Stockholders' equity: | | | | |
| Common stock, $0.001 par value; 300,000,000 shares authorized; 164,877,180 shares and 162,840,360 shares issued and outstanding as of June 30, 2023 and December 31, 2022, respectively | | 165 | | 163 |
| Additional paid-in capital | | 17,476,451 | | 17,358,645 |
| Accumulated deficit | | (15,142,692) | | (15,008,287) |
| Accumulated other comprehensive loss | | (38,780) | | (42,776) |
| Total stockholders' equity | | 2,295,144 | | 2,307,745 |
| Total liabilities and stockholders' equity | $ | 4,316,405 | $ | 4,345,355 |

**Non-GAAP Financial Measures:**

To supplement our financial information presented in accordance with generally accepted accounting principles in the United States ("GAAP"), we use adjusted gross profit, adjusted gross margin, EBITDA, adjusted EBITDA, and free cash flow, which are non-GAAP financial measures, to clarify and enhance an understanding of past performance. We believe that the presentation of these financial measures enhances an investor's understanding of our financial performance, and are commonly used by investors to evaluate our performance and that of our competitors. We further believe that these financial measures are useful financial metrics to assess our operating performance and financial and business trends from period-to-period by excluding certain items that we believe are not representative of our core business, and that free cash flow reflects an additional way of viewing our liquidity that, when viewed together with GAAP results, provides management, investors, and other users of our financial information with a more complete understanding of factors and trends affecting our cash flows. We use these non-GAAP financial measures for business planning purposes and in measuring our performance relative to that of our competitors. We utilize adjusted EBITDA as a key measure of our performance.

Adjusted gross profit is our total revenue minus our total cost of revenue (exclusive of depreciation and amortization, which is shown separately) and adjusted gross margin is adjusted gross profit as a percentage of our total revenue.

EBITDA consists of net loss before interest income; interest expense; other income, net, including foreign exchange gains or losses; provision for income taxes; depreciation and amortization; and goodwill impairment. Adjusted EBITDA consists of net loss before interest income; interest expense; other income, net, including foreign exchange gains or losses; provision for income taxes; depreciation and amortization; goodwill impairment; stock-based compensation; restructuring costs; and acquisition, integration, and transformation costs.

Free cash flow is net cash (used in) provided by operating activities less capital expenditures and capitalized software development costs.

Our use of these non-GAAP terms may vary from that of others in our industry, and other companies may calculate such measures differently than we do, limiting their usefulness as comparative measures.

Non-GAAP measures have important limitations as analytical tools and you should not consider them in isolation, and they should not be considered as an alternative to net loss before provision for income taxes, net loss, net loss per share, net cash from operating activities or any other measures derived in accordance with GAAP. Some of these limitations are:

- adjusted gross margin has been and will continue to be affected by a number of factors, including the fees we charge our clients, the number of visits and cases we complete, the costs paid to providers and medical experts, as well as the costs of our provider network operations center;

- adjusted gross margin does not reflect the significant depreciation and amortization to cost of revenue;

- EBITDA and adjusted EBITDA eliminate the impact of the provision for income taxes on our results of operations, and they do not reflect goodwill impairment, interest income, interest expense or other income, net;

- adjusted EBITDA does not reflect restructuring costs. Restructuring costs may include certain lease impairment costs, certain losses related to early lease terminations, and severance;

- adjusted EBITDA does not reflect significant acquisition, integration, and transformation costs. Acquisition, integration and transformation costs include investment banking, financing, legal, accounting, consultancy, integration, fair value changes related to contingent consideration, and certain other transaction costs related to mergers and acquisitions. It also includes costs related to certain business transformation initiatives focused on integrating and optimizing various operations and systems, including upgrading

9

our customer relationship management (CRM) and enterprise resource planning (ERP) systems. These transformation cost adjustments made to our results do not represent normal, recurring, operating expenses necessary to operate the business but, rather, incremental costs incurred in connection with our acquisition and integration activities; and

- adjusted EBITDA does not reflect the significant non-cash stock-based compensation expense which should be viewed as a component of recurring operating costs.

In addition, although depreciation and amortization are non-cash charges, the assets being depreciated and amortized will often have to be replaced in the future, and adjusted gross profit, adjusted gross margin, EBITDA and adjusted EBITDA do not reflect any expenditures for such replacements.

We compensate for these limitations by using these non-GAAP measures along with other comparative tools, together with GAAP measurements, to assist in the evaluation of operating performance. Such GAAP measurements include net loss, net loss per share, net cash provided by operating activities, and other performance measures.

In evaluating these financial measures, you should be aware that in the future we may incur expenses similar to those eliminated in this presentation. Our presentation of these non-GAAP measures should not be construed as an inference that our future results will be unaffected by unusual or nonrecurring items.

The following is a reconciliation of gross profit and gross margin, the most directly comparable GAAP financial measures, to adjusted gross profit and adjusted gross margin, respectively:

**Reconciliation of GAAP Gross Profit to Adjusted Gross Profit and Adjusted Gross Margin**
**(In thousands, unaudited)**

|  | Quarter Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2023 | 2022 | 2023 | 2022 |
| Revenue | $    652,406 | $    592,379 | $    1,281,650 | $    1,157,729 |
| Cost of revenue (exclusive of depreciation and amortization, which is shown separately below) | (190,540) | (182,470) | (380,647) | (369,495) |
| Depreciation and amortization | (21,474) | (6,167) | (34,005) | (11,286) |
| Gross Profit | 440,392 | 403,742 | 866,998 | 776,948 |
| Depreciation and amortization | 21,474 | 6,167 | 34,005 | 11,286 |
| Adjusted gross profit | $    461,866 | $    409,909 | $    901,003 | $    788,234 |
|  |  |  |  |  |
| Gross margin | 67.5% | 68.2% | 67.6% | 67.1% |
| Adjusted gross margin | 70.8% | 69.2% | 70.3% | 68.1% |

The following is a reconciliation of net loss, the most directly comparable GAAP financial measure, to EBITDA and adjusted EBITDA:

**Reconciliation of GAAP Net Loss to EBITDA and Adjusted EBITDA**
**(In thousands, except for outlook data, unaudited)**

| | | | | | Outlook in millions (8) | |
| | Quarter Ended June 30, | | Six Months Ended June 30, | | Third Quarter | Full Year |
| | 2023 | 2022 | 2023 | 2022 | 2023 | 2023 |
|---|---|---|---|---|---|---|
| Net loss | $ (65,177) | $ (3,101,461) | $ (134,405) | $ (9,775,984) | $(83) - (66) | $(264) - (206) |
| Add: | | | | | | |
| Goodwill impairment | - | 3,030,000 | - | 9,630,000 | | |
| Other expense (income), net | 207 | 1,760 | (4,700) | 1,036 | | |
| Interest income | (11,558) | (1,225) | (20,469) | (1,389) | | |
| Interest expense | 5,835 | 5,562 | 11,098 | 11,206 | | |
| Provision for income taxes | (952) | (1,188) | (271) | (800) | | |
| Depreciation and amortization | 75,465 | 59,371 | 145,248 | 118,304 | | |
| Total Adjustments | 68,997 | 3,094,280 | 130,906 | 9,758,357 | | |
| **Consolidated EBITDA** | **3,820** | **(7,181)** | **(3,499)** | **(17,627)** | | |
| Adjustments: | | | | | | |
| Stock-based compensation | 55,725 | 51,000 | 101,763 | 111,436 | | |
| Acquisition, integration, and transformation costs | 5,080 | 2,892 | 11,024 | 7,399 | | |
| Restructuring costs | 7,530 | - | 15,632 | - | | |
| Total Adjustments | 68,335 | 53,892 | 128,419 | 118,835 | 138 - 165 | 506 - 589 |
| **Consolidated Adjusted EBITDA** | **$ 72,155** | **$ 46,711** | **$ 124,920** | **$ 101,208** | **$72 - 82** | **$300 - 325** |
| | | | | | | |
| **Segment Adjusted EBITDA** | | | | | | |
| Teladoc Health Integrated Care | $ 37,968 | $ 29,320 | $ 73,095 | $ 52,587 | | |
| BetterHelp | 34,187 | 20,022 | 51,825 | 50,120 | | |
| Other | - | (2,631) | - | (1,499) | | |
| **Consolidated Adjusted EBITDA** | **$ 72,155** | **$ 46,711** | **$ 124,920** | **$ 101,208** | | |

*See note (8) in the Notes section that follows.*

The following is a reconciliation of net cash provided by operating activities, the most directly comparable GAAP financial measure, to free cash flow:

**Reconciliation of GAAP Net Cash Provided by Operating Activities to Free Cash Flow**
**(In thousands, unaudited)**

| | Quarter Ended June 30, | | Six Months Ended June 30, | |
| | 2023 | 2022 | 2023 | 2022 |
|---|---|---|---|---|
| Net cash provided by operating activities | $ 101,182 | $ 92,469 | $ 114,338 | $ 60,722 |
| Capital expenditures | (1,904) | (2,542) | (4,267) | (6,455) |
| Capitalized software | (34,666) | (42,295) | (77,927) | (69,213) |
| Free Cash Flow | $ 64,612 | $ 47,632 | $ 32,144 | $ (14,946) |

**Notes:**

1. A reconciliation of each non-GAAP measure to the most comparable measure under GAAP has been provided in this press release in the accompanying tables. An explanation of these non-GAAP measures is also included under the heading "Non-GAAP Financial Measures."

2. U.S. Integrated Care Members represent the number of unique individuals who have paid access and visit fee only access to our suite of integrated care services in the U.S. at the end of the applicable period.

3.  Excluding the amount capitalized related to software development projects.

4.  BetterHelp Paying Users represent the average number of global monthly paying users of our BetterHelp therapy services during the applicable period.

5.  Chronic Care Program Enrollment represents the total of enrollees across our suite of chronic care programs at the end of a given period.

6.  Average revenue per U.S. Integrated Care member is calculated by dividing the total revenue generated from the Integrated Care segment by the average number of U.S. Integrated Care Members (see note 2) during the applicable period.

7.  We have two segments: Teladoc Health Integrated Care ("Integrated Care") and BetterHelp. The Integrated Care segment includes a suite of global virtual medical services including general medical, expert medical services, specialty medical, chronic condition management, mental health, and enabling technologies and enterprise telehealth solutions for hospitals and health systems. The BetterHelp segment includes virtual therapy and other wellness services provided on a global basis which are predominantly marketed and sold on a direct-to-consumer basis.

    Other includes certain revenues, expenses and charges not related to ongoing segment operations.

8.  We have not provided a full line-item reconciliation for net loss to EBITDA or adjusted EBITDA outlook because we do not provide outlook on the individual reconciling items between net loss, EBITDA, and adjusted EBITDA. This is due to the uncertainty as to timing, and the potential variability, of the individual reconciling items such as impairments, stock-based compensation and the related tax impact, provision for income taxes, acquisition, integration, and transformation costs, and restructuring costs, the effect of which may be significant. Accordingly, a full line-item reconciliation of the GAAP measure to the corresponding non-GAAP financial measure outlook is not available without unreasonable effort.

**Investors:**
Patrick Feeley
914-265-7925
IR@teladochealth.com

**Media:**
Chris Stenrud
860-491-8821
pr@teladochealth.com

12