# EXHIBIT 15

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*]  GOREVIC JASON N  (Last)   (First)   (Middle)  C/O TELADOC HEALTH, INC.,  2 MANHATTANVILLE ROAD, SUITE 203  (Street)  PURCHASE   NY   10577  (City)   (State)   (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol  Teladoc Health, Inc. [ TDOC ]  3. Date of Earliest Transaction (Month/Day/Year)  03/01/2023  4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)  X Director   10% Owner  X Officer (give title below)   Other (specify below)  **CHIEF EXECUTIVE OFFICER**  6. Individual or Joint/Group Filing (Check Applicable Line)  X Form filed by One Reporting Person   Form filed by More than One Reporting Person |
|---|---|---|

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/01/2023 | | M | | 22,458 | A | (1) | 588,922[2] | D | |
| Common Stock | 03/02/2023 | | S | | 8,262[3] | D | $25.362 | 580,660 | D | |
| Common Stock | 03/02/2023 | | M | | 9,104 | A | (1) | 589,764 | D | |
| Common Stock | 03/02/2023 | | M | | 15,476 | A | (4) | 605,240 | D | |
| Common Stock | 03/02/2023 | | M | | 3,891 | A | (4) | 609,131 | D | |
| Common Stock | 03/02/2023 | | M | | 7,648 | A | (1) | 616,779 | D | |
| Common Stock | 03/02/2023 | | M | | 5,782 | A | (4) | 622,561 | D | |
| Common Stock | 03/02/2023 | | M | | 2,913 | A | (4) | 625,474 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Units | (1) | 03/01/2023 | | M | | | 22,458 | (5) | (5) | Common Stock | 22,458 | $0 | 44,918 | D | |
| Restricted Stock Units | (1) | 03/02/2023 | | M | | | 9,104 | (6) | (6) | Common Stock | 9,104 | $0 | 0 | D | |
| Performance Stock Units | (4) | 03/02/2023 | | M | | | 15,476 | (7) | (7) | Common Stock | 15,476 | $0 | 0 | D | |
| Performance Stock Units | (4) | 03/02/2023 | | M | | | 3,891 | (8) | (8) | Common Stock | 3,891 | $0 | 0 | D | |
| Restricted Stock Units | (1) | 03/02/2023 | | M | | | 7,648 | (9) | (9) | Common Stock | 7,648 | $0 | 7,648 | D | |
| Performance Stock Units | (4) | 03/02/2023 | | M | | | 5,782 | (10) | (10) | Common Stock | 5,782 | $0 | 5,782 | D | |
| Performance Stock Units | (11) | 03/02/2023 | | A | | 5,828[12] | | (13) | (13) | Common Stock | 5,828 | $0 | 5,828 | D | |
| Performance Stock Units | (4) | 03/02/2023 | | M | | | 2,913 | (14) | (14) | Common Stock | 2,913 | $0 | 2,915 | D | |

**Explanation of Responses:**

1. Restricted stock units convert to shares of TDOC common stock on a one-for-one basis.

2. On March 19, 2021, the reporting person contributed 50,000 shares of TDOC common stock to the Jason N. Gorevic Grantor Retained Annuity Trust for the benefit of himself. Upon termination of the trust on June 6, 2022, 50,000 shares were previously distributed to the reporting person and continue to be reported in this Form 4 as directly owned.

3. Shares sold to cover the tax withholding obligation in respect of vesting of the reporting person's restricted stock unit awards.

4. Performance stock units convert to shares of TDOC common stock on a one-for-one basis.

5. On March 1, 2022, the reporting person was granted 67,376 restricted stock units, vesting one-third on the first anniversary of the grant date, with the remainder vesting in eight substantially equal quarterly installments thereafter.

6. On March 2, 2020, the reporting person was granted 27,311 restricted stock units, vesting in three substantially equal annual installments beginning on the first anniversary of the grant date.

7. On March 2, 2021, the reporting person earned 46,430 performance stock units, vesting in three substantially equal annual installments beginning on March 2, 2021.

8. On March 2, 2022, the reporting person earned 7,784 performance stock units, vesting in two substantially equal annual installments beginning on March 2, 2022.

9. On March 2, 2021, the reporting person was granted 22,944 restricted stock units, vesting in three substantially equal annual installments beginning on the first anniversary of the grant date.

10. On March 2, 2022, the reporting person earned 17,346 performance stock units, vesting in three substantially equal annual installments beginning on March 2, 2022.

11. Each performance stock unit represents a contingent right to receive one share of TDOC common stock.

12. Performance award amount determined based on metrics in respect of the issuer's financial results over a two-year performance period ending in 2022.

13. The performance stock units vest in two substantially equal annual installments beginning on March 2, 2023.

14. On March 2, 2023, the reporting person earned 5,828 performance stock units, vesting in two substantially equal annual installments beginning on March 2, 2023.

| | |
|---|---|
| /s/ Adam C. Vandervoort, Attorney-in-Fact | 03/03/2023 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] GOREVIC JASON N | 2. Issuer Name **and** Ticker or Trading Symbol Teladoc Health, Inc. [ TDOC ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)        (First)        (Middle) C/O TELADOC HEALTH, INC., 2 MANHATTANVILLE ROAD, SUITE 203 | 3. Date of Earliest Transaction (Month/Day/Year) 03/03/2023 | X Director     10% Owner X Officer (give title below)     Other (specify below) **CHIEF EXECUTIVE OFFICER** |
| (Street) PURCHASE     NY     10577 (City)        (State)        (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person     Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/03/2023 | | S | | 22,040[(1)] | D | $25.911 | 603,434 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Units | [(2)] | 03/03/2023 | | A | | 186,012 | | [(3)] | [(3)] | Common Stock | 186,012 | $0 | 186,012 | D | |

**Explanation of Responses:**

1. Shares sold to cover the tax withholding obligation in respect of vesting of the reporting person's restricted stock unit and performance stock unit awards.
2. Each restricted stock unit represents a contingent right to receive one share of TDOC common stock.
3. One-third of the restricted stock units vest on the first anniversary of the grant date, with the remainder vesting in eight substantially equal quarterly installments thereafter.

/s/ Adam C. Vandervoort, Attorney-in-Fact                     03/07/2023

** Signature of Reporting Person                     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

SEC Form 4

## FORM 4

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Estimated average burden hours per response: 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| GOREVIC JASON N | Teladoc Health, Inc. [ TDOC ] | X Director    10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below)    Other (specify below) |
| C/O TELADOC HEALTH, INC., | 3. Date of Earliest Transaction (Month/Day/Year) 06/01/2023 | CHIEF EXECUTIVE OFFICER |
| 2 MANHATTANVILLE ROAD, SUITE 203 | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| PURCHASE   NY   10577 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person |
| | Rule 10b5-1(c) Transaction Indication | |
| | ☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10. | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 06/01/2023 | | M | | 5,614 | A | (1) | 609,048 | D | |
| Common Stock | 06/02/2023 | | S | | 2,802[2] | D | $24.381 | 606,246 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
#### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Units | (1) | 06/01/2023 | | M | | | 5,614 | (3) | (3) | Common Stock | 5,614 | $0 | 39,304 | D | |

**Explanation of Responses:**

1. Restricted stock units convert to shares of TDOC common stock on a one-for-one basis.

2. Shares sold to cover the tax withholding obligation in respect of vesting of the reporting person's restricted stock unit awards.

3. On March 1, 2022, the reporting person was granted 67,376 restricted stock units, vesting one-third on the first anniversary of the grant date, with the remainder vesting in eight substantially equal quarterly installments thereafter.

| /s/ Adam C. Vandervoort, Attorney-in-Fact | 06/05/2023 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* GOREVIC JASON N | 2. Issuer Name **and** Ticker or Trading Symbol Teladoc Health, Inc. [ TDOC ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)          (First)          (Middle) C/O TELADOC HEALTH, INC., 2 MANHATTANVILLE ROAD, SUITE 203 | 3. Date of Earliest Transaction (Month/Day/Year) 07/27/2023 | X Director          10% Owner<br>X Officer (give title below)          Other (specify below)<br>CHIEF EXECUTIVE OFFICER |
| (Street) PURCHASE     NY     10577 (City)     (State)     (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/27/2023 | | S[1] | | 10,000 | D | $30.0303[2] | 596,246 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The transactions reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan that was adopted by the reporting person on March 13, 2023.

2. Represents the weighted average price of transactions ranging from $30.00 to $30.07, inclusive. The reporting person undertakes to provide, upon request by the SEC staff, the issuer or any security holder of the issuer, full information regarding the number of shares sold at each separate price within the ranges set forth in footnote 2 to this Form 4.

**Remarks:**

/s/ Adam C. Vandervoort, Attorney-in-Fact          07/28/2023

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| GOREVIC JASON N | Teladoc Health, Inc. [ TDOC ] | X Director | 10% Owner |
| (Last)      (First)      (Middle) | | X Officer (give title below) | Other (specify below) |
| C/O TELADOC HEALTH, INC., 2 MANHATTANVILLE ROAD, SUITE 203 | 3. Date of Earliest Transaction (Month/Day/Year) 09/01/2023 | **CHIEF EXECUTIVE OFFICER** | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| PURCHASE    NY    10577 | | X Form filed by One Reporting Person | |
| (City)      (State)      (Zip) | | Form filed by More than One Reporting Person | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/01/2023 | | M | | 5,614 | A | (1) | 601,860 | D | |
| Common Stock | 09/05/2023 | | S | | 2,864(2) | D | $22.894 | 598,996 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Units | (1) | 09/01/2023 | | M | | | 5,614 | (3) | (3) | Common Stock | 5,614 | $0 | 33,690 | D | |

**Explanation of Responses:**

1. Restricted stock units convert to shares of TDOC common stock on a one-for-one basis.

2. Shares sold to cover the tax withholding obligation in respect of vesting of the reporting person's restricted stock unit awards.

3. On March 1, 2022, the reporting person was granted 67,376 restricted stock units, vesting one-third on the first anniversary of the grant date, with the remainder vesting in eight substantially equal quarterly installments thereafter.

**Remarks:**

| /s/ Adam C. Vandervoort, Attorney-in-Fact | 09/06/2023 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

| | OMB APPROVAL |
|---|---|
| | OMB Number: 3235-0287 |
| | Estimated average burden hours per response: 0.5 |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| GOREVIC JASON N | Teladoc Health, Inc. [ TDOC ] | X Director ☐ 10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below) ☐ Other (specify below) |
| C/O TELADOC HEALTH, INC., 2 MANHATTANVILLE ROAD, SUITE 203 | 3. Date of Earliest Transaction (Month/Day/Year) 12/01/2023 | **CHIEF EXECUTIVE OFFICER** |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| PURCHASE    NY    10577 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | ☐ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/01/2023 | | M | | 5,615 | A | (1) | 604,611 | D | |
| Common Stock | 12/04/2023 | | S | | 2,877[2] | D | $18.902 | 601,734 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Units | (1) | 12/01/2023 | | M | | | 5,615 | (3) | (3) | Common Stock | 5,615 | $0 | 28,075 | D | |

**Explanation of Responses:**

1. Restricted stock units convert to shares of TDOC common stock on a one-for-one basis.

2. Shares sold to cover the tax withholding obligation in respect of vesting of the reporting person's restricted stock unit awards.

3. On March 1, 2022, the reporting person was granted 67,376 restricted stock units, vesting one-third on the first anniversary of the grant date, with the remainder vesting in eight substantially equal quarterly installments thereafter.

**Remarks:**

/s/ Adam C. Vandervoort, Attorney-in-Fact    12/05/2023

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**