# EXHIBIT 27

HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

**BTIG**

# Teladoc Health, Inc.
# (TDOC, Neutral)

Good Margin Expansion in BetterHelp, Cost Management Paying Off

**WHAT YOU SHOULD KNOW:** On Tuesday, 7/25/23 AMC, TDOC reported good F2Q:23 results. Revenue of $652.4M +10% y/y compared to BTIG / consensus estimates of $656.7M / $649M while adjusted EBITDA of $72.2M +54.5% y/y beat BTIG / consensus estimates of $68M / $65M. We are particularly impressed with the BetterHelp EBITDA of $34.2M +71% y/y, which compares to BTIG / consensus of $23.8M / $29M, and Integrated Care EBITDA of $38M +30% y/y, compared to BTIG / consensus of $44.3M / $37M. On the call, management highlighted that ad-spend for BetterHelp will be more consistent from 1Q:23-3Q:23 this year, relative to last year, and ad-spend for BetterHelp increased substantially in the second half of 1Q:23, which led to the significant increase in BetterHelp revenue in 2Q:23. It sounds like CACs are under control, with improving lifetime value of customers. Management also highlighted that there has been consistent and strong growth with in-sells, and more clients are seeking to purchase the full-person solution. It sounds like the pipeline and demand are both strong, and the size, and financial health of TDOC is contributing to its success. Given the solid results, TDOC raised the low ends of its full year 2023 revenue and adjusted EBITDA guidance ranges to $2.6-$2.675B and $300-$325M, respectively.

- **Success breeds success.** On the call management highlighted how momentum in the business is strong. There continues to be increases in enrollment for Chronic Care, there is a shift towards whole-person services, clients are caring more about the availability of mental health benefits, CACs are stable, and demand through 1H:23 has been resilient. Comprehensive virtual care is of utmost importance to health plan clients, and the scale and stability of TDOC in our view is leading to good results. TDOC spoke extensively about their weight-loss and management programs, the need to control trend for GLP-1 medications, and TDOC is using AI to ensure personalized care journeys are delivered to members. We are impressed with the EBITDA growth rates of both BetterHelp and the Integrated Care solution, and we suspect that TDOC's 1Q:23 cost reduction efforts boosted earnings. TDOC also highlighted productivity gains, and improved performance of their physicians, part of which is due to the use of group-therapy sessions and a shift between W2 and 1099 labor. These productivity measures have boosted margins.

- **Margins, margins, margins.** As a reminder, in 1Q:23, TDOC announced that it was reducing the size of its workforce by ~6%. While this point was not highlighted on the earnings call, we estimate that a significant reason for the improved margins for Integrated Care, as well as BetterHelp, is likely the lower costs in the business. Management highlighted that ~75% of bookings in 1H:23 are from up-sells into existing clients, we like how the number of Integrated care members increased by 6M y/y to 86M (+7% y/y), and it sounds like plans and companies want to work with large well-established vendors that have plenty of working capital. Management kept highlighting productivity improvements, ad-spend in 1Q:23 boosted 2Q:23 revenue and earnings, and TDOC has been managing costs. The comprehensive nature of the TDOC platform, as well as its size and scale, seems to be contributing to TDOC's success. While results were good in the quarter, we worry about moderating earnings growth into 2024, as the RIF measures from 2023 are lapped. We maintain our Neutral rating on TDOC.

- **Valuation:** TDOC trades at EV / 12.8x 2024E EBITDA, and EV / 1.5x 2024E sales.

July 25, 2023

**David Larsen, CFA**
(212) 738-6161  dlarsen@btig.com

| Company Data | |
| --- | --- |
| Closing Price | $22.78 |
| Price Target | - |
| Market Cap (M) | $3,728.40 |
| Enterprise Value (M) | $4,403.00 |
| Shares Out (M) | 163.67 |
| Avg Daily Vol-3 Months (M) | 4.18 |

| Revisions | | |
| --- | --- | --- |
| | Previous | Current |
| Rating | Neutral | Neutral |
| Price Target | - | - |
| FY23E REV | 2,675.01 | 2,651.78 |
| FY24E REV | 2,930.83 | 2,910.88 |
| FY25E REV | 3,175.80 | 3,187.54 |
| FY23E EBITDA | 300.38 | 306.85 |
| FY24E EBITDA | 350.09 | 342.98 |
| FY25E EBITDA | 392.77 | 375.26 |

| Revenue (M) | | | |
| --- | --- | --- | --- |
| FY Dec | 2023E | 2024E | 2025E |
| Q1 | 629.24**A** | 690.15 | 755.17 |
| Q2 | 652.41**A** | 715.78 | 783.44 |
| Q3 | 670.93 | 736.94 | 807.43 |
| Q4 | 699.20 | 768.02 | 841.50 |
| **FY REV** | **2,651.78** | **2,910.88** | **3,187.54** |
| FY EV/S | 1.7x | 1.5x | 1.4x |
| FY P/S | 1.4x | 1.3x | 1.2x |

| EBITDA (Adjusted) | | | |
| --- | --- | --- | --- |
| FY Dec | 2023E | 2024E | 2025E |
| Q1 | 52.77**A** | 59.88 | 74.75 |
| Q2 | 72.16**A** | 74.20 | 83.11 |
| Q3 | 79.75 | 80.83 | 86.55 |
| Q4 | 114.61 | 128.07 | 130.86 |
| **FY EBITDA** | **306.85** | **342.98** | **375.26** |
| FY EV/ EBITDA | 14.3x | 12.8x | 11.7x |

Source: FactSet, BTIG Estimates and Company Documents reported as $ currency.
**FY** = Fiscal Year **CY** = Calendar Year



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

## Investment Thesis

We rate shares of TDOC Neutral. The healthcare market is moving towards a system of delivery that demands higher levels of consumer convenience, lower cost, and more effective outcomes. With the Livongo acquisition, TDOC has created a very thorough and effective "virtual care channel" that in our view can be used as the first line of defense with respect to member and consumer healthcare spending. By using tele-health and Livongo's diabetes and cholesterol health management platform, health plans are able to improve their overall cost trend by ~20%+, patients can be continuously monitored in a remote manner, and they can be "coached" along their healthcare journey. With the pandemic, we believe that structural changes have occurred that will keep usage rates of tele-health high. Medicare has updated its reimbursement rules to allow for coverage of visits that are outside of rural healthcare facilities through C2021, and the pandemic has caused the entire channel, especially doctors, to embrace tele-health. Our view is that prior to the pandemic, plans, doctors and hospitals viewed tele-health as a competing channel so there was some reluctance to encourage the usage of tele-health. However, with the pandemic physicians have now come to depend on tele-health to maintain revenues for their practices, doctors and hospitals are now far more comfortable actually using tele-health technology, and we believe that health-plans are still investing significantly into tele-health solutions in order to continue to expand access to care. We believe that the InTouch acquisition gives TDOC a market-leading presence in the acute care market, we like the Better-Help platform too as demand for mental health continues to rise, and the Best Doctors deal brings a very sophisticated third party review and referral management platform to TDOC customers. While these are all good, membership growth has slowed significantly, and consensus expectations already account for fairly robust revenue growth. COVID is also creating a difficult comp in our view. Given these concerns we rate TDOC Neutral.

## Upcoming Catalysts

- Traction with Livongo's deal with GEHA and FEP and client expansion
- Update on United Healthcare (UNH, Not Rated) and their telehealth plans
- Distribution of vaccine, increase in in-person visits to bricks and mortar
- Realization of cost and revenue synergies
- Possible permanent expansion of telehealth reimbursement
- Expanded telehealth offering with Microsoft (MSFT, Not Rated) partnership

## Base Case Assumptions

- Good quarterly sequential growth in visits despite higher traditional visit volumes
- Growth of PMPM rates with in-sell and cross-sell of solutions
- Solid traction in Livongo cross-selling and referral efforts, especially GEHA and FEP
- Slow entry of Amazon Care into broader markets, minimal B-to-B uptake
- Steady deals with CVS Health (CVS, Not Rated) and UnitedHealth Group
- Stable reimbursement environment

## Upside Scenario: **$40/sh**

- GEHA and FEP traction exceed expectations, with contract acceleration
- Expanded reimbursement for tele-health, beyond rural facilities made permanent
- CVS enhances relationship with Livongo through "Chronic Management" platform
- InTouch traction exceeds expectations with new hospital and payer wins
- TDOC is able to accelerate its pipeline with new customers and larger deal sizes
- Consumer sentiment improves leading to greater adoption of TDOC's solutions

## Downside Scenario: **$15/sh**

- United Healthcare acquires a competing tele-health solution
- CVS Health breaks contract with Livongo and builds its own internal solution
- Volumes slow and decline on a y/y and sequential basis due to pandemic relief
- Slowing demand for mental health and chronic care management solutions
- Membership declines, putting pressure on future top-line growth prospects
- Headwinds from negative consumer sentiment, stronger USD, and wage inflation

## Price Performance



TDOC
S&P 500 (rebased)
Source: FactSet

## Company Description

We estimate that Teladoc Health is the largest provider of virtual healthcare services in the world. It provides virtual access to high-quality care and expertise with a suite of solutions that encompass 450+ medical specialties ranging from non-urgent needs like the flu and respiratory infections to chronic conditions like cancer and congestive heart failure. The company combines data with a flexible technology platform to provide high-quality care and services to users. In 2021 Teladoc completed ~15.4M visits globally, and has over ~55M+ unique members.

**BTIG**

**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

David Larsen / 212-738-6161

| Teladoc Health, Inc Income Statement | F2022A | Mar-23 | Jun-23 | Sep-23 | Dec-23 | F2023E | Mar-24 | Jun-24 | Sep-24 | Dec-24 | F2024E | F2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ Thousands, Members M | FY22A | 1Q23A | 2Q23A | 3Q23E | 4Q23E | FY23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | FY24E | FY25E |
| **Revenue by Type:** | | | | | | | | | | | | |
| Access Fee Revenue | $2,103,814 | $550,870 | $575,661 | $592,004 | $616,951 | $2,335,485 | $607,331 | $629,884 | $648,508 | $675,854 | $2,561,577 | $2,836,909 |
| *y/y growth* | *20.9%* | *12.1%* | *11.0%* | *9.6%* | *11.4%* | *11.0%* | *10.2%* | *9.4%* | *9.5%* | *9.5%* | *9.7%* | *10.7%* |
| *% total* | *87.4%* | *87.5%* | *88.2%* | *88.2%* | *88.2%* | *88.0%* | *88.0%* | *88.0%* | *88.0%* | *88.0%* | *88.0%* | *89.0%* |
| Other Revenue | $303,026 | $78,374 | $76,745 | $78,924 | $82,250 | $316,292 | $82,818 | $85,893 | $88,433 | $92,162 | $349,306 | $350,629 |
| *y/y growth* | *3.6%* | *5.9%* | *4.2%* | *10.7%* | *-2.1%* | *4.4%* | *5.7%* | *11.9%* | *12.0%* | *12.1%* | *10.4%* | *0.4%* |
| *% total* | *12.6%* | *12.5%* | *11.8%* | *11.8%* | *11.8%* | *11.9%* | *12.0%* | *12.0%* | *12.0%* | *12.0%* | *12.0%* | *11.0%* |
| **Total Revenue:** | **$2,406,840** | **$629,244** | **$652,406** | **$670,927** | **$699,200** | **$2,651,778** | **$690,149** | **$715,777** | **$736,941** | **$768,016** | **$2,910,883** | **$3,187,538** |
| *y/y growth* | *18.4%* | *11.3%* | *10.1%* | *9.7%* | *9.6%* | *10.2%* | *9.7%* | *9.7%* | *9.8%* | *9.8%* | *9.8%* | *9.5%* |
| **Revenue by Geography:** | | | | | | | | | | | | |
| US Revenue | $2,101,015 | $541,662 | $561,787 | $577,736 | $602,082 | $2,283,266 | $586,627 | $608,411 | $626,400 | $652,813 | $2,474,250 | $2,677,532 |
| *y/y growth* | *18.4%* | *10.3%* | *7.7%* | *8.2%* | *8.6%* | *8.7%* | *8.3%* | *8.3%* | *8.4%* | *8.4%* | *8.4%* | *8.2%* |
| *% total* | *87.3%* | *86.1%* | *86.1%* | *86.1%* | *86.1%* | *86.1%* | *85.0%* | *85.0%* | *85.0%* | *85.0%* | *85.0%* | *84.0%* |
| International Revenue | $305,825 | $87,582 | 90,619 | 93,192 | 97,119 | $368,511 | 103,522 | 107,367 | 110,541 | 115,202 | $436,632 | $510,006 |
| *y/y growth* | *18.2%* | *18.1%* | *27.6%* | *20.4%* | *16.6%* | *20.5%* | *18.2%* | *18.5%* | *18.6%* | *18.6%* | *18.5%* | *16.8%* |
| *% total* | *12.7%* | *13.9%* | *13.9%* | *13.9%* | *13.9%* | *13.9%* | *15.0%* | *15.0%* | *15.0%* | *15.0%* | *15.0%* | *16.0%* |
| **Total Revenue** | **$2,406,840** | **629,244** | **652,406** | **670,927** | **699,200** | **$2,651,778** | **690,149** | **715,777** | **736,941** | **768,016** | **$2,910,883** | **$3,187,538** |
| *y/y growth* | *18.4%* | *11.3%* | *10.1%* | *9.7%* | *9.6%* | *10.2%* | *9.7%* | *9.7%* | *9.8%* | *9.8%* | *9.8%* | *9.5%* |
| **Members and Users:** | | | | | | | | | | | | |
| Integrated Care Member (Paid and Visit Fee) | 83.3 | 84.9 | 85.9 | 86.0 | 86.6 | 86.6 | 90.0 | 91.1 | 91.2 | 91.8 | 91.8 | 97.3 |
| *y/y growth* | *7.5%* | *7.2%* | *7.0%* | *5.0%* | *4.0%* | *4.0%* | *6.0%* | *6.0%* | *6.0%* | *6.0%* | *6.0%* | *6.0%* |
| BetterHelp Paying Users | 0.450 | 0.467 | 0.476 | 0.507 | 0.522 | 0.522 | 0.542 | 0.552 | 0.588 | 0.606 | 0.606 | 0.702 |
| *y/y growth* | *28.2%* | *22.3%* | *16.7%* | *16.0%* | *16.0%* | *16.0%* | *16.0%* | *16.0%* | *16.0%* | *16.0%* | *16.0%* | *16.0%* |
| Chronic Care Enrollment Livongo) | 1.019 | 1.028 | 1.073 | 1.060 | 1.184 | 1.184 | 1.100 | 1.148 | 1.134 | 1.267 | 1.267 | 1.356 |
| *y/y growth* | *16.1%* | *12.6%* | *6.8%* | *6.8%* | *6.8%* | *16.2%* | *7.0%* | *7.0%* | *7.0%* | *7.0%* | *7.0%* | *7.0%* |
| Average revenue per US Integrated Care Membe | $1.44 | $1.39 | $1.41 | $1.40 | $1.45 | $1.39 | $1.37 | $1.39 | $1.39 | $1.44 | $1.39 | $1.38 |
| *y/y growth* | *-1.4%* | *-1.4%* | *-1.4%* | *0.0%* | *0.6%* | *-3.3%* | *-1.6%* | *-1.4%* | *-0.5%* | *-0.5%* | *-0.5%* | *-0.5%* |
| Visits | 18.5 | 4.9 | 4.7 | 4.6 | 4.8 | 19.1 | 5.2 | 5.0 | 5.0 | 5.3 | 20.6 | 22.0 |
| *y/y growth* | *20.1%* | *8.6%* | *0.9%* | *0.9%* | *0.9%* | *3.0%* | *7.0%* | *7.0%* | *9.0%* | *9.0%* | *8.0%* | *7.0%* |

*Source: Company Documents, BTIG Estimates*

David Larsen
(212) 738 6161
dlarsen@btig.com

**BTIG**

HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

| Teladoc Health, Inc Income Statement | F2022A | Mar-23 | Jun-23 | Sep-23 | Dec-23 | F2023E | Mar-24 | Jun-24 | Sep-24 | Dec-24 | F2024E | F2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ Thousands | FY22A | 1Q23A | 2Q23A | 3Q23E | 4Q23E | FY23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | FY24E | FY25E |
| **Revenue:** | | | | | | | | | | | | |
| **TDOC Integrated Care** | $1,373,900 | $349,972 | $360,050 | $361,334 | $376,388 | $1,447,744 | $369,220 | $379,853 | $381,207 | $397,090 | $1,527,370 | $1,611,375 |
| y/y change | 5.6% | 5.3% | 5.4% | 5.4% | 5.4% | 5.4% | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% |
| **Better Help** | | | | | | | | | | | | |
| Therapy Services | $1,012,574 | $275,928 | $288,288 | $305,321 | $318,414 | $1,187,951 | $317,317 | $331,531 | $351,119 | $366,176 | $1,366,144 | $1,557,404 |
| y/y change | 40.6% | 20.4% | 17.3% | 16.0% | 16.0% | 17.3% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 14.0% |
| **Other Wellness** | $7,072 | $3,344 | $4,068 | $4,272 | $4,398 | $16,082 | $3,612 | $4,393 | $4,614 | $4,750 | $17,369 | $18,758 |
| y/y change | 630.6% | 216.4% | 160.8% | 120.0% | 75.0% | 127.4% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| **Subtotal** | $2,393,546 | $629,244 | $652,406 | $670,927 | $699,200 | $2,651,778 | $690,149 | $715,777 | $736,941 | $768,016 | $2,910,883 | $3,187,538 |
| y/y change | 18.4% | 11.9% | 10.8% | 10.4% | 10.3% | 10.8% | 9.7% | 9.7% | 9.8% | 9.8% | 9.8% | 9.5% |
| **Other** | $13,294 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| y/y change | 25.5% | -100.0% | -100.0% | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| **Total TDOC Revenue** | $2,406,840 | $629,244 | $652,406 | $670,927 | $699,200 | $2,651,778 | $690,149 | $715,777 | $736,941 | $768,016 | $2,910,883 | $3,187,538 |
| Sequential Revenue Growth | N/A | -1% | 4% | 3% | 4% | N/A | -1% | 4% | 3% | 4% | N/A | N/A |
| y/y Revenue Growth | 18.4% | 11.3% | 10.1% | 9.7% | 9.6% | 10.2% | 9.7% | 9.7% | 9.8% | 9.8% | 9.8% | 9.5% |
| **Expenses:** | | | | | | | | | | | | |
| Cost of Revenue | 743,987 | 190,107 | 190,540 | 193,627 | 182,613 | 756,887 | 206,782 | 207,259 | 210,836 | 198,666 | 823,542 | 877,884 |
| % of revenue | 30.9% | 30.2% | 29.2% | 28.9% | 26.1% | 28.5% | 30.0% | 29.0% | 28.6% | 25.9% | 28.3% | 27.5% |
| **Gross Profit** | $1,662,853 | $439,137 | $461,866 | $477,301 | $516,587 | $1,894,891 | $483,367 | $508,519 | $526,105 | $569,350 | $2,087,341 | $2,309,654 |
| Gross Margin | 69.1% | 69.8% | 70.8% | 71.1% | 73.9% | 71.5% | 70.0% | 71.0% | 71.4% | 74.1% | 71.7% | 72.5% |
| y/y growth | 20.3% | 16.1% | 12.7% | 12.1% | 15.1% | 14.0% | 10.1% | 10.1% | 10.2% | 10.2% | 10.2% | 10.7% |
| y/y bps change | 108 bps | 287 bps | 160 bps | 150 bps | 350 bps | 237 bps | 25 bps | 25 bps | 25 bps | 25 bps | 25 bps | 75 bps |
| **Operating Expenses:** | | | | | | | | | | | | |
| Advertising and Marketing | $623,537 | $176,790 | $178,756 | $179,809 | $181,792 | $717,147 | $191,861 | $198,986 | $204,870 | $192,004 | $787,721 | $875,681 |
| % of revenue | 25.9% | 28.1% | 27.4% | 26.8% | 26.0% | 27.0% | 27.8% | 27.8% | 27.8% | 25.0% | 27.1% | 27.5% |
| Sales | 227,171 | 54,490 | 53,530 | 55,687 | 55,936 | 219,643 | 64,874 | 67,283 | 69,272 | 72,193 | 273,623 | 302,816 |
| % of revenue | 9.4% | 8.7% | 8.2% | 8.3% | 8.0% | 8.3% | 9.4% | 9.4% | 9.4% | 9.4% | 9.4% | 9.5% |
| Technology and Development | 338,983 | 86,985 | 87,309 | 90,575 | 90,896 | 355,765 | 96,621 | 100,209 | 103,172 | 107,522 | 407,524 | 446,255 |
| % of revenue | 14.1% | 13.8% | 13.4% | 13.5% | 13.0% | 13.4% | 14.0% | 14.0% | 14.0% | 14.0% | 14.0% | 14.0% |
| Legal and Regulatory | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Acquisition and integration costs | 19,358 | 14,046 | 5,080 | 5,367 | 5,594 | 30,087 | 2,761 | 2,863 | 2,948 | 3,072 | 11,644 | 12,750 |
| % of revenue | 0.8% | 2.2% | 0.8% | 0.8% | 0.8% | 1.1% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| Gain on sale | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| General and Administrative | 448,178 | 114,145 | 125,841 | 127,476 | 129,352 | 496,814 | 131,128 | 128,840 | 128,965 | 130,563 | 519,496 | 557,641 |
| % of revenue | 18.6% | 18.1% | 19.3% | 19.0% | 18.5% | 18.7% | 19.0% | 18.0% | 17.5% | 17.0% | 17.8% | 17.5% |
| Depreciation and Amoritization | 256,028 | 69,783 | 75,465 | 77,157 | 78,310 | 300,715 | 75,916 | 78,736 | 81,063 | 80,642 | 316,357 | 341,730 |
| % of revenue | 10.6% | 11.1% | 11.6% | 11.5% | 11.2% | 11.3% | 11.0% | 11.0% | 11.0% | 10.5% | 10.9% | 10.7% |
| Restructuring Costs | 0 | 0 | 7,530 | 0 | 0 | 7,530 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of revenue | 0.0% | 0.0% | 1.2% | 0.0% | 0.0% | 0.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Goodwill Impairment | 13,402,811 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of revenue | 556.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Total Operating Expenses** | $15,316,066 | $516,239 | $533,511 | $536,071 | $541,880 | $2,120,171 | $563,162 | $576,917 | $590,290 | $585,996 | $2,316,364 | $2,536,872 |
| % of revenue | 636.4% | 82.0% | 81.8% | 79.9% | 77.5% | 80.0% | 81.6% | 80.6% | 80.1% | 76.3% | 79.6% | 79.6% |
| **Income from Operations** | ($13,653,213) | ($77,102) | ($71,645) | ($58,770) | ($25,293) | ($225,280) | ($79,795) | ($68,398) | ($64,184) | ($16,646) | ($229,023) | ($227,219) |
| Operating Margin | -567% | -12% | -11% | -9% | -4% | -8% | -12% | -10% | -9% | -2% | -8% | -7% |
| y/y growth | 5039.9% | -98.8% | -97.7% | -18.1% | -99.3% | -98.3% | 3.5% | -4.5% | 9.2% | -34.2% | 1.7% | -0.8% |
| y/y bps change | -55420 bps | 116744 bps | 51175 bps | 297 bps | 59470 bps | 55877 bps | 69 bps | 143 bps | 5 bps | 145 bps | 63 bps | 74 bps |
| Amoritization of warrants and loss on ext of debt | ($724) | ($4,907) | $0 | $0 | $0 | ($4,907) | $0 | $0 | $0 | $0 | $0 | $0 |
| Interest expense, net | $10,853 | ($3,648) | ($5,516) | ($5,500) | ($5,500) | ($20,164) | ($5,500) | ($5,500) | ($5,500) | ($5,500) | ($22,000) | ($22,000) |
| Net loss before taxes | ($13,663,342) | ($68,547) | ($66,129) | ($53,270) | ($19,793) | ($200,209) | ($74,295) | ($62,898) | ($58,684) | ($11,146) | ($207,023) | ($205,219) |
| Income tax (benefit) provision | (3,811) | 681 | (952) | 13,318 | 0 | 13,047 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tax Rate | -1% | -1% | 1% | -25% | 0% | 2% | 0% | 0% | 0% | 0% | 0% | 0% |
| **Net loss** | ($13,659,531) | ($69,228) | ($65,177) | ($66,588) | ($19,793) | ($213,256) | ($74,295) | ($62,898) | ($58,684) | ($11,146) | ($207,023) | ($205,219) |
| GAAP EPS | ($84.60) | ($0.42) | ($0.40) | ($0.41) | ($0.12) | ($1.35) | ($0.45) | ($0.38) | ($0.36) | ($0.07) | ($1.26) | ($1.25) |
| Weighted average shares outstanding | 161,457 | 162,923 | 164,171 | 164,200 | 164,200 | 163,874 | 164,200 | 164,200 | 164,200 | 164,200 | 164,200 | 164,200 |
| **Adjusted EBITDA:** | | | | | | | | | | | | |
| Net Loss | ($13,659,531) | ($69,228) | ($65,177) | ($66,588) | ($19,793) | ($220,786) | ($74,295) | ($62,898) | ($58,684) | ($11,146) | ($207,023) | ($205,219) |
| Add: | | | | | | | | | | | | |
| Goodwill Impairment | 13,402,811 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest expense, net | 10,129 | (8,555) | (5,516) | (5,500) | (5,500) | (25,071) | (5,500) | (5,500) | (5,500) | (5,500) | (22,000) | (22,000) |
| Income tax provision | (3,811) | 681 | (952) | 13,318 | 0 | 13,047 | 0 | 0 | 0 | 0 | 0 | 0 |
| D&A expense | 256,028 | 69,783 | 75,465 | 77,157 | 78,310 | 300,715 | 75,916 | 78,736 | 81,063 | 80,642 | 316,357 | 341,730 |
| **EBITDA** | $5,626 | ($7,319) | $3,820 | $18,386 | $53,017 | $67,905 | ($3,878) | $10,338 | $16,879 | $63,995 | $87,334 | $114,511 |
| Stock Based compensation | 217,852 | 46,038 | 55,725 | 56,000 | 56,000 | 213,763 | 61,000 | 61,000 | 61,000 | 61,000 | 244,000 | 248,000 |
| Amoritization of warrants and loss on ext of debt | 0 | 0 | 0 | 0 | 0 | (4,907) | 0 | 0 | 0 | 0 | 0 | 0 |
| Gain on sale | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Restructuring costs | 0 | 0 | 7,530 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquisition and integration costs | 23,035 | 14,046 | 5,080 | 5,367 | 5,594 | 30,087 | 2,761 | 2,863 | 2,948 | 3,072 | 11,644 | 12,750 |
| **Adjusted EBITDA** | $246,513 | $52,765 | $72,155 | $79,754 | $114,611 | $306,848 | $59,882 | $74,201 | $80,827 | $128,068 | $342,977 | $375,261 |
| Adjusted EBITDA Margin | 10.2% | 8.4% | 11.1% | 11.9% | 16.4% | 11.6% | 8.7% | 10.4% | 11.0% | 16.7% | 11.8% | 11.8% |
| y/y growth | -8.0% | -3.2% | 54.5% | 55.7% | 21.8% | 24.5% | 13.5% | 2.8% | 1.3% | 11.7% | 11.8% | 9.4% |
| y/y bps change | -293 bps | -125 bps | 317 bps | 351 bps | 164 bps | 133 bps | 29 bps | -69 bps | -92 bps | 28 bps | 21 bps | -1 bps |
| Segment EBITDAs: | | | | | | | | | | | | |
| **Integrated Care Rev** | $1,373,900 | $349,972 | $360,050 | $361,334 | $376,388 | $1,447,744 | $369,220 | $379,853 | $381,207 | $397,090 | $1,527,370 | $1,611,375 |
| y/y change | 5.6% | 5.3% | 5.4% | 5.4% | 5.4% | 5.4% | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% |
| **Integrated Care EBITDA** | $135,153 | $35,127 | $37,968 | $46,656 | $52,423 | $172,174 | $38,640 | $41,765 | $51,322 | $57,666 | $189,392 | $208,331 |
| margin | 9.8% | 10.0% | 10.5% | 12.9% | 13.9% | 11.9% | 10.5% | 11.0% | 13.5% | 14.5% | 12.4% | 12.9% |
| y/y growth | -6.2% | 51.0% | 29.5% | 20.0% | 20.0% | 27.4% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| y/y bps change | -123 bps | 304 bps | 196 bps | 157 bps | 169 bps | 206 bps | 43 bps | 45 bps | 55 bps | 59 bps | 51 bps | 53 bps |
| % total | 55% | 67% | 53% | 59% | 46% | 56% | 65% | 56% | 63% | 45% | 55% | 56% |
| **Better Help Rev (total)** | $1,019,646 | $279,272 | $292,356 | $309,594 | $322,812 | $1,204,034 | $320,929 | $335,925 | $355,734 | $370,926 | $1,383,513 | $1,576,163 |
| y/y change | 41.4% | 21.3% | 18.2% | 16.8% | 16.5% | 18.1% | 14.9% | 14.9% | 14.9% | 14.9% | 14.9% | 13.9% |
| **Better Help EBITDA** | $114,116 | $17,638 | $34,187 | $33,098 | $62,188 | $147,111 | $21,242 | $32,436 | $29,505 | $70,402 | $153,586 | $166,930 |
| margin | 11.2% | 6.3% | 11.7% | 10.7% | 19.3% | 12.2% | 6.6% | 9.7% | 8.3% | 19.0% | 11.1% | 10.6% |
| y/y growth | -6.2% | -41.4% | 70.7% | 196.8% | 17.7% | 28.9% | 20.4% | -5.1% | -10.9% | 13.2% | 4.4% | 8.7% |
| y/y bps change | -568 bps | -676 bps | 360 bps | 649 bps | 19 bps | 103 bps | 30 bps | -204 bps | -240 bps | -28 bps | -112 bps | -51 bps |
| % total | 46% | 33% | 47% | 41% | 54% | 48% | 35% | 44% | 37% | 55% | 45% | 44% |
| **Other EBITDA** | ($2,756) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| margin | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| y/y growth | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| y/y bps change | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| **Total EBITDA** | $246,513 | $52,765 | $72,155 | $79,754 | $114,611 | $306,848 | $59,882 | $74,201 | $80,827 | $128,068 | $342,977 | $375,261 |
| margin | 10.2% | 8.4% | 11.1% | 11.9% | 16.4% | 11.6% | 8.7% | 10.4% | 11.0% | 16.7% | 11.8% | 11.8% |
| y/y growth | -8.0% | -3.2% | 54.5% | 55.7% | 21.8% | 24.5% | 13.5% | 2.8% | 1.3% | 11.7% | 11.8% | 9.4% |
| y/y bps change | -293 bps | -125 bps | 317 bps | 351 bps | 164 bps | 133 bps | 29 bps | -69 bps | -92 bps | 28 bps | 21 bps | -1 bps |

Source: Company Documents, BTIG Estimates

**BTIG**

David Larsen
(212) 738 6161
dlarsen@btig.com

| Teladoc Health, Inc Income Statement | F2022A | Mar-23 | Jun-23 | Sep-23 | Dec-23 | F2023E | Mar-24 | Jun-24 | Sep-24 | Dec-24 | F2024E | F2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ Thousands | FY22A | 1Q23A | 2Q23A | 3Q23E | 4Q23E | FY23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | FY24E | FY25E |
| **Revenue** | $2,406,840 | $629,244 | $652,406 | $670,927 | $699,200 | $2,651,778 | $690,149 | $715,777 | $736,941 | $768,016 | $2,910,883 | $3,187,538 |
| **Expenses:** | | | | | | | | | | | | |
| COGS (excl D&A) | (743,987) | (190,107) | (190,540) | (193,627) | (182,613) | (756,887) | (206,782) | (207,259) | (210,836) | (198,666) | (823,542) | (877,884) |
| D&A | (30,773) | (12,531) | (21,474) | (20,000) | (20,000) | (74,005) | (20,000) | (20,000) | (20,000) | (20,000) | (80,000) | (80,000) |
| GAAP Gross Profit | 1,632,080 | $426,606 | $440,392 | $457,301 | $496,587 | $1,820,886 | $463,367 | $488,519 | $506,105 | $549,350 | $2,007,341 | $2,229,654 |
| GAAP Gross Margin | 67.8% | 67.8% | 67.5% | 68.2% | 71.0% | 68.7% | 67.1% | 68.3% | 68.7% | 71.5% | 69.0% | 69.9% |
| D&A | $30,773 | $12,531 | $21,474 | $20,000 | $20,000 | $74,005 | $20,000 | $20,000 | $20,000 | $20,000 | $80,000 | $80,000 |
| **Adj Gross Profit** | **$1,662,853** | **$439,137** | **$461,866** | **$477,301** | **$516,587** | **$1,894,891** | **$483,367** | **$508,519** | **$526,105** | **$569,350** | **$2,087,341** | **$2,309,654** |
| y/y growth | 20% | 16% | 13% | 12% | 15% | 14% | 10% | 10% | 10% | 10% | 10% | 11% |
| Adj Gross Margin | 69.1% | 69.8% | 70.8% | 71.1% | 73.9% | 71.5% | 70.0% | 71.0% | 71.4% | 74.1% | 71.7% | 72.5% |
| y/y bps | 108 bps | 287 bps | 160 bps | 150 bps | 350 bps | 237 bps | 25 bps | 25 bps | 25 bps | 25 bps | 25 bps | 75 bps |

Source: Company Documents, BTIG Estimates

HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

## BTIG Covered Companies Mentioned in this Report

Teladoc Health, Inc. (TDOC, Neutral, Closing Price: $22.78; Analyst: David Larsen)



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

## Appendix: Analyst Certification and Other Important Disclosures

### Analyst Certification

I, David Larsen, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

### Regulatory Disclosures

#### Ratings Definitions

BTIG LLC's ("BTIG") ratings, effective June 12, 2017, are defined as follows:

**BUY** – A security which is expected to produce a positive total return of 15% or greater over the 12 months following the recommendation. The BUY rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**SELL** – A security which is expected to produce a negative total return of 15% or greater over the next 12 months following the recommendation. The SELL rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**NEUTRAL** – A security which is not expected to appreciate or depreciate meaningfully over the next 12 months.

**NOT RATED** – A security which is not rated or covered by BTIG.

**UNDER REVIEW** – Effective immediately, coverage of the following securities is Under Review. Ratings, price targets, disclosures, and estimates for the companies listed below are suspended and should no longer be relied upon.

### Distribution of Ratings and Investment Banking Clients

BTIG must disclose in each research report the percentage of all securities rated by the member to which the member would assign a "buy", "neutral" or "sell" rating. The said ratings are updated on a quarterly basis. BTIG must also disclose the percentage of subject companies within each of these three categories for whom the member has provided investment banking services within the previous twelve months.

**Current Rating Distribution (as of July 25, 2023):**

| Coverage Universe | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Buy | 260 | 61.9% | Buy | 77 | 29.6% |
| Neutral | 155 | 36.9% | Neutral | 21 | 13.6% |
| Sell | 5 | 1.2% | Sell | 0 | 0.0% |

For purposes of FINRA ratings distribution rules, BTIG's stock ratings of Buy, Neutral and Sell fall into Buy, Hold and Sell categories, respectively.

### Company Valuation and Risk Disclosures

#### Teladoc Health, Inc. (TDOC, Neutral)

**Valuation:** TDOC is trading at EV / 12.8x our 2024E EBITDA, which compares to the sub-sector average of 26.3x. BTIG does not provide price targets for Neutral-rated stocks.

**Risks:** Teladoc faces a wide array of risks that are typical of healthcare technology firms. These include changes in laws that could threaten the business model and restrict services, changes in government and healthcare regulations, changes in reimbursement, the firm's reliance on a slew of third-party vendors and physicians, changes in exchange rates and international laws and rules, rapid changes in the technology industry, debt and business integration risk, a highly competitive industry, a long sales cycle, and software development, coding and R&D efforts.



## Company–Specific Regulatory Disclosures

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: Teladoc Health, Inc. (TDOC)

## Other Disclosures

Additional Information Available Upon Request

## General Disclosures

Research reports produced by BTIG LLC ("BTIG") are published for and intended to be distributed solely to BTIG institutional and corporate clients. Recipients of BTIG reports will not be considered clients of BTIG solely because they may have received such BTIG report.

To the extent recipient accesses BTIG research, whether on a BTIG research website or through a third-party platform, BTIG is able to search, filter, download and review information on the readership of BTIG's research, including the specific research consumed and the name, company name, email address and, in certain circumstances, the location of the individual who accessed the research (the "Readership Information"). Recipient consents to BTIG's receipt of the Readership Information, including receipt of that information from a third party.

The research analyst(s) responsible for the preparation of this report receives compensation based upon a variety of factors, including the quality and accuracy of research, internal/client feedback, and overall Firm revenues.

BTIG reports are based on public information and BTIG considers the same to be reliable, comprehensive information, but makes no representation or warranty that the reports are accurate or complete. BTIG opinions and information provided in this report are as of the date of the report and may change without notice. An issuer may be classified as "Under Review" or "Research Restricted". In these cases, investors should consider any previous investment recommendation and/or rating to a subject company/issuer to no longer be current and should not be relied upon nor considered a solicitation.

This research report is not an offer to buy or sell or solicitation of an offer to buy or sell any security in any jurisdiction where such an offer or solicitation would be illegal. This research report was not drafted specifically for any particular individual or entity and is not a personal recommendation to participate in any particular trading strategy or transaction. Any recipient of this research report should obtain independent advice specific to their personal circumstances before undertaking any investment activity and must make their own independent evaluation of any securities or financial instruments.

Facts, views or opinions presented in this report have not been reviewed by, and may not reflect information known to, employees or other professionals in the "BTIG Group" (BTIG Group includes, but is not limited to, BTIG and its parents, subsidiaries and/or affiliates). BTIG Group employees, including Sales Representatives and Traders, may provide oral or written commentary or advice that may be inconsistent with the opinions and/or views expressed in this research report. BTIG Group employees and/or

**BTIG**

its affiliates not involved in the preparation of this research report may have investments in securities or derivatives of securities of companies mentioned in this report that are inconsistent with the views discussed in this report.

Investors in securities products bear certain risks in conjunction with those investments. The value of, and income from, any investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors within or beyond the companies' control. Recipient of the research reports should be aware that investments in securities may pose significant risks due to the inherent uncertainty associated with relying on forecasts of various factors that can affect the earnings, cash flow and overall valuation of a company. Any investment in securities should be undertaken only upon consideration of issues relating to the recipient's overall investment portfolio and objectives (such as diversification by asset class, industry or company) as well as time horizon and liquidity needs. Further, past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. There may be time limitations on the exercise of options or other rights in any securities transactions.

Investing in foreign markets and securities, including ADRs, is subject to additional risks such as currency fluctuation, limited information, political instability, economic risk, and the potential for illiquid markets. Investing in emerging markets may accentuate these risks. Non-U.S. reporting issuers of foreign securities, however, may not make regular or complete public disclosure relating to their financial condition or the securities that they issue.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability of any damages of any kind relating to such data. The report or any portion hereof may not be reprinted, sold or redistributed without the written consent of BTIG. This report is intended only for use by the recipient. The recipient acknowledges that all research and analysis in this report are the property of BTIG and agrees to limit the use of all publications received from BTIG within his, or her or its, own company or organization. No rights are given for passing on, transmitting, re transmitting or reselling the information provided.

## Jurisdiction and Dissemination

BTIG is a U.S. broker-dealer and member of FINRA and SIPC.

BTIG Australia Limited ACN 128 554 601, member of ASIC and ASX; BTIG Hong Kong Limited, an Exchange Participant of SEHK and licensed and regulated by the SFC; BTIG Ltd, member of the LSE, authorized and regulated by the FSA; and BTIG Singapore Pte Ltd, registered and licensed with MAS; are all separate but affiliated entities of BTIG. Unless governing law permits otherwise, you must contact a BTIG entity in your home jurisdiction for further information, or if you want to use our services in effecting a transaction.

Issued and approved for distribution in the UK and EEA by BTIG Ltd. to eligible counterparties and professional clients only. Issued and distributed in Australia to "wholesale clients" only by BTIG Australia Limited. In Singapore and Hong Kong, further information may be obtained from BTIG Singapore Pte Ltd and BTIG Hong Kong Limited, respectively.

HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH