# EXHIBIT 28

Equity Research
**Healthcare | Healthcare Technology**

*William Blair*

July 25, 2023

# Teladoc Health, Inc.

## Solid Second-Quarter Results With In-Line Sales, Strong EBITDA Performance; Guidance Raised Modestly

After the markets closed on Tuesday, July 25, Teladoc Health reported relatively solid second quarter 2023 results—with sales and profits above Street estimates. More specific, sales for the quarter came in at $652.4 million, up 10% and in-line with management's guide of $635 million to $660 million (and compared to the Street's target of $649.2 million) with adjusted EBITDA of $72.2 million, up a strong 54% and above guidance of $60 million to $68 million (and topping the $64.5 million consensus estimate).

In addition, management provided third-quarter guidance that was largely consistent with expectations and modestly raised its full-year outlook for both sales and adjusted EBITDA (increasing the low end of the range for each metric, while maintaining the prior high end of the range). Management also noted that the selling season is progressing apace, with results to date modestly above plan—including more multiproduct and "all-in" sales than in prior years. Moreover, about three-fourths of year-to-date bookings are upsells and cross-sells.

In our view, this quarter demonstrated management's heightened focus on operating discipline and profitability—with year-over-year Integrated Care adjusted EBITDA margins up nearly 200 basis points and BetterHelp EBITDA margins up 360 basis points. Management also noted that the yield on DTC marketing spend for BetterHelp remains stable (which was also noted on the first-quarter earnings call—another positive development, in our view, and a clear reversal of the headwinds the division experienced throughout most of 2022. We also believe the company is seeing success in the broader behavioral healthcare market, given both an increased need for services post the COVID-19 pandemic and increased payer and employer focus on obtaining timely behavioral healthcare for members.

Also during the quarter, Teladoc announced that it is furthering its collaboration with Microsoft (MFST $350.98; Outperform)—to integrate Microsoft Azure OpenAI Service, Azure Cognitive Services, and Nuance Dragon Ambient eXperience with Teladoc's platform. Of note, these services will be integrated directly into the Teladoc Health Solo platform, and will be used to help automate clinical documentation, which, in our view, should help ease the burden of administrative tasks put on providers and continue to expand the company's value proposition with physicians.

All in all, **we believe this was a solid second-quarter performance for the company, and another positive step forward after a somewhat volatile 2022.** Still, we reiterate our Market Perform rating until further clarity on the organic growth outlook (and clear catalysts to move the stock upward) emerge.

Teladoc Health is the largest provider of telehealth services in the United States. The company works with board-certified physicians and behavioral healthcare specialists to provide telehealth and expert opinion services to a member base of more than 20 million individuals.

**Ryan Daniels, CFA**  +1 312 364 8418
rdaniels@williamblair.com

**Jack Senft**  +1 312 801 7835
jsenft@williamblair.com

**Jack Melick**  +1 312 551 4587
jmelick@williamblair.com

Stock Rating:                 **Market Perform**

| | |
|---|---|
| Symbol: | TDOC (NYSE) |
| Price: | $22.78 (52-Wk.: $22-$43) |
| Market Value (M): | $3,825 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | December |

| | | 2022A | 2023E | 2024E |
|---|---|---|---|---|
| **Estimates** | | | | |
| Sales (M) | Q1 | $565.4 | $629.2 | $693.2 |
| | Q2 | $592.4 | $652.4 | $687.9 |
| | Q3 | $611.4 | $667.8 | $704.8 |
| | Q4 | $637.7 | $685.9 | $736.1 |
| | FY | $2,406.8 | $2,635.3 | $2,822.1 |
| EBITDA | Q1 | $54.5 | $52.8 | $73.1 |
| (M) Adjusted | | | | |
| | Q2 | $46.7 | $72.2 | $92.5 |
| | Q3 | $51.2 | $66.2 | $99.9 |
| | Q4 | $94.1 | $99.8 | $139.2 |
| | FY | $246.5 | $290.9 | $404.8 |
| EPS | Q1 | $(41.58) | $(0.42) | $(0.34) |
| | Q2 | $(19.22) | $(0.40) | $(0.22) |
| | Q3 | $(0.45) | $(0.42) | $(0.19) |
| | Q4 | $(23.49) | $(0.22) | $0.07 |
| | FY | $(84.60) | $(1.46) | $(0.68) |
| **Valuation** | | | | |
| EV/Sales | | 2.0x | 1.8x | 1.7x |
| EV/EBITDA | | 19.4x | 16.5x | 11.8x |
| FY P/E | | NM | NM | NM |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 163.7 |
| Float (M): | 162.5 |
| Avg. Daily Volume (90-day): | 4,016,711 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $13.98 |
| Return on Equity (TTM): | (123.4)% |
| Enterprise Value (M): | $4,790 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

**Please refer to important disclosures on pages 6 – 8. Analyst certification is on page 6.**

**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

*Looking deeper into the quarterly results,* revenue rose 10% year-over-year, to $652.4 million (compared to the Street's $649.2 million estimate), while adjusted EBITDA (AEBITDA)—the key profit metric we monitor—were $72.2 million, versus the consensus target of $64.5 million, driven primarily by better-than-anticipated expense control and higher add yields in the BetterHealth business.

*Turning toward the product segments,* Integrated Care revenue totaled $360.1 million for the quarter, up about 5% from $341.6 million in the prior-year quarter.  Further, Integrated Care adjusted EBITDA came in at about $38 million, an increase of 29%, representing a margin of 10.5% (up from 8.5% in the prior-year period).  Next, BetterHelp revenue for the quarter came in at $292.4 million (an increase of 18% versus the same period last year), which drove BetterHelp adjusted EBITDA of $34.2 million, an increase of 71% year-over-year, equating to a 11.7% adjusted EBITDA margin (compared to 8.1% in the prior-year period)—again reflecting an improved yield on advertising spend as well as stronger gross margins (due to more group therapy and digital therapy sessions, which are driving therapist productivity improvements).

*Regarding key operating metrics*, U.S. Integrated Care members reached 85.9 million during the quarter, up about 7% compared to the same period last year. BetterHelp paying users also reached 476,000 members, representing an increase of more than 17% versus the same quarter in the previous year. Lastly, the Chronic Care program enrollment also came in at slightly more than 1,073,000, up 7% from 1,005,000 last year.

On a geographic basis, U.S. revenues totaled about $561.8 million, up 8% year-over-year, while international revenues were $90.6 million, up about 28% from prior-year period. **Again, total sales were $652.4 million—up roughly 10% from $592.4 million in the prior-year period.**

**With respect to visits,** the company had total visits of roughly 4.7 million, which was flat compared to the 4.7 million visits experienced in the prior-year period. Furthermore, the integrated care per-member per-month (PMPM) fee increased sequentially to $1.41—from $1.43 in the prior-year quarter.

*As mentioned above, management also provided third quarter 2023 guidance and modestly raised its full year 2023 outlook as follows:* Third-quarter sales are expected to range between $650 million and $675 million (versus the consensus estimate of $663.1 million) and adjusted EBITDA of $72 million to $82 million (versus the consensus estimate of $75.4 million). On the operational front, management expects total U.S. integrated care members on the platform to be a roughly 86 million.

For the full year, management now anticipate sales of between $2.6 billion and $2.675 billion (versus the Street's $2.625 billion target and a prior guide between $2.575 billion and $2.675 billion), with adjusted EBITDA between $300 million to $325 million (compared to the Street's $300.6 million target and a prior guide between $285 million and $325 million) and $150 million in free cash flow—up nicely from more than $100 million previously. Overall, guidance is predicated on U.S. Integrated Care members at 86 million (versus a range of 84 million to 86 million previously).

*Stock thoughts and risks.* We continue to view Teladoc as a solid growth investment, as we believe the telehealth industry is now crossing the precipice to material growth over the coming years—spurred in part by accelerated adoption to help deal with the COVID-19 pandemic around the globe. We also believe that, following the acquisitions of Best Doctors, Advance Medical, InTouch Health, and Livongo, Teladoc has increased its competitive differentiation—as there are no organizations which can match the company's international scale and scope of offerings across the continuum of care, or the number of distribution channels that Teladoc targets.

That said, TDOC shares currently trade at about 1.5 times our 2024 sales target. Despite this materially reduced valuation multiple versus its recent averages, we reiterate our Market Perform rating given the above-discussed lack of clarity regarding the near-term growth outlook.

*Key risks include* a slowdown in the company's contract wins to provide telehealth services to health plans and providers, a lack of growth in telehealth utilization rates, continued pressure on DTC mental health marketing yield, and emerging competition from other telehealth providers as well as novel entrants including Amazon.com (AMZN $129.13; Outperform) and Zoom Video Communications (ZM $69.33; Outperform).

**Guidance overview.**  We provided a detailed overview of management's guidance in the exhibit below:

William Blair

| | | | 2023 | | |
|---|---|---|---|---|---|
| | Low End | Mid-Point | High End | Rel. to Our Prior Estimate | Rel. to Consensus Estimate |
| Total revenue | $2,600 | $2,637.5 | $2,675 | 0% | 0% |
| Adjusted EBITDA | $300 | $312.5 | $325 | 7% | 4% |
| EPS | -$1.60 | (1.43) | -$1.25 | 2% | -9% |

| | | | Q3'23 | | |
|---|---|---|---|---|---|
| | Low End | Mid-Point | High End | Rel. to Our Prior Estimate | Rel. to Consensus Estimate |
| Total revenue | $650.0 | $662.5 | $675.0 | -1% | 0% |
| Adjusted EBITDA | $72.0 | $77.0 | $82.0 | 16% | 2% |
| EPS | -$0.50 | ($0.45) | -$0.40 | -7% | -36% |

Lastly, in the exhibits below we provide a review of the company's quarterly results as compared to our estimates and results from the year-ago period, as well as a summary version of our financial model (which we have refrained from updating until after our detailed review of the company's financials).

3 | Ryan Daniels +1 312 364 8418

William Blair

## Quarterly Review

| $ thousand, fiscal year ends December 31 | Q2'23 Actual | Q2'23E Estimate | % Difference | Q2'23 Consensus | % Difference | Q2'22 Actual | % Difference |
|---|---|---|---|---|---|---|---|
| **Total revenue** | **$ 652.4** | **$ 647.4** | **0.8%** | **$ 649.2** | **0.5%** | **$ 592.4** | **10.1%** |
| | | | | | | | |
| Cost of revenue | 190.5 | 195.8 | -2.7% | | | 182.5 | 4.4% |
| Gross profit | $ 461.9 | $ 451.5 | 2.3% | | | $ 409.9 | 12.7% |
| | | | | | | | |
| Advertising and marketing | $ 178.8 | $ 182.9 | -2.3% | | | $ 164.6 | 8.6% |
| Sales expense | 53.5 | 58.3 | -8.1% | | | 57.9 | -7.6% |
| Technology and development | 87.3 | 80.9 | 7.9% | | | 80.8 | 8.0% |
| General and administrative | 125.8 | 121.4 | 3.7% | | | 110.9 | 13.5% |
| Depreciation and amortization | 75.5 | 77.7 | -2.9% | | | 59.4 | 27.1% |
| Acquisition-related costs / other | 12.6 | 12.2 | 3.1% | | | 3,032.9 | |
| | | | | | | | |
| Gain (loss) from operations | $ (71.6) | $ (81.8) | 12.4% | | | $ (3,096.6) | 97.7% |
| Non-recurring expenses, stock compensation | 68.3 | 67.7 | 0.9% | | | 53.9 | 26.8% |
| **Adjusted EBITDA** | **$ 72.2** | **$ 63.6** | **13.5%** | **$ 64.5** | **11.9%** | **$ 46.7** | **54.5%** |
| | | | | | | | |
| Interest expense, net | (5.7) | (3.6) | -56.9% | | | 4.3 | -232.0% |
| Income (loss) before income tax provision | (66.1) | (80.2) | 17.5% | | | (3,102.6) | 97.9% |
| Income tax (benefit) provision | (1.0) | 1.2 | -179.2% | | | (1.2) | 19.9% |
| **Net income (loss)** | **$ (65.2)** | **$ (81.4)** | **19.9%** | | | **$ (3,101.5)** | **97.9%** |
| | | | | | | | |
| EPS | $ (0.40) | $ (0.50) | 20.1% | $ (0.41) | -3.2% | $ (19.22) | 97.9% |
| Shares outstanding (diluted) | 164.2 | 163.7 | 0.3% | | | 161.4 | 1.7% |
| | | | | | | | |
| Total current US paid membership | 59.4 | 59 | 0.0% | | | 56.6 | 5.0% |
| | | | | | | | |
| **Percentage of revenue:** | | | | | | | |
| *Gross margin* | *70.8%* | *69.8%* | *104 BP* | | | *69.2%* | *160 BP* |
| *Advertising and marketing* | *27.4%* | *28.3%* | *-85 BP* | | | *27.8%* | *-38 BP* |
| *Sales expense* | *8.2%* | *9.0%* | *-79 BP* | | | *9.8%* | *-157 BP* |
| *Technology and development* | *13.4%* | *12.5%* | *88 BP* | | | *13.6%* | *-26 BP* |
| *General and administrative* | *19.3%* | *18.8%* | *54 BP* | | | *18.7%* | *57 BP* |
| *Depreciation and amortization* | *11.6%* | *12.0%* | *-43 BP* | | | *10.0%* | *154 BP* |
| *Adjusted EBITDA* | *11.1%* | *9.8%* | *124 BP* | | | *7.9%* | *317 BP* |
| *Tax rate* | *1.4%* | *-1.5%* | *294 BP* | | | *0.0%* | *140 BP* |
| *Net income* | *-10.0%* | *-12.6%* | *258 BP* | | | *-523.6%* | *51357 BP* |

For a more detailed version of our financial model, please contact your Blair representative.

## William Blair

**Teladoc Health (TDOC)**
Operating Results Summary & Financial Analysis

Rating: Market Perform

| $ in million, except per-share items | Q1'22 | Q2'22 | Q3'22 | Q4'22 | Q1'23 | Q2'23 | Q3'23E | Q4'23E | 2022 | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement** | | | | | | | | | | | |
| **Total revenue** | $ 565.4 | $ 592.4 | $ 611.4 | $ 637.7 | $ 629.2 | $ 652.4 | $ 667.8 | $ 685.9 | $ 2,406.8 | $ 2,635.3 | $ 2,822.1 |
| Cost of revenue | 187.0 | 182.5 | 185.6 | 188.9 | 190.1 | 190.5 | 193.7 | 195.5 | 744.0 | 769.8 | 818.1 |
| Gross Profit | $ 378.3 | $ 409.9 | $ 425.8 | $ 448.8 | $ 439.1 | $ 461.9 | $ 474.1 | $ 490.4 | $ 1,662.9 | $ 1,865.5 | $ 2,004.0 |
| Advertising and marketing | 133.6 | 164.6 | 178.9 | 146.4 | 176.8 | 178.8 | 180.3 | 150.9 | 623.5 | 686.7 | 712.9 |
| Sales expense | 58.3 | 57.9 | 54.6 | 56.3 | 54.5 | 53.5 | 60.1 | 61.0 | 227.2 | 229.2 | 248.5 |
| Technology and development | 87.4 | 80.8 | 87.8 | 82.9 | 87.0 | 87.3 | 90.2 | 92.6 | 339.0 | 357.0 | 362.9 |
| General and administrative | 104.9 | 110.9 | 112.5 | 119.8 | 114.1 | 125.8 | 131.9 | 138.9 | 448.2 | 510.8 | 511.5 |
| Acquisition-related costs / other | 6,604.5 | 3,032.9 | 1.6 | 3,783.2 | 14.0 | 12.6 | 3.3 | 3.4 | 13,422.2 | 33.4 | 14.1 |
| EBITDA | $ (10.4) | $ (7.2) | $ (9.7) | $ 33.0 | $ (7.3) | $ 3.8 | $ 8.3 | $ 43.6 | $ 5.6 | $ 48.4 | $ 154.1 |
| **Adjusted EBITDA** | $ 54.5 | $ 46.7 | $ 51.2 | $ 94.1 | $ 52.8 | $ 72.2 | $ 66.2 | $ 99.8 | $ 246.5 | $ 290.9 | $ 404.8 |
| Interest expense, net | 5.5 | 4.3 | 1.3 | (1.9) | (3.6) | (5.7) | (5.7) | (5.7) | 9.3 | (20.8) | (22.9) |
| Depreciation and amortization | 58.9 | 59.4 | 62.0 | 75.7 | 69.8 | 75.5 | 80.1 | 82.3 | 256.0 | 307.7 | 282.2 |
| Income (loss) before income tax provision | $ (6,674.1) | $ (3,102.6) | $ (74.6) | $ (3,811.9) | $ (68.5) | $ (66.1) | $ (68.1) | $ (35.0) | $ (13,663.3) | $ (237.8) | $ (113.2) |
| Income tax (benefit) provision | 0.4 | (1.2) | (1.2) | (1.8) | 0.7 | (1.0) | 1.0 | 0.5 | (3.8) | 1.3 | (1.1) |
| Net income (loss) | $ (6,674.5) | $ (3,101.5) | $ (73.5) | $ (3,810.1) | $ (69.2) | $ (65.2) | $ (69.1) | $ (35.6) | $ (13,659.5) | $ (239.0) | $ (112.1) |
| **Adjusted EPS** | $ (0.44) | $ (0.42) | $ (0.45) | $ (0.17) | $ (0.42) | $ (0.40) | $ (0.42) | $ (0.22) | $ (1.48) | $ (1.46) | $ (0.68) |
| EPS | $ (41.58) | $ (19.22) | $ (0.45) | $ (23.49) | $ (0.42) | $ (0.40) | $ (0.42) | $ (0.22) | $ (84.60) | $ (1.46) | $ (0.68) |
| Shares outstanding (diluted) | 160.5 | 161.4 | 161.7 | 162.2 | 162.9 | 164.2 | 164.5 | 164.8 | 161.5 | 164.1 | 164.8 |
| Margin analysis: | | | | | | | | | | | |
| Gross margin | 66.9% | 69.2% | 69.6% | 70.4% | 69.8% | 70.8% | 71.0% | 71.5% | 69.1% | 70.8% | 71.0% |
| Advertising and marketing | 23.6% | 27.8% | 29.3% | 23.0% | 28.1% | 27.4% | 27.0% | 22.0% | 25.9% | 26.1% | 25.3% |
| Sales expense | 10.3% | 9.8% | 8.9% | 8.8% | 8.7% | 8.2% | 9.0% | 8.9% | 9.4% | 8.7% | 8.8% |
| Technology and development | 15.5% | 13.6% | 14.4% | 13.0% | 13.8% | 13.4% | 13.5% | 13.5% | 14.1% | 13.5% | 12.9% |
| General and administrative | 18.6% | 18.7% | 18.4% | 18.8% | 18.1% | 19.3% | 19.8% | 20.3% | 18.6% | 19.4% | 18.1% |
| Adjusted EBITDA margin | 9.6% | 7.9% | 8.4% | 14.8% | 8.4% | 11.1% | 9.9% | 14.6% | 10.2% | 11.0% | 14.3% |
| Year-over-year growth: | | | | | | | | | | | |
| Access fee revenue | 20.0% | 13.6% | 12.6% | 37.4% | 15.5% | 14.4% | 11.8% | 11.3% | 30.6% | 13.1% | 10.1% |
| Visit fee revenue | 88.2% | 82.5% | 95.8% | (100.0%) | 5.0% | 5.0% | 5.0% | N/A | (12.6%) | 5.0% | 8.0% |
| Total revenue | 24.6% | 17.7% | 17.2% | 15.1% | 11.3% | 10.1% | 9.2% | 7.5% | 18.4% | 9.5% | 7.1% |
| Gross profit | 22.9% | 19.6% | 20.7% | 18.3% | 16.1% | 12.7% | 11.4% | 9.3% | 20.3% | 12.2% | 7.4% |
| Adjusted EBITDA | (3.7%) | (30.1%) | (24.0%) | 22.1% | (3.2%) | 54.5% | 29.3% | 6.1% | (8.0%) | 18.0% | 39.1% |
| Key operating metrics: | | | | | | | | | | | |
| **Members, end of period** | **54.3** | **56.6** | **57.8** | **58.4** | **59.2** | **59.4** | **60.1** | **60.7** | **58.4** | **60.7** | **62.0** |
| *year-over-year growth* | 5.4% | 4.4% | 7.8% | 7.8% | 9.0% | 9.4% | 6.2% | 5.1% | 9.0% | 4.0% | 2.0% |
| *Per-member, per month access fee* | $0.00 | $2.60 | $2.71 | $2.71 | $0.00 | $2.76 | $2.90 | $2.90 | $2.81 | $2.99 | $3.20 |
| **Total Visits** | **4.51** | **4.70** | **4.57** | **4.80** | **5.10** | **5.28** | **5.13** | **5.21** | **18.59** | **20.72** | **22.23** |
| *year-over-year growth* | 41.4% | 33.9% | 17.7% | 8.9% | 13.1% | 12.2% | 12.2% | 8.6% | 24.0% | 11.5% | 7.3% |
| Revenue per consultation | $125.35 | $125.93 | $133.70 | $132.83 | $123.41 | $123.65 | $130.17 | $131.53 | $129.48 | $127.19 | $126.92 |
| *year-over-year growth* | (0.3%) | 0.5% | 6.2% | (0.7%) | (1.6%) | (1.8%) | (2.6%) | (1.0%) | (4.5%) | (1.8%) | (0.2%) |
| Utilization rate | 0.00% | 6.32% | 6.50% | 6.13% | 0.00% | 6.57% | 6.75% | 6.38% | 4.64% | 4.43% | 19.42% |
| **Balance Sheet** | | | | | | | | | | | |
| Total stockholders' equity | $ 9,142.6 | $ 6,084.7 | $ 6,052.7 | $ 2,307.7 | $ 2,291.2 | $ 2,295.1 | $ 2,277.9 | $ 2,292.6 | $ 2,307.7 | $ 2,292.6 | $ 2,411.2 |
| Net working capital | 901.4 | 885.8 | 876.2 | 915.6 | 905.4 | 937.6 | 966.1 | 1,027.6 | 915.6 | 1,027.6 | 1,291.1 |
| Net cash and investments | 836.4 | 881.2 | 899.6 | 918.2 | 888.6 | 958.7 | 1,020.5 | 1,091.0 | 918.2 | 1,091.0 | 1,326.8 |
| Total debt | $ 1,532.8 | $ 1,533.6 | $ 1,534.4 | $ 1,535.3 | $ 1,536.1 | $ 1,537.0 | $ 1,537.0 | $ 1,537.0 | $ 1,535.3 | $ 1,537.0 | $ 1,537.0 |
| Days' sales outstanding | 31 | 32 | 30 | 30 | 31 | 30 | 30 | 30 | 32 | 31 | 31 |
| Total liabilities/total assets | 0.2 | 0.2 | 0.3 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Leverage (avg. assets/avg. equity) | 1.1 | 1.1 | 1.1 | 1.1 | 1.2 | 1.3 | 1.3 | 1.5 | 1.3 | 1.9 | 1.9 |
| Return on average equity | (24.6%) | (1.0%) | (62.8%) | 0.0% | (2.8%) | (3.0%) | (1.6%) | (4.3%) | (148.8%) | (10.4%) | (4.8%) |
| **Statement of Cash Flows** | | | | | | | | | | | |
| Operating cash flow | $ (31.7) | $ 92.5 | $ 63.0 | $ 65.5 | $ 13.2 | $ 101.2 | $ 96.8 | $ 106.5 | $ 189.3 | $ 317.7 | $ 376.9 |
| -- Capital expenditures | 30.8 | 44.8 | 43.2 | 53.9 | 45.6 | 36.6 | 35.1 | 36.0 | 172.8 | 153.3 | 141.1 |
| **Free cash flow** | $ (62.6) | $ 47.6 | $ 19.8 | $ 11.7 | $ (32.5) | $ 64.6 | $ 61.8 | $ 70.5 | $ 16.5 | $ 164.4 | $ 235.8 |
| Per share | $ (0.39) | $ 0.30 | $ 0.12 | $ 0.07 | $ (0.20) | $ 0.39 | $ 0.38 | $ 0.43 | $ 0.10 | $ 1.00 | $ 1.43 |

Ryan S. Daniels, CFA ▪ (312) 364-8418 ▪ rdaniels@williamblair.com

Please consult **Important Disclosures** at the below link:
https://williamblair.bluematrix.com/sellside/Disclosures.action?ajax&page=ajax/williamblairDisclosures.jsp&firmId=18877&companySymbol=TDOC

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate is a market maker in the security of Teladoc Health, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Teladoc Health, Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Teladoc Health, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Ryan Daniels attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 35411.20
S&P 500: 4554.64
NASDAQ: 14058.90



Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of July 25, 2023):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 74 | Outperform (Buy) | 8 |
| Market Perform (Hold) | 26 | Market Perform (Hold) | 3 |
| Underperform (Sell) | 1 | Underperform (Sell) | 50 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

6 | Ryan Daniels +1 312 364 8418

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been taken from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

If the recipient received this research report pursuant to terms of service for, or a contract with William Blair for, the provision of research services for a separate fee, and in connection with the delivery of such research services we may be deemed to be acting as an investment adviser, then such investment adviser status relates, if at all, only to the recipient with whom we have contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing). If such recipient uses these research services in connection with the sale or purchase of a security referred to herein, William Blair may act as principal for our own account or as riskless principal or agent for another party. William Blair is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2023, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

*William Blair*

# Equity Research Directory

**John Kreger, Partner   Director of Research   +1 312 364 8612**
**Kyle Harris, CFA, Partner   Operations Manager   +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner   +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner   +1 312 364 8697**
*Consumer Products*

**Phillip Blee, CPA   +1 312 801 7874**
*Hardlines, Discount/Value, Outdoor and Recreation*

**Dylan Carden   +1 312 801 7857**
*Consumer Technology, Specialty Retail*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner   +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner   +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA   +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt   +1 312 364 8106**
*Wealthtech, Wealth Management, Financial Services Distributors*

## HEALTHCARE

**Biotechnology**

**Tim Lugo, Partner   +1 415 248 2870**
Group Head–Biotechnology

**Sami Corwin, Ph.D.   +1 312 801 7783**

**Andy T. Hsieh, Ph.D., Partner   +1 312 364 5051**

**Myles R. Minter, Ph.D.   +1 617 235 7534**

**Matt Phipps, Ph.D., Partner   +1 312 364 8602**

**Healthcare Technology and Services**

**Ryan S. Daniels, CFA, Partner   +1 312 364 8418**
Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**Margaret Kaczor, CFA, Partner   +1 312 364 8608**
*Medical Technology*

**Brandon Vazquez, CFA   +1 212 237 2776**
*Dental, Animal Health*

**Life Sciences**

**Matt Larew, Partner   +1 312 364 8242**
*Life Science Tools, Bioprocessing, Healthcare Delivery*

**Andrew F. Brackmann, CFA   +1 312 364 8776**
*Diagnostics*

**Max Smock, CFA   +1 312 364 8336**
*Pharmaceutical Outsourcing and Services*

## GLOBAL SERVICES

**Tim Mulrooney   +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA   +1 312 364 8689**
*Consulting, HR Technology, Information Services*

**Trevor Romeo, CFA   +1 312 801 7854**
*Staffing*

**Scott Hansen   Associate Director of Research   +1 332 262 2602**

## ECONOMICS

**Richard de Chazal, CFA   +44 20 7868 4489**

## ENERGY AND SUSTAINABILITY

**Jed Dorsheimer   +1 617 235 7555**
Group Head–Energy and Sustainability
*Generation, Efficiency, Storage*

**Tim Mulrooney   +1 312 364 8123**
*Sustainability Services*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Larry De Maria, CFA   +1 212 237 2753**
Group Head–Global Industrial Infrastructure
*Industrial Machinery, Diversified, and Automation*

**Louie DiPalma, CFA   +1 312 364 5437**
*Aerospace and Defense, Smart Cities*

**Brian Drab, CFA, Partner   +1 312 364 8280**
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner   +1 312 364 8603**
*Building Products, Specialty Distribution*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner   +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia   +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software as a Service*

**Dylan Becker, CFA   +1 312 364 8938**
*Software, Software as a Service*

**Jonathan Ho, Partner   +1 312 364 8276**
*Cybersecurity, Security Technology*

**Maggie Nolan, CPA, Partner   +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA   +1 312 364 8694**
*Software as a Service*

**Jake Roberge   +1 312 364 8568**
*Software, Software as a Service*

**Ralph Schackart III, CFA, Partner   +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner   +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler   +1 212 237 2755**
*Software, Software as a Service*

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA   +1 312 364 8540**
**Audrey Majors, Editor and SA   +1 312 364 8992**
**Beth Pekol Porto, Editor and SA   +1 312 364 8924**
**Lisa Zurcher, Editor and SA   +44 20 7868 4549**
**Mubasil Chaudhry, Editor and SA   +44 20 7868 4453**