UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| PAUL STARY, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 7:24-cv-03849-KMK |
| Plaintiff, | DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| vs. | |
| TELADOC HEALTH, INC., JASON NATHANIALL GOREVIC, and MALA MURTHY, | |
| Defendants. | |

---

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), Co-Lead Counsel for Lead Plaintiffs Joshua Marit and Ali Touat (together, "Plaintiffs").

2.     I submit this Declaration, together with the attached exhibits, in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss.

3.     Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    Transcript of January 9, 2024 JP Morgan Healthcare Conference; and

**Exhibit B**:    Transcript of November 14, 2024 Lead Plaintiff hearing.

I declare under penalty of perjury that the foregoing facts are true and correct.

DATED:  August 6, 2025          **LEVI & KORSINSKY, LLP**

/s/ Shannon L. Hopkins
SHANNON L. HOPKINS