**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PAUL STARY, Individually and on Behalf of All
Others Similarly Situated,
Plaintiff,
v.
TELADOC HEALTH, INC., JASON
NATHANIALL GOREVIC, and MALA
MURTHY,

  Defendants.

Case No. 24-cv-3849 (KMK)

---

**DECLARATION OF AUDRA J. SOLOWAY IN SUPPORT**
**OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO**
**DISMISS THE AMENDED CLASS ACTION COMPLAINT**

AUDRA J. SOLOWAY declares the following pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, attorneys for defendants Teladoc Health, Inc. ("Teladoc"), Jason Gorevic and Mala Murthy (together, "Defendants"). I submit this declaration in support of Defendants' Reply in Support of their Motion to Dismiss the Amended Complaint for Violations of the Federal Securities Laws (the "Amended Complaint").

2.      Attached hereto as Exhibit 34 is TD Cowen's analyst report, "4Q23: Disappointing 2024 and LT Rev Outlook Indicates Challenging Growth Envir.," published on February 20, 2024, which is cited in the Amended Complaint at paragraph 167. Exhibit 34 is also cited in Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss at pages 18 and 27, but was not submitted by Plaintiffs with their opposition papers.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 17, 2025.

*/s/ Audra J. Soloway*
Audra J. Soloway