# EXHIBIT 34

## TD Cowen
### a division of TD Securities

**Health Care Technology & Distribution: Health Care IT**

# TELADOC HEALTH

**Published and distributed by Cowen and Company, LLC**

**EQUITY RESEARCH**

February 20, 2024

**Price: $20.49** (02/20/2024)
**Price Target: $16.00** (Prior $22.00)

**MARKET PERFORM (2)**

**ESG SCORE: 70/100**

**Charles Rhyee**
646 562 1376
charles.rhyee@cowen.com

**Lucas Romanski**
646 562 1352
lucas.romanski@cowen.com

**Adam Efrem**
646 562 1318
adam.efrem@cowen.com

### Key Data

| | |
|---|---|
| Symbol | NYSE: TDOC |
| Beta: | 1.00 |
| 52-Week Range: | $29.77-$15.57 |
| Market Cap: | $3.4B |
| Net Debt (MM): | $552.4 |
| Cash/Share: | $1.69 |
| Dil. Shares Out (MM): | 165.1 |
| Enterprise Value (MM): | $3,935.7 |
| BV/Share: | $13.86 |
| Dividend: | $0.00 |
| Yield: | 0.00% |

| FY (Dec) | 2023A | 2024E | 2025E |
|---|---|---|---|
| **Revenue (MM)** | | | |
| Year | $2,602.4 | $2,664.1 | $2,769.6 |
| *Prior Year* | *$2,610.5* | *$2,794.6* | |
| EV/S | 1.5x | 1.5x | 1.4x |
| | | | |
| **EBITDA** | | | |
| Q1 | $52.8 | $56.6 | $66.8 |
| *Prior Q1* | *-* | *$64.1* | |
| Q2 | $72.2 | $72.0 | $81.7 |
| *Prior Q2* | *-* | *$78.9* | |
| Q3 | $88.8 | $94.5 | $104.7 |
| *Prior Q3* | *-* | *$95.3* | |
| Q4 | $114.4 | $133.6 | $143.8 |
| *Prior Q4* | *$111.6* | *$133.0* | |
| Year | $328.1 | $356.7 | $397.0 |
| *Prior Year* | *$325.3* | *$371.3* | |

**EARNINGS UPDATE**

## 4Q23: DISAPPOINTING 2024 AND LT REV OUTLOOK INDICATES CHALLENGING GROWTH ENVIR.

### THE TD COWEN INSIGHT

While TDOC beat 4Q adj. EBITDA and 2024 guide bracketed consensus of $368M, 4Q topline missed and 2024 and LT outlook was disappointing. While TDOC balances growth/profitability, that level of growth at 1-5% in 2024 and L/MSD growth over 3yrs indicates a challenging envir. We see limited topline growth likely limiting future earnings growth suggesting shares are overvalued relative to LT outlook.

#### Impact to Thesis

Coming into the qtr, we were cautiously optimistic on the 2024 outlook given mgmt commentary at a conf in early January. The positive tone from mgmt in discussion in January had suggested to us that consensus growth expectations for 2024 of 6-7% was achievable, even if we assumed continued slowdown in BetterHelp. However, 4Q results aside, both the 2024 and LT outlook, particularly for Integrated Care, was much lower than expected and came as a surprise to us. What we find is a more challenging environment facing TDOC, with BetterHelp growth constrained by persistent elevated CAC and slower than expected uptake in Chronic Care atop a mature, slowing growth urgent care/general medical telehealth business.

This sees TDOC guiding BetterHelp rev growth of flat to low-single-digit in 2024 and LSD LT. In 2H23, TDOC began to see pressure on BetterHelp customer acquisition costs, particularly in social media channels, which has persisted in 1Q24. CAC pressure limits the amount of capital TDOC can deploy at an acceptable rate of return, and the range of guidance for 2024 BH revs assumes CAC pressure continues, with high-end contemplating some improvement and low end contemplating some further pressure.

With half of Integrated Care segment revenue derived from a mature, slowing US virtual care business (TDOC expects LSD growth going forward), the opportunity for Integrated Care growth is focused on chronic care programs. While we think chronic care represents a promising use case for digital health long-term, TDOC's penetration of its telehealth client base has gone from 12% two years ago to 16% today, despite 75% of 2023 bookings coming from upsells or expansions within existing clients, which we think suggests this opportunity could also be facing a challenging growth environment.

#### Estimates and PT

We now est. our 2024/2025 rev ests. to $2.66B/$2.77B, from $2.79B/$2.99B. We now est. 2024/2025 adj. EBITDA of $357M/$397M, up from $371M/$419M. TDOC's focus remains on profitability over growth, and believes it can achieve adj EBITDA margin expansion of 50-100bps per year, with majority coming from Integrated Care. However, w/o more visible path to topline growth, we believe it becomes harder to justify an expanding multiple for shares. We trim our PT of $16 (from $22) based on our DCF analysis, which implies shares can trade at ~9x our 2024 adj. EBITDA est.

# AT A GLANCE

## Our Investment Thesis

We believe telehealth is fast becoming an integral part of the healthcare delivery system. And we believe TDOC has established an industry first-mover advantage in the still nascent and fast-growing telehealth market. We believe TDOC should be well-positioned for the L-T. However, N-T the company faces a number of challenges that we believe will affect revenue and adj EBITDA. Macro headwinds, including rising advertising costs and slowing consumer spending, are affecting TDOC's DTC business. At the same time, similar headwinds are causing employers to be more cautious on adding new benefits at the time TDOC is introducing new services like Primary360. Until some of these issues resolve, we believe it would be prudent to be on the sidelines.

## Forthcoming Catalysts

- 1Q24 earnings
- Sales pipeline
- Additional partnerships or products
- Capital deployment and M&A

## Base Case Assumptions

- Flat 2024 BetterHelp revenue growth
- 2024 Integrated Care revenue growth of ~4%
- 2024 adj. EBITDA margin improvement of ~80bps

## Upside Scenario

- Marketing spend related to B2C (BetterHelp) moderates driving higher adj. EBITDA and yield improves driving higher revenue
- Conversion of chronic care pipeline accelerates driving higher revenue

## Downside Scenario

- Marketing spend related to BetterHelp (BH) continues to increase and results fall below guidance and/or guidance lowered
- Conversion of chronic care pipeline stalls or declines driving lower revenue

## Price Performance



Source: Bloomberg

## Company Description

Teladoc Health is a global telehealth service, delivering on-demand healthcare 24/7 via mobile devices, the internet, video and phone. This telehealth solution connects members with over 3,000 board-certified physicians and behavioral health professionals who treat a wide range of conditions and cases including acute diagnoses, dermatological conditions, behavioral health, complex cases, second opinion and chronic condition management programs. Approximately 53M US members are contracted through a per member per month access fee, with an additional cost of about $40 per visit. Another approximately 21M individuals are contracted on a visit fee only schedule, which ranges from approximately $35-$160 per visit. The solution is delivered with a median response time of less than ten minutes from the time a member requests a telehealth visit to the time they speak with a Teladoc physician.

## Analyst Top Picks

|  | Ticker | Price ( 02/20/2024) | Price Target | Rating |
|---|---|---|---|---|
| R1 RCM | RCM | $10.77 | $20.00 | Outperform |
| Evolent Health | EVH | $30.74 | $63.00 | Outperform |
| GoodRx | GDRX | $6.43 | $12.00 | Outperform |



# TD COWEN ESG SCORES

**Teladoc Health**
**NYSE: TDOC**

**ESG Score: 70/100**

**ESG Industry Percentile: 83rd**

**Teladoc Health(TDOC) ESG Material Category Rankings as of February 20, 2024**

| Top 3 Material ESG Categories | Dynamic Materiality ™ | Score |
|---|---|---|
| Access and Affordability | 30% | 74 |
| Customer Welfare | 21% | 72 |
| Employee Health | 10% | 81 |



Teladoc Health (TDOC) ESG Score History as of 02/20/2024

ESG performance is scored on a 0 to 100 scale. A score of 50 represents a neutral impact. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A blank chart means the company has an ESG performance score of N/A. A score of N/A means not enough data is available on the company to generate a score.
Source: Truvalue Labs

## ESG MATERIALITY

Establishing **materiality** is critical to evaluating a company's ESG performance. Factors most material in one sector (or to a particular company) may not be as important to another. In addition, the factors that are material – and the degree to which factors are material – can change over time.

Applying data to frameworks established by SASB (the Sustainability Accounting Standards Board) and by Truvalue Labs, we present in the chart above the three most material ESG factors that investors should focus on for the company that is the subject of this report; the Dynamic Materiality™ of each factor (i.e., what percentage of overall materiality the category represents for the subject company); and a Score for the subject company in each of these three categories (on a 0 to 100 basis, with 50 being average).

We also calculate an **overall ESG Score** for the subject company, which is presented above (in green) and on the cover of this report. A full explanation of how this ESG Score is derived is presented below.

## HOW ARE TD COWEN'S ESG SCORES CALCULATED?



*100,000+ SOURCES* → **4,500,000+ DATA POINTS** *processed per month* → **300,000 SIGNALS** *generated monthly* → **SCREENED BY ESG FRAMEWORK** → **0-100 SCORE CALCULATED**

TD Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). These data are leveraged to calculate a score for each company, which allows TD Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. TD Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

## HOW DOES THE PROCESS WORK?

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact.** Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

**4Q23 Results**

| (in millions except KPIs and EPS) | Historicals | | Cons. | 4Q23 | | Variance | % change | |
|---|---|---|---|---|---|---|---|---|
| | 4Q22 | 3Q23 | | TD Cowen | Reported | | Q/Q | Y/Y |
| Total revenue | 637.7 | 660.2 | 670.8 | 668.6 | 660.5 | -1.5% | 0.0% | 3.6% |
| Adj. Gross profit | 450.3 | 475.7 | 477.7 | 476.2 | 467.1 | -2.2% | -1.8% | 3.7% |
| Adj. Gross margin | 70.6% | 72.1% | 71.2% | 71.2% | 70.7% | (50) bps | -134 bps | 10 bps |
| Adj. EBITDA | 94.1 | 88.8 | 111.8 | 111.6 | 114.4 | 2.3% | 28.9% | 21.6% |
| Adj. EBITDA margin | 14.8% | 13.4% | 16.7% | 16.7% | 17.3% | 63 bps | 388 bps | 257 bps |
| **Integrated Care** | | | | | | | | |
| Revenue | 357.1 | 374.4 | 385.5 | 381.5 | 384.4 | -0.3% | 2.7% | 7.6% |
| Adj. EBITDA | 43.7 | 62.8 | 46.8 | 47.4 | 56.0 | 19.5% | -10.9% | 28.1% |
| Adj. EBITDA Margin | 12.2% | 16.8% | 12.2% | 12.4% | 14.6% | 213 bps | -221 bps | 233 bps |
| US Integrated Care Members (M) | 81.3 | 90.2 | 90.0 | 90.4 | 89.6 | -0.9% | -0.7% | 7.6% |
| Chronic Care Program Enrollment (M) | 1.019 | 1.122 | 1.142 | 1.136 | 1.158 | 1.4% | 3.2% | 13.6% |
| **BetterHelp** | | | | | | | | |
| Revenue | 277.0 | 285.8 | 283.5 | 287.1 | 276.2 | -2.6% | -3.4% | -0.3% |
| Adj. EBITDA | 52.8 | 26.0 | 64.5 | 64.2 | 58.5 | -9.3% | 125.3% | 10.6% |
| Adj. EBITDA Margin | 19.1% | 9.1% | 22.7% | 22.4% | 21.2% | (118) bps | 1209 bps | 210 bps |
| BetterHelp Paying Users (k) | 450 | 459 | 463 | 460 | 425 | -8.2% | -7.4% | -5.6% |

Source: FactSet, Bloomberg, Company Reports, TD Cowen

**2024 Guidance**
Rev $2.635B-$2.735B (+1%-5% y/y) vs. cons $2.77B.

Adj EBITDA $350M-$390M (-1% to +10% y/y) vs. cons $368M.

FCF $210M-$240M vs. cons $218M.

Integrated Care rev growth of low- to mid-single-digit, which implies guidance in the range of $1.48B- $1.56B (+1%-6% y/y) vs. cons $1.57B. Integrated Care adj EBITDA margin expansion of +150bps to +250bps, implying adj EBITDA margin of 14.6% to 15.6% and adj EBITDA guidance in the range of $216M-$243M vs. cons $210M. TDOC noted that in January it experienced a delay in launching B2B consumer engagement marketing efforts for Integrated Care, due to a technical issue related to implementations, which has now been resolved. This pushed out the enrollment curve, primarily for chronic care programs, which resulted in a one-time impact to 2024 of $20M, which represents 140bps of y/y Integrated Care segment rev growth and is contemplated in guidance.

BetterHelp rev growth of flat to low-single-digit, which implies guidance in the range of $1.13B-$1.17B (flat to +3% y/y) vs. cons $1.2B. BetterHelp adj EBITDA margin expansion of (-50bps) to (+50bps), implying adj EBITDA margin of 11.5% to 12.5% and adj EBITDA guidance in the range of $130M-$146M vs. cons $159M.

**1Q24 Guidance**
Revs of $630M-$645M (flat to +2.5% y/y) vs. cons $673M.

Adj EBITDA of $52M-$62M (-2% to +18% y/y) vs. cons $67M.

Integrated Care rev growth of +5%-7% y/y, which implies guidance in the range of $367M-$374M vs. cons $382M. Integrated Care adj EBITDA margin of 10.5%-12.0%, which implies adj EBITDA guidance in the range of $38.5M-$45.0M vs. cons $43M.

BetterHelp rev decline of (6%)-(3%) y/y, which implies guidance in the range of $263M-$271M vs. cons $290M. BetterHelp adj EBITDA margin of 5.5%-6.5%, which implies adj EBITDA guidance in the range of $14.5M-$17.5M vs. cons $24M.

**Three Year Outlook**
Consolidated rev growth of low- to mid-single digit vs. cons mid-single digit.

Integrated Care rev growth of mid-single digit vs. cons mid-single digit.

BetterHelp rev growth of low-single digit vs. cons mid- to high single digit.

Adj EBITDA margin expansion of 50-100bps per year, with a 2025 adj EBITDA target of $425M vs. cons 2025 adj EBITDA est of $407M.

Teladoc Health
February 20, 2024

**Figure 1 – TDOC – Annual Income Statement, 2023-2028E**

($ in thousands, except per share data)

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2023** | **2024E** | **2025E** | **2026E** | **2027E** | **2028E** |
| U.S. Subscription Access Fee Revenue | 1,967,365 | 2,297,232 | 2,689,143 | 3,126,502 | 3,605,229 | 4,118,512 |
| International Subscription Access Fee Revenue | 328,202 | 382,855 | 445,588 | 515,052 | 597,350 | 686,952 |
| **Subscription Access Fee Revenue** | **2,295,567** | **2,680,087** | **3,134,731** | **3,641,554** | **4,202,578** | **4,805,464** |
| U.S. Visit Fee Revenue | 250,657 | 269,441 | 293,925 | 321,205 | 346,243 | 366,398 |
| International Visit Fee Revenue | 13,260 | 15,496 | 18,082 | 21,070 | 24,517 | 28,486 |
| **Visit Fee Revenue** | **263,917** | **284,937** | **312,008** | **342,275** | **370,760** | **394,884** |
| Other Revenue | 63,168 | 65,733 | 68,402 | 71,179 | 74,069 | 77,077 |
| | | | | | | |
| Integrated Care Revenue | 718,732 | 725,022 | 746,091 | 782,257 | 823,604 | 871,287 |
| Chronic Care Revenue (est.) | 750,062 | 798,565 | 856,380 | 914,735 | 972,964 | 1,034,115 |
| **Integrated Care Revenue** | **1,468,794** | **1,523,587** | **1,602,471** | **1,696,991** | **1,796,568** | **1,905,402** |
| Therapy Services Revenue | 1,116,692 | 1,120,178 | 1,146,179 | 1,163,822 | 1,180,924 | 1,192,584 |
| Other Wellness Services | 16,928 | 20,370 | 20,981 | 21,610 | 22,043 | 22,263 |
| **BetterHelp Revenue** | **1,133,620** | **1,140,548** | **1,167,160** | **1,185,432** | **1,202,967** | **1,214,847** |
| **Total Revenue** | **2,602,414** | **2,664,135** | **2,769,631** | **2,882,424** | **2,999,535** | **3,120,249** |
| Cost of revenue | 754,553 | 799,329 | 813,741 | 836,178 | 860,693 | 888,159 |
| **Adj. Gross profit** | **1,847,861** | **1,864,806** | **1,955,890** | **2,046,246** | **2,138,842** | **2,232,090** |
| *Gross margin* | *71.0%* | *70.0%* | *70.6%* | *71.0%* | *71.3%* | *71.5%* |
| *bps change y/y* | *165* | *(101)* | *62* | *37* | *32* | *23* |
| | | | | | | |
| Advertising and marketing | 673,554 | 659,041 | 730,495 | 763,135 | 798,550 | 829,633 |
| *% of revenue* | *26%* | *25%* | *26%* | *26%* | *27%* | *27%* |
| Sales | 178,332 | 194,166 | 202,244 | 214,934 | 223,717 | 233,032 |
| *% of revenue* | *7%* | *7%* | *7%* | *7%* | *7%* | *7%* |
| Technology and development | 290,185 | 286,617 | 264,367 | 264,860 | 277,642 | 292,527 |
| *% of revenue* | *11%* | *11%* | *10%* | *9%* | *9%* | *9%* |
| General and administrative | 377,671 | 368,307 | 361,786 | 367,213 | 372,721 | 378,312 |
| *% of revenue* | *15%* | *14%* | *13%* | *13%* | *12%* | *12%* |
| **Adj. EBITDA** | **328,119** | **356,674** | **396,998** | **436,105** | **466,211** | **498,587** |
| *EBITDA margin* | *12.6%* | *13.4%* | *14.3%* | *15.1%* | *15.5%* | *16.0%* |
| | | | | | | |
| Depreciation and amortization | 336,644 | 329,475 | 325,813 | 335,993 | 349,848 | 343,857 |
| **Operating income** | **(253,577)** | **(177,849)** | **(110,863)** | **(84,384)** | **(70,689)** | **(34,986)** |
| *Operating margin* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* |
| | | | | | | |
| Interest income (expense), net | 28,945 | 32,676 | 32,676 | 32,676 | 32,676 | 32,676 |
| **Pre-tax income** | **(224,632)** | **(145,173)** | **(78,187)** | **(51,708)** | **(38,013)** | **(2,310)** |
| | | | | | | |
| Income tax provision (benefit) | 760 | (4,521) | (1,497) | (104) | 742 | 3,615 |
| *Tax rate* | *-0.3%* | *3.1%* | *1.9%* | *0.2%* | *-2.0%* | *-156.5%* |
| **Net Income from continuing ops** | **(225,392)** | **(140,652)** | **(76,690)** | **(51,604)** | **(38,755)** | **(5,925)** |
| *Net income margin* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* |
| Non-recurring items | - | - | - | - | | |
| **Net Income** | **(225,392)** | **(140,652)** | **(76,690)** | **(51,604)** | **(38,755)** | **(5,925)** |
| | | | | | | |
| Diluted wtd-avg shares outstanding | 164,568 | 167,650 | 163,603 | 151,376 | 139,921 | 129,200 |
| | | | | | | |
| **EPS from continuing ops** | **($1.37)** | **($0.84)** | **($0.47)** | **($0.34)** | **($0.28)** | **($0.05)** |
| GAAP EPS | ($1.37) | ($0.84) | ($0.47) | ($0.34) | ($0.28) | ($0.05) |
| | | | | | | |
| *% change year-over-year:* | | | | | | |
| *Total revenue* | *8.1%* | *2.4%* | *4.0%* | *4.1%* | *4.1%* | *4.0%* |
| *Gross profit* | *10.7%* | *0.9%* | *4.9%* | *4.6%* | *4.5%* | *4.4%* |
| *Advertising and marketing* | *10.5%* | *-2.2%* | *10.8%* | *4.5%* | *4.6%* | *3.9%* |
| *Sales* | *-3.1%* | *8.9%* | *4.2%* | *6.3%* | *4.1%* | *4.2%* |
| *Technology and development* | *6.3%* | *-1.2%* | *-7.8%* | *0.2%* | *4.8%* | *5.4%* |
| *General and administrative* | *6.0%* | *-2.5%* | *-1.8%* | *1.5%* | *1.5%* | *1.5%* |
| *EBITDA* | *33.1%* | *8.7%* | *11.3%* | *9.9%* | *6.9%* | *6.9%* |
| *Operating income* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* |
| *Pretax income* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* |
| *Net income* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* |
| *EPS* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* |

Source: Company reports, TD Cowen

**TD COWEN**
EQUITY RESEARCH

Teladoc Health
February 20, 2024

### Figure 2 – TDOC – Quarterly Income Statement, 2023-2027E

($ in thousands, except per share data)

| | 1Q23 Mar-23 | 2Q23 Jun-23 | 3Q23 Sep-23 | 4Q23 Dec-23 | 1Q24E Mar-24 | 2Q24E Jun-24 | 3Q24E Sep-24 | 4Q24E Dec-24 | 1Q25E Mar-25 | 2Q25E Jun-25 | 3Q25E Sep-25 | 4Q25E Dec-25 | 1Q26E Mar-26 | 2Q26E Jun-26 | 3Q26E Sep-26 | 4Q26E Dec-26 | 1Q27E Mar-27 | 2Q27E Jun-27 | 3Q27E Sep-27 | 4Q27E Dec-27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Integrated Care Revenue | 175,559 | 177,092 | 182,147 | 183,933 | 178,722 | 180,288 | 182,094 | 183,918 | 183,227 | 185,291 | 187,611 | 189,961 | 190,674 | 193,776 | 197,174 | 200,632 | 200,752 | 204,018 | 207,596 | 211,237 |
| Chronic Care Revenue (est.) | 174,413 | 182,958 | 192,269 | 200,423 | 190,863 | 197,615 | 202,595 | 207,493 | 204,991 | 212,034 | 217,162 | 222,193 | 219,292 | 226,602 | 231,852 | 236,989 | 234,121 | 240,497 | 245,825 | 252,521 |
| **Integrated Care Revenue** | **349,972** | **360,050** | **374,416** | **384,356** | **369,585** | **377,902** | **384,689** | **391,412** | **388,218** | **397,325** | **404,774** | **412,154** | **409,966** | **420,378** | **429,027** | **437,621** | **434,874** | **444,515** | **453,421** | **463,758** |
| Therapy Services Revenue | 275,928 | 288,288 | 281,204 | 271,272 | 262,538 | 277,185 | 290,201 | 290,254 | 272,687 | 285,105 | 294,167 | 294,220 | 276,413 | 287,585 | 295,271 | 304,553 | 283,316 | 291,862 | 298,186 | 307,560 |
| Other Wellness Services | 3,344 | 4,068 | 4,618 | 4,898 | 5,016 | 5,085 | 5,126 | 5,143 | 5,166 | 5,238 | 5,280 | 5,297 | 5,321 | 5,395 | 5,438 | 5,456 | 5,428 | 5,503 | 5,547 | 5,565 |
| **BetterHelp Revenue** | **279,272** | **292,356** | **285,822** | **276,170** | **267,554** | **282,270** | **295,327** | **295,397** | **277,853** | **290,343** | **299,447** | **299,517** | **281,735** | **292,979** | **300,709** | **310,009** | **288,743** | **297,364** | **303,733** | **313,126** |
| **Total Revenue** | **629,244** | **652,406** | **660,238** | **660,526** | **637,139** | **660,172** | **680,016** | **686,808** | **666,072** | **687,667** | **704,220** | **711,672** | **691,700** | **713,357** | **729,736** | **747,630** | **723,617** | **741,879** | **757,155** | **776,884** |
| Cost of revenue | 188,754 | 189,297 | 184,496 | 192,006 | 202,845 | 202,126 | 196,694 | 197,664 | 202,472 | 207,857 | 200,528 | 202,883 | 208,146 | 214,106 | 204,427 | 209,499 | 216,016 | 220,154 | 208,845 | 215,679 |
| **Adj. Gross profit** | **440,490** | **463,109** | **475,742** | **468,520** | **434,293** | **458,046** | **483,322** | **489,145** | **463,600** | **479,810** | **503,692** | **508,789** | **483,555** | **499,251** | **525,309** | **538,131** | **507,602** | **521,725** | **548,310** | **561,205** |
| *Adj. Gross margin* | *70.0%* | *71.0%* | *72.1%* | *70.9%* | *68.2%* | *69.4%* | *71.1%* | *71.2%* | *69.6%* | *69.8%* | *71.5%* | *71.5%* | *69.9%* | *70.0%* | *72.0%* | *72.0%* | *70.1%* | *70.3%* | *72.4%* | *72.2%* |
| *bps change y/y* | *270* | *143* | *231* | *32* | *(184)* | *(160)* | *(98)* | *29* | *144* | *39* | *45* | *27* | *31* | *21* | *46* | *49* | *24* | *34* | *43* | *26* |
| Advertising and marketing | 173,664 | 174,754 | 181,753 | 143,383 | 165,002 | 166,981 | 179,380 | 147,678 | 188,535 | 184,535 | 195,486 | 161,939 | 199,964 | 191,545 | 199,956 | 171,669 | 210,250 | 200,358 | 208,390 | 179,551 |
| *% of revenue* | *27.6%* | *26.8%* | *27.5%* | *21.7%* | *25.9%* | *25.3%* | *26.4%* | *21.5%* | *28.3%* | *26.8%* | *27.8%* | *22.8%* | *28.9%* | *26.9%* | *27.4%* | *23.0%* | *29.1%* | *27.0%* | *27.5%* | *23.1%* |
| Sales | 46,415 | 43,660 | 43,199 | 45,058 | 46,410 | 47,802 | 48,997 | 50,957 | 50,447 | 49,943 | 49,443 | 52,410 | 52,934 | 53,464 | 53,996 | 54,538 | 55,084 | 55,634 | 56,191 | 56,809 |
| *% of revenue* | *7.4%* | *6.7%* | *6.5%* | *6.8%* | *7.3%* | *7.2%* | *7.2%* | *7.4%* | *7.6%* | *7.3%* | *7.0%* | *7.4%* | *7.7%* | *7.5%* | *7.4%* | *7.3%* | *7.6%* | *7.5%* | *7.4%* | *7.3%* |
| Technology and development | 74,256 | 71,620 | 69,723 | 74,586 | 73,840 | 72,363 | 70,916 | 69,498 | 68,108 | 66,746 | 65,411 | 64,103 | 64,744 | 65,715 | 66,700 | 67,701 | 68,378 | 69,062 | 69,752 | 70,450 |
| *% of revenue* | *11.8%* | *11.0%* | *10.6%* | *11.3%* | *11.6%* | *11.0%* | *10.4%* | *10.1%* | *10.2%* | *9.7%* | *9.3%* | *9.0%* | *9.4%* | *9.2%* | *9.1%* | *9.1%* | *9.4%* | *9.3%* | *9.2%* | *9.1%* |
| General and administrative | 93,390 | 100,920 | 92,310 | 91,051 | 92,456 | 98,902 | 89,541 | 87,409 | 89,682 | 96,924 | 88,645 | 86,535 | 91,028 | 98,377 | 89,975 | 87,833 | 92,393 | 99,853 | 91,325 | 89,150 |
| *% of revenue* | *14.8%* | *15.5%* | *14.0%* | *13.8%* | *14.5%* | *15.0%* | *13.2%* | *12.7%* | *13.5%* | *14.1%* | *12.6%* | *12.2%* | *13.2%* | *13.8%* | *12.3%* | *11.7%* | *12.8%* | *13.5%* | *12.1%* | *11.5%* |
| **Adjusted EBITDA** | **52,765** | **72,155** | **88,757** | **114,442** | **56,585** | **71,998** | **94,488** | **133,603** | **66,827** | **81,663** | **104,706** | **143,802** | **74,885** | **90,150** | **114,680** | **156,390** | **81,497** | **96,818** | **122,652** | **165,245** |
| *Adj. EBITDA margin* | *8.4%* | *11.1%* | *13.4%* | *17.3%* | *8.9%* | *10.9%* | *13.9%* | *19.5%* | *10.0%* | *11.9%* | *14.9%* | *20.2%* | *10.8%* | *12.6%* | *15.7%* | *20.9%* | *11.3%* | *13.1%* | *16.2%* | *21.3%* |
| Stock-based compensation | 46,038 | 55,725 | 52,945 | 46,842 | 45,900 | 45,180 | 44,820 | 44,100 | 42,075 | 41,415 | 41,085 | 40,425 | 41,234 | 41,907 | 42,243 | 42,917 | 42,058 | 42,745 | 43,088 | 43,775 |
| Transaction costs | 5,944 | 5,080 | 5,824 | 4,262 | 4,262 | 4,262 | 4,262 | 4,262 | 4,262 | 4,262 | 4,262 | 4,262 | 4,049 | 4,049 | 4,049 | 4,049 | 3,846 | 3,846 | 3,846 | 3,846 |
| Restructuring Costs | 8,102 | 7,530 | 411 | 899 | 2,000 | 2,000 | 2,000 | 2,000 | - | - | - | - | - | - | - | - | - | - | - | - |
| Lease abandonment costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | 69,783 | 75,465 | 94,302 | 97,521 | 81,545 | 81,957 | 82,781 | 83,192 | 80,639 | 81,046 | 81,861 | 82,268 | 83,158 | 83,578 | 84,418 | 84,838 | 86,587 | 87,025 | 87,899 | 88,337 |
| **Operating income** | **(77,102)** | **(71,645)** | **(64,725)** | **(35,082)** | **(77,122)** | **(61,401)** | **(39,374)** | **49** | **(60,149)** | **(45,060)** | **(22,501)** | **16,847** | **(53,555)** | **(39,384)** | **(16,031)** | **24,586** | **(50,995)** | **(36,798)** | **(12,182)** | **29,287** |
| *Operating margin* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *0.0%* | *NM* | *NM* | *NM* | *2.4%* | *NM* | *NM* | *NM* | *3.3%* | *NM* | *NM* | *NM* | *3.8%* |
| Interest income (expense), net | 8,555 | 5,516 | 5,168 | 9,706 | 8,169 | 8,169 | 8,169 | 8,169 | 8,169 | 8,169 | 8,169 | 8,169 | 8,169 | 8,169 | 8,169 | 8,169 | 8,169 | 8,169 | 8,169 | 8,169 |
| **Pre-tax income** | **(68,547)** | **(66,129)** | **(59,557)** | **(25,376)** | **(68,953)** | **(53,232)** | **(31,205)** | **8,218** | **(51,980)** | **(36,891)** | **(14,332)** | **25,016** | **(45,386)** | **(31,215)** | **(7,862)** | **32,755** | **(42,826)** | **(28,629)** | **(4,013)** | **37,456** |
| Income tax provision (benefit) | 681 | (952) | (2,484) | 3,515 | (1,500) | (1,500) | (1,500) | (21) | (1,500) | (1,500) | (1,500) | 3,003 | (1,500) | (1,500) | (1,500) | 4,396 | (1,500) | (1,500) | (1,500) | 5,242 |
| Tax rate | -1.0% | 1.4% | 4.2% | -13.9% | 2.2% | 2.8% | 4.8% | -0.3% | 2.9% | 4.1% | 10.5% | 12.0% | 3.3% | 4.8% | 19.1% | 13.4% | 3.5% | 5.2% | 37.4% | 14.0% |
| **Net Income from continuing ops** | **(69,228)** | **(65,177)** | **(57,073)** | **(28,891)** | **(67,453)** | **(51,732)** | **(29,705)** | **8,238** | **(50,480)** | **(35,391)** | **(12,832)** | **22,013** | **(43,886)** | **(29,715)** | **(6,362)** | **28,359** | **(41,326)** | **(27,129)** | **(2,513)** | **32,214** |
| *Net income margin* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *1.2%* | *NM* | *NM* | *NM* | *3.1%* | *NM* | *NM* | *NM* | *3.8%* | *NM* | *NM* | *NM* | *4.1%* |
| Non-recurring items | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income** | **(69,228)** | **(65,177)** | **(57,073)** | **(28,891)** | **(67,453)** | **(51,732)** | **(29,705)** | **8,238** | **(50,480)** | **(35,391)** | **(12,832)** | **22,013** | **(43,886)** | **(29,715)** | **(6,362)** | **28,359** | **(41,326)** | **(27,129)** | **(2,513)** | **32,214** |
| Basic wtd-avg shares outstanding | 162,923 | 164,171 | 165,119 | 166,059 | 166,600 | 167,100 | 168,000 | 168,900 | 168,400 | 165,135 | 161,970 | 158,905 | 155,874 | 152,811 | 149,845 | 146,974 | 144,134 | 141,264 | 138,487 | 135,799 |
| **EPS from continuing ops** | $ (0.42) | $ (0.40) | $ (0.35) | $ (0.17) | $ (0.40) | $ (0.31) | $ (0.18) | $ 0.05 | $ (0.30) | $ (0.21) | $ (0.08) | $ 0.14 | $ (0.28) | $ (0.19) | $ (0.04) | $ 0.19 | $ (0.29) | $ (0.19) | $ (0.02) | $ 0.24 |
| **GAAP EPS** | $ (0.42) | $ (0.40) | $ (0.35) | $ (0.17) | $ (0.40) | $ (0.31) | $ (0.18) | $ 0.05 | $ (0.30) | $ (0.21) | $ (0.08) | $ 0.14 | $ (0.28) | $ (0.19) | $ (0.04) | $ 0.19 | $ (0.29) | $ (0.19) | $ (0.02) | $ 0.24 |
| *% change year-over-year:* | | | | | | | | | | | | | | | | | | | | |
| *Total revenue* | *11.3%* | *10.1%* | *8.0%* | *3.6%* | *1.3%* | *1.2%* | *3.0%* | *4.0%* | *4.5%* | *4.2%* | *3.6%* | *3.6%* | *3.8%* | *3.7%* | *3.6%* | *5.1%* | *4.6%* | *4.0%* | *3.8%* | *3.9%* |
| *Adj. Gross profit* | *15.8%* | *12.4%* | *11.6%* | *4.0%* | *-1.4%* | *-1.1%* | *1.6%* | *4.4%* | *6.7%* | *4.8%* | *4.2%* | *4.0%* | *4.3%* | *4.1%* | *4.3%* | *5.8%* | *5.0%* | *4.5%* | *4.4%* | *4.3%* |
| *Advertising and marketing* | *33.7%* | *8.3%* | *3.7%* | *0.4%* | *-5.0%* | *-4.4%* | *-1.3%* | *3.0%* | *14.3%* | *10.5%* | *9.0%* | *9.7%* | *6.1%* | *3.8%* | *2.3%* | *6.0%* | *5.1%* | *4.6%* | *4.2%* | *4.6%* |
| *Sales* | *0.3%* | *-7.5%* | *-0.9%* | *-4.0%* | *0.0%* | *9.5%* | *13.4%* | *13.1%* | *8.7%* | *4.5%* | *0.9%* | *2.9%* | *4.9%* | *7.0%* | *9.2%* | *4.1%* | *4.1%* | *4.1%* | *4.1%* | *4.2%* |
| *Technology and development* | *7.1%* | *10.1%* | *-0.6%* | *8.9%* | *-0.6%* | *1.0%* | *1.7%* | *-6.8%* | *-7.8%* | *-7.8%* | *-7.8%* | *-7.8%* | *-4.9%* | *-1.5%* | *2.0%* | *5.6%* | *5.6%* | *5.1%* | *4.6%* | *4.1%* |
| *General and administrative* | *15.9%* | *6.1%* | *7.1%* | *-7.0%* | *-1.0%* | *-2.0%* | *-3.0%* | *-4.0%* | *-3.0%* | *-2.0%* | *-1.0%* | *-1.0%* | *1.5%* | *1.5%* | *1.5%* | *1.5%* | *1.5%* | *1.5%* | *1.5%* | *1.5%* |
| *Adj. EBITDA* | *-3.2%* | *54.5%* | *73.3%* | *21.6%* | *7.2%* | *-0.2%* | *6.5%* | *16.7%* | *18.1%* | *13.4%* | *10.8%* | *7.6%* | *12.1%* | *10.4%* | *9.5%* | *8.8%* | *8.8%* | *7.4%* | *7.0%* | *5.7%* |
| *Operating income* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *34579.3%* | *NM* | *NM* | *NM* | *45.9%* | *NM* | *NM* | *NM* | *19.1%* |
| *Pretax income* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *204.4%* | *NM* | *NM* | *NM* | *30.9%* | *NM* | *NM* | *NM* | *14.4%* |
| *Net income* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *167.2%* | *NM* | *NM* | *NM* | *28.8%* | *NM* | *NM* | *NM* | *13.6%* |
| *EPS* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *184.0%* | *NM* | *NM* | *NM* | *39.3%* | *NM* | *NM* | *NM* | *22.9%* |

Source: Company reports, TD Cowen

Teladoc Health
February 20, 2024

**Figure 3 – TDOC – Balance Sheet, 2022-2028E**

($ in thousands)

| | | | As of December 31, | | | | |
|---|---|---|---|---|---|---|---|
| | 2022 | 2023 | 2024E | 2025E | 2026E | 2027E | 2028E |
| **Current assets:** | | | | | | | |
| Cash and cash equivalents | 918,182 | 1,123,675 | 1,348,847 | 1,406,738 | 1,570,059 | 1,564,775 | 1,565,300 |
| Short-term investments | - | - | - | - | - | - | - |
| Accounts receivable, net | 210,554 | 217,423 | 223,787 | 229,879 | 236,359 | 242,962 | 249,620 |
| Due from officer | - | - | - | - | - | - | - |
| Prepaid expenses and other current assets | 130,310 | 118,437 | 122,550 | 124,633 | 126,827 | 128,980 | 131,050 |
| Inventory | 56,342 | 29,513 | 34,634 | 36,005 | 37,472 | 38,994 | 40,563 |
| Deferred taxes | - | - | - | - | - | - | - |
| **Total current assets** | 1,315,388 | 1,489,048 | 1,729,818 | 1,797,256 | 1,970,716 | 1,975,711 | 1,986,534 |
| | | | | | | | |
| Property and equipment, net | 29,641 | 32,032 | 19,197 | 17,311 | 16,054 | 15,345 | 13,408 |
| Goodwill | 1,073,190 | 1,073,190 | 1,073,190 | 1,073,190 | 1,073,190 | 1,073,190 | 1,073,190 |
| Intangible assets, net | 1,836,765 | 1,677,781 | 1,483,133 | 1,297,069 | 1,101,854 | 893,919 | 694,913 |
| Operating lease - right-of-use assets | 41,831 | 40,060 | 41,010 | 42,634 | 44,370 | 46,173 | 48,031 |
| Other assets | 48,540 | 80,258 | 82,161 | 85,415 | 88,893 | 92,505 | 96,228 |
| **Total assets** | 4,345,355 | 4,392,369 | 4,428,510 | 4,312,875 | 4,295,078 | 4,096,844 | 3,912,304 |
| | | | | | | | |
| **Current liabilities:** | | | | | | | |
| Accounts payable | 47,690 | 43,637 | 42,626 | 44,314 | 46,119 | 47,993 | 49,924 |
| Accrued expenses and other current liabilities | 168,693 | 178,634 | 179,829 | 185,565 | 191,681 | 197,969 | 204,376 |
| Accrued compensation | 81,554 | 102,686 | 98,573 | 102,476 | 106,650 | 110,983 | 115,449 |
| Current long-term bank and other debt | - | - | - | - | - | - | - |
| Other current liabilities | 101,832 | 95,659 | 97,928 | 101,806 | 105,952 | 110,256 | 114,693 |
| **Total current liabilities** | 399,769 | 420,616 | 418,956 | 434,161 | 450,401 | 467,201 | 484,443 |
| | | | | | | | |
| Long-term bank and other debt | 1,535,288 | 1,538,688 | 1,538,688 | 1,538,688 | 1,538,688 | 1,538,688 | 1,538,688 |
| Operating lease liabilities, net of current portion | 38,042 | 42,837 | 43,853 | 45,589 | 47,446 | 49,374 | 51,361 |
| Other liabilities | 1,618 | 1,080 | 1,106 | 1,149 | 1,196 | 1,245 | 1,295 |
| Deferred taxes | 62,893 | 63,075 | 64,571 | 67,128 | 69,862 | 72,700 | 75,626 |
| Total liabilities | 2,037,610 | 2,066,296 | 2,067,174 | 2,086,716 | 2,107,593 | 2,129,208 | 2,151,413 |
| | | | | | | | |
| **Stockholders' equity:** | | | | | | | |
| Common Stock | 163 | 167 | 167 | 167 | 167 | 167 | 167 |
| Additional paid-in capital | 17,358,645 | 17,591,551 | 17,767,467 | 17,708,979 | 17,721,908 | 17,540,815 | 17,339,995 |
| Accumulated deficit | (15,008,287) | (15,228,655) | (15,369,307) | (15,445,997) | (15,497,600) | (15,536,355) | (15,542,280) |
| Accumulated other comprehensive income | (42,776) | (36,990) | (36,990) | (36,990) | (36,990) | (36,990) | (36,990) |
| **Total stockholders' equity (deficit)** | 2,307,745 | 2,326,073 | 2,361,337 | 2,226,159 | 2,187,485 | 1,967,637 | 1,760,892 |
| | | | | | | | |
| **Total liabilities and stockholders' equity (de** | 4,345,355 | 4,392,369 | 4,428,510 | 4,312,875 | 4,295,078 | 4,096,844 | 3,912,304 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Short-term liquidity ratios:** | | | | | | | |
| Current ratio | 3.3x | 3.5x | 4.1x | 4.1x | 4.4x | 4.2x | 4.1x |
| Receivables turnover | 12.7x | 12.2x | 12.1x | 12.2x | 12.4x | 12.5x | 12.7x |
| Days' sales in receivables | 31 | 30 | 30 | 30 | 30 | 29 | 29 |
| Days' purchases in accts. payable | 7 | 6 | 6 | 6 | 6 | 6 | 6 |
| | | | | | | | |
| **Capital structure and long-term solvency ratios:** | | | | | | | |
| Total debt / total capital | 39.9% | 39.8% | 39.5% | 40.9% | 41.3% | 43.9% | 46.6% |
| EBITDA / interest coverage | 24.3x | -11.3x | -10.9x | -12.1x | -13.3x | -14.3x | -15.3x |
| Debt / EBITDA | 6.2x | 4.7x | 4.3x | 3.9x | 3.5x | 3.3x | 3.1x |
| | | | | | | | |
| **Return-on-investment ratios:** | | | | | | | |
| Return on Invested Capital (ROIC) | NM | NM | NM | NM | NM | NM | NM |
| Return on average total assets (ROA) | -2.3% | -4.5% | -2.4% | -1.0% | -0.4% | -0.1% | 1.7% |
| Return on average stockholders' equity (ROE) | -4.7% | -10.8% | -9.6% | -6.1% | -3.5% | -2.5% | -2.1% |

Source: Company reports, TD Cowen

Teladoc Health
February 20, 2024

**Figure 4 – TDOC – Free Cash Flow Analysis, 2023-2028E**

($ in thousands)

| | 2023 | 2024E | 2025E | 2026E | 2027E | 2028E |
|---|---|---|---|---|---|---|
| | | Year Ended December 31, | | | | |
| Net income/(loss) from operations | (220,368) | (140,652) | (76,690) | (51,604) | (38,755) | (5,925) |
| | | | | | | |
| Cash flow from operating activities: | | | | | | |
| Depreciation and amortization | 351,323 | 329,475 | 325,813 | 335,993 | 349,848 | 343,857 |
| Allowance for doubtful debts | 4,686 | 5,155 | 5,670 | 6,237 | 6,861 | 7,547 |
| Stock-based compensation | 201,550 | 180,000 | 165,000 | 168,300 | 171,666 | 175,099 |
| Deferred income taxes | (1,903) | 1,496 | 2,557 | 2,734 | 2,838 | 2,926 |
| Accretion of interest | 3,400 | - | - | - | - | - |
| Other | (310) | - | - | - | - | - |
| Changes in operating assets and liabilities: | | | | | | |
| Accounts receivable | (10,252) | (6,364) | (6,092) | (6,479) | (6,604) | (6,658) |
| Due from officer | - | - | - | - | - | - |
| Prepaid expenses and other current assets | 12,461 | (4,113) | (2,083) | (2,193) | (2,153) | (2,070) |
| Other assets | (23,052) | (7,024) | (4,625) | (4,945) | (5,134) | (5,292) |
| Accounts payable | (4,185) | (1,011) | 1,688 | 1,805 | 1,874 | 1,931 |
| Accrued expenses and other current liabilities | 9,069 | 1,195 | 5,736 | 6,116 | 6,288 | 6,407 |
| Accrued compensation | 19,180 | (4,113) | 3,903 | 4,173 | 4,333 | 4,466 |
| Operating lease liabilities | (10,224) | 1,016 | 1,737 | 1,857 | 1,928 | 1,987 |
| Other liabilities | (5,449) | 2,294 | 3,922 | 4,193 | 4,353 | 4,487 |
| **Net cash from operating activities** | **$ 325,926** | **$ 357,354** | **$ 426,536** | **$ 466,186** | **$ 497,343** | **$ 528,763** |
| | | | | | | |
| Acquisition/sale of businesses | - | - | - | - | - | - |
| Property acquisitions, net | (11,464) | (13,580) | (13,987) | (14,407) | (14,839) | (15,284) |
| Purchase of internal software | (144,884) | (130,396) | (123,876) | (125,115) | (126,366) | (127,629) |
| Issuance of common stock | - | - | - | - | - | - |
| Purchase of treasury stock | - | - | (325,000) | (341,250) | (358,313) | (376,228) |
| Proceeds/(repayment) of debt, net | - | - | - | - | - | - |
| Other | 35,915 | (118,602) | (29,658) | 52,792 | (129,476) | (136,726) |
| | | | | | | |
| Net increase/(decrease) in cash | 205,493 | 225,172 | 57,891 | 163,321 | (5,284) | 525 |
| Cash and cash equivalents at beginning of period | 918,182 | 1,123,675 | 1,348,847 | 1,406,738 | 1,570,059 | 1,564,775 |
| Cash and cash equivalents at end of period | $1,123,675 | $1,348,847 | $1,406,738 | $1,570,059 | $1,564,775 | $1,565,300 |

| TD COWEN SUMMARY: | | | | | | |
|---|---|---|---|---|---|---|
| Cash Flow from Operations (a) | $ 325,926 | $ 357,354 | $ 426,536 | $ 466,186 | $ 497,343 | $ 528,763 |
| Capital Spending | (156,348) | (143,975) | (137,863) | (139,521) | (141,204) | (142,913) |
| **Owners' Cash Flow** | **$ 169,578** | **$ 213,378** | **$ 288,673** | **$ 326,665** | **$ 356,139** | **$ 385,850** |
| | | | | | | |
| Financing | - | - | - | - | - | - |
| Non-Recurring Items | - | - | - | - | - | - |
| | | | | | | |
| (a) Excludes non-recurring items | | | | | | |

Source: Company reports, TD Cowen

Teladoc Health
February 20, 2024

**Figure 5 – TDOC – Historical Cash Flow Statement, 2019-2023**

($ in thousands)

|  | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| **Operating Activities** | | | | | |
| Net loss | $ (98,864) | $ (485,136) | $(428,793) | $(13,659,531) | $ (220,368) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | | | |
| Depreciation and amortization | 44,952 | 78,087 | 219,621 | 270,643 | 351,323 |
| Allowance for doubtful debts | 2,665 | 5,284 | 16,941 | 15,398 | 4,686 |
| Stock-based compensation | 66,702 | 475,531 | 302,586 | 217,852 | 201,550 |
| Deferred income taxes | (10,868) | (90,158) | 41,800 | (7,840) | (1,903) |
| Accretion of interest | 25,438 | 45,296 | 61,253 | 3,345 | 3,400 |
| Impairment on long-lived assets | - | | - | 13,402,812 | - |
| Other | - | 8,068 | 30,906 | 7,584 | (310) |
| Changes in operating assets and liabilities: | | | | | |
| Accounts receivable | (15,884) | (21,091) | (17,510) | (61,641) | (10,252) |
| Due from officer | - | - | - | - | - |
| Prepaid expenses and other current assets | (2,685) | (12,565) | (31,090) | (41,081) | 12,461 |
| Inventory | - | (24,732) | (19,494) | 14,800 | 24,095 |
| Other assets | (105) | (8,135) | (3,547) | (27,767) | (23,052) |
| Accounts payable | 905 | (87,995) | 1,188 | 1,876 | (4,185) |
| Accrued expenses and other current liabilities | 14,841 | 20,125 | 18,175 | 61,217 | 9,069 |
| Accrued compensation | 4,546 | 34,819 | (4,675) | (12,290) | 19,180 |
| Operating lease liabilities | (2,417) | (6,300) | (16,532) | (11,525) | (10,224) |
| Other liabilities | 643 | 15,391 | 23,161 | 15,440 | (5,449) |
| **Net cash provided by operating activities** | $ 29,869 | $ (53,511) | $ 193,990 | $ 189,292 | $ 350,021 |
|  | | | | | |
| **Investing Activities** | | | | | |
| Purchase of property and equipment | (3,510) | (4,024) | (8,534) | (16,480) | (11,464) |
| Purchase of internal software | (7,390) | (22,018) | (55,400) | (156,284) | (144,884) |
| Purchase of marketable securities | - | - | - | - | - |
| Proceeds from the liquidation/maturity of marketable securities | 52,100 | 2,496 | 50,000 | 2,507 | - |
| Investment in securities | (5,000) | - | 10,901 | - | - |
| Acquisition of business, net of cash acquired | (11,187) | (567,429) | (78,663) | - | - |
| Other, net | - | - | 8,715 | 2,514 | 1 |
| **Net cash used by investing activities** | $ 25,013 | $ (590,975) | $ (72,981) | $ (167,743) | $ (156,347) |
|  | | | | | |
| **Financing Activities** | | | | | |
| Proceeds from the exercise of stock options and warrants | 33,283 | 54,314 | 25,781 | 5,884 | 1,481 |
| Proceeds from debt issuance, net | - | 975,930 | - | - | - |
| Proceeds from issuance of convertible preferred stock | - | - | - | - | - |
| Proceeds from issuance of convertible notes | - | - | - | - | - |
| Proceeds from borrowing under bank and other debt | - | - | - | - | - |
| Repayment of bank and other debt | - | (228,153) | (139) | - | - |
| Proceeds from issuance of common stock under IPO | - | - | - | - | - |
| Proceeds from issuance of common stock | - | - | - | - | - |
| Repurchase of stock | - | - | - | - | - |
| Proceeds from issuance of common stock | 3,380 | 4,722 | 16,810 | 6,501 | 9,651 |
| Proceeds from the sale of capped called related to Livongo notes | - | 91,659 | - | - | - |
| Proceeds from advances from financing companies | - | 6,002 | 15,275 | 11,873 | - |
| Payment from customers against advances from financing companies | - | (8,635) | (16,050) | (15,020) | (278) |
| Payment of assumed indebtedness | - | (10,000) | - | - | - |
| Cash from withholding taxes on stock-based awards, net | (1,569) | (26,703) | (730) | (2,741) | - |
| **Net cash provided by financing activities** | $ 35,094 | $ 859,136 | $ 40,947 | $ 6,497 | $ 10,854 |
|  | | | | | |
| Foreign exchange difference | 388 | 4,321 | (1,800) | (3,344) | 965 |
|  | | | | | |
| **Net Increase (Decrease) In Cash and Equivalents** | 90,364 | 218,971 | 160,156 | 24,702 | 205,493 |
| **Cash and Equivalents at Beginning of Year** | 423,989 | 514,353 | 733,324 | 893,480 | 918,182 |
| **Cash and Equivalents at End of Year** | $ 514,353 | $ 733,324 | $ 893,480 | $ 918,182 | $1,123,675 |

Source: Company reports, TD Cowen

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

**Health Care IT:**

We use a five-year discounted cash flow analysis as our primary valuation method to derive our 12-month price target. We generally assume a 10% discount rate but may apply appropriate adjustments depending on company and/or industry specific factors. We also assume a terminal growth rate that is dependent on our long-term view of the specific sub-industries under coverage. We note our discount rate assumption could be viewed as conservative relative to the actual weighted average cost of capital, but we view our 10% assumption as reasonable over the long run. Lowering our discount rate assumption or increasing our terminal growth rate assumption would lead to a higher estimated value per share. As a secondary measure, we look at the forward P/E multiple and EV/Sales ratio implied by our DCF analysis and compare that to historical averages.

We make investment recommendations on certain early stage, pre-revenue companies based upon an assessment of their business model, technology, probability of market success, and the potential market opportunity, balanced by an assessment of applicable risks. Such companies may not be assigned a price target.

### Investment Risks

**Health Care IT:**

There are potential risks associated with the HCIT space: (1) a significant amount of spending on HCIT has been driven by government related programs (i.e., HITECH Act), and any slowdown or cuts in such programs could negatively impact spending on HCIT; (2) constrained hospital budgets could potentially lead to a decrease in HCIT-related investments; (3) customer losses as a result of facility consolidation in both the inpatient and outpatient markets could create challenges for a number of vendors; (4) greater price competition in the HCIT industry; and (5) the current focus on Meaningful Use incentives could delay purchasing decisions for non-EHR related solutions and services.

### Risks To The Price Target

Risks to the downside: (1) Greater than expected pricing pressure hurts margins; (2) Regulatory environment may prove challenging; (3) Consumer adoption may be slower than we expect.

Risks to the upside: (1) consumer adoption accelerates; (2) advertising costs for BetterHelp fall more quickly than expected; (3) employer adoption of Primary360 and Chronic Care mgmt accelerates faster than expected.

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|--------|-------------|
| EVH | Evolent Health |
| GDRX | GoodRx |
| RCM | R1 RCM |
| TDOC | Teladoc Health |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC makes a market in the stock of Teladoc Health, Evolent Health, GoodRx and R1 RCM securities.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

**TD Cowen Research Reports:** TD Cowen research reports are simultaneously available to all clients on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of TD Cowen research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://tdcowenlibrary.bluematrix.com/client/library.jsp.

**THIS RESEARCH REPORT WAS PRODUCED SOLELY BY COWEN AND COMPANY, LLC.**

**THIS RESEARCH REPORT WAS PREPARED IN ACCORDANCE WITH THE RULES UNDER THE FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA). THIS REPORT WAS NOT PREPARED IN ACCORDANCE WITH CANADIAN DISCLOSURE REQUIREMENTS RELATING TO RESEARCH REPORTS.**

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC and its affiliates, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://tdcowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**TD Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "TD Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "TD Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "TD Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice Related To Branding:** "TD Cowen" is a division of TD Securities and is the name under which Cowen and Company, LLC and certain entities that fall under the brand TD Securities conduct certain of its businesses.

"TD Securities" is a trademark of The Toronto-Dominion Bank and represents certain investment banking, capital markets and wholesale banking activities conducted through certain subsidiaries and branches of The Toronto-Dominion Bank. Cowen and Company, LLC is a wholly-owned, indirect subsidiary of The Toronto-Dominion Bank. TD Securities Inc. is regulated by the Investment Industry Regulatory Organization of Canada, a member of the Canadian Investor Protection Fund and a member of Canadian Marketplaces. This material is for general informational purposes only and is not investment advice nor does it constitute an offer, recommendation or solicitation to buy or sell a particular financial instrument.

**Notice to UK and European Union Investors:** This publication is produced and published by Cowen and Company, LLC which is regulated in the United States by Financial Industry Regulatory Authority. Cowen and Company's principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC, as well as its affiliates. Additionally, the persons who are not involved with the production of the recommendation but are reasonably expected to have access to the recommendation prior to its completion are subject to policies and procedures preventing them to trade related to expected recommendation. Research department related policies are designed to prevent, monitor, surveil and avoid appearance of conflicts of interest with respect to the persons or associated persons involved in the production of the recommendation. This research report is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent. The Toronto-Dominion Bank and TD Bank Europe Limited ("TDBEL") are regulated for investment business conducted in the UK by the UK Financial Conduct Authority. TD Global Finance unlimited company is regulated for investment business conducted in Ireland by the Central Bank of Ireland. Cowen Execution Services Limited is authorised and regulated in the UK by the Financial Conduct Authority.

This document it is intended only to be issued to persons who (i) are persons falling within Article 19(5) ("Investment professional") of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended, the "Financial Promotion Order"), (ii) are persons falling within Article 49(2)(a) to (d) ("High net worth companies, unincorporated associations, etc.") of the Financial Promotion Order, or (iii) are persons to whom an invitation or inducement to engage in investment activity (within the meaning of section 21 of the Financial Services and Markets Act 2000) in connection with the issue or sale of any securities may otherwise lawfully be communicated or caused to be communicated. Insofar as the document is issued in or to the European Union, it is intended only to be issued to persons categorized as 'Per Se Professional' or 'Eligible Counterparties' as defined in S.I. No 375 of 2017, European Union (Markets in Financial Instruments) Regulations 2017, Schedule 2. Clients in the United Kingdom wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TDBEL. European clients wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TD Global Finance unlimited company. Article 20 Market Abuse Regulation 596/2014 ("MAR") requires market participants who produce or disseminate Investment Recommendations or other information recommending or suggesting an investment strategy to take reasonable care that such information is objectively presented, and to disclose their interests or indicate conflicts of interest.

**Australia**

If you receive this document and you are domiciled in Australia, please note that it is intended to be issued for general information purposes only and distributed to a person who is a wholesale client, as defined in the Corporations Act 2001 and Corporations Regulations 2001, by Toronto Dominion (South East Asia) Limited ("TDSEA"). TDSEA does not hold itself out to be providing financial advice in these circumstances. TD Securities is a trademark and represents certain investment dealing and advisory activities of The Toronto-Dominion Bank and its subsidiaries, including TDSEA. The Toronto-Dominion Bank is not an authorized deposit-taking or financial services institution in Australia. TDSEA is a holder of an Australian Financial Services License (528885) and is regulated in Australia by the Australian Securities and Investments Commission.

**Canada**

No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon this research report, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. Cowen and Company, LLC operates as a dealer in Canada under an exemption from the dealer registration requirements contained in National Instrument 31-103 – Registration Requirements and Exemptions (NI 31-103) and, as such, Cowen and Company, LLC is not required to be and is not a registered dealer in Canada. Canadian clients wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TD Securities or TD Securities Inc. TD Securities Inc. is a member of the Canadian Investor Protection Fund.

**China, India, and South Korea**

Insofar as the document is received by any persons in the People's Republic of China ("PRC"), India and South Korea, it is intended only to be issued to persons who have the relevant qualifications to engage in the investment activity mentioned in this document. The recipient is responsible for obtaining all relevant government regulatory approvals/licenses themselves, and represents and warrants to The Toronto-Dominion Bank that the recipient's investments in those securities do not violate any law or regulation, including, but not limited to, any relevant foreign exchange regulations and/or overseas investment regulations. The Toronto-Dominion Bank has a representative office in Shanghai, Mumbai and Seoul which should be contacted for any general enquiry related to The Toronto-Dominion Bank or its business. However, neither any of the Toronto-Dominion Bank offshore branches/ subsidiaries nor its representative offices are permitted to conduct business within the borders of the PRC, India and South Korea. In locations in Asia where the Bank does not hold licenses to conduct business in financial services, it is not our intention to, and the information contained in this document should not be construed as, conducting any regulated financial activity, including dealing in, or the provision of advice in relation to, any regulated instrument or product. This publication is for general information only, without addressing any particular needs of any individual or entity, and should not be relied upon without obtaining specific advice in the context of specific circumstances.

**Hong Kong SAR (China)**

This document, which is intended to be issued in Hong Kong SAR (China) ("Hong Kong") only to Professional Investors within the meaning of the Securities and Futures Ordinance (the "SFO") and the Securities and Futures (Professional Investor) Rules made under the SFO, has been distributed through Toronto-Dominion Bank, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission.

**Japan**

For Japanese residents, please note that if you have received this document from The Toronto-Dominion Bank entities based outside Japan, it is being provided to qualified financial institutions ("QFI") only under a relevant exemption to the Financial Instruments and Exchange Act.

If you have received this document from TD Securities (Japan) Co., Ltd., it is being provided only to institutional investors. TD Securities (Japan) Co., Ltd. is regulated by the Financial Services Agency of Japan and is distributing this document in Japan as a Type 1 Financial Instruments Business Operator registered with the Kanto Local Finance Bureau under registration number, Kinsho 2992, and a member of Japan Securities Dealers Association.

**New Zealand**

The Toronto-Dominion Bank is not a "registered bank" in New Zealand under the Reserve Bank Act 1989.

**Singapore**

This report is distributed in Singapore by The Toronto-Dominion Bank, Singapore Branch, and recipients in Singapore of this report are to contact The Toronto-Dominion Bank, Singapore Branch in respect of any matters arising from, or in connection with, this report. The Toronto-Dominion Bank, Singapore Branch is regulated by the Monetary Authority of Singapore. Where this report is issued or promulgated in Singapore, it is only intended for distribution to a person who is an accredited investor, expert investor or institutional investor as defined in the Securities and Futures Act (Cap. 289), the Securities and Futures (Prescribed Specific Classes of Investors) Regulations 2005, or the Securities and Futures (Classes of Investors) Regulations 2018 issued by the Monetary Authority of Singapore.

**Additional Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA"

**TD COWEN**
EQUITY RESEARCH

Teladoc Health
February 20, 2024

at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.tdcowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://tdcowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at February 20, 2024, 22:56ET. and disseminated at February 20, 2024, 22:56ET.

**Copyright, User Agreement and other general information related to this report**

© 2024 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of TD Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of TD Cowen. TD Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All TD Cowen trademarks displayed in this report are owned by TD Cowen and may not be used without its prior written consent.

Cowen and Company, LLC. New York 646 562 1010 Boston 617 946 3700 San Francisco 415 646 7200 Chicago 312 577 2240 Cleveland 440 331 3531 Atlanta 866 544 7009 Stamford 646 616 3000 Washington, D.C. 202 868 5300 London (affiliate) 44 207 071 7500

**TD COWEN EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## TD Cowen Equity Research Rating Distribution

Distribution of Ratings/Investment Banking Services (IB) as of 12/31/23

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 623 | 65.86% | 189 | 30.34% |
| Hold (b) | 315 | 33.30% | 52 | 16.51% |
| Sell (c) | 8 | 0.85% | 1 | 12.50% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by TD Cowen Cross-Asset Research.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.



Evolent Health Rating History as of 02/20/2024







**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | D = Discontinued Coverage | $xx = Price Target | NA = Not Available |
S=Suspended

# POINTS OF CONTACT

## Analyst Profiles



### Charles Rhyee

New York

646 562 1376

charles.rhyee@cowen.com

Charles Rhyee is a senior analyst covering health care IT and distribution, which he has followed since 1999. He joined TD Cowen in 2011.



### Lucas Romanski

New York

646 562 1352

lucas.romanski@cowen.com

Lucas Romanski is an equity research associate covering health care IT and distribution. He joined TD Cowen in 2022.



### Adam Efrem

New York

646 562 1318

adam.efrem@cowen.com

Adam Efrem is an equity research associate covering health care IT and distribution. He joined TD Cowen in 2023.

## Reaching TD Cowen

### Main Cowen and Company Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**
3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

### International Location

**Cowen Execution Services Limited**

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500





