# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Audra J. Soloway**
**Direct Dial:** +1 212 373 3289
**Email:** asoloway@paulweiss.com

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

**MEMO ENDORSED**

April 6, 2026

**VIA ECF**

The Hon. Kenneth M. Karas
United States District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

     *Stary* v. *Teladoc Health, Inc., et al.*, No. 7:24-cv-03849-KMK (S.D.N.Y.)

Dear Judge Karas:

We write on behalf of Defendants Teladoc Health, Inc., Jason Gorevic, and Mala Murthy under Section I.C of Your Honor's Individual Rules of Practice to request a one-month extension to Defendants' deadline to answer the Amended Complaint for Violations of the Federal Securities Laws filed by Lead Plaintiffs Joshua Marit and Ali Touat on February 24, 2025 (Dkt. No. 60) (the "Amended Complaint").

Defendants moved to dismiss the Amended Complaint on June 20, 2025. (Dkt. No. 69.) On March 31, 2026, the Court granted in part and denied in part Defendants' motion to dismiss. (Dkt. No. 79.) Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' answer is currently due April 14, 2026. Defendants respectfully request a one-month extension of that deadline to May 14, 2026, to provide sufficient time for Defendants to answer the 236-paragraph Amended Complaint, and to account for Defendants' counsel's pre-existing, competing obligations. Lead Plaintiffs consent to this request.

This is Defendants' first request for an extension of time to answer the Amended Complaint.

We appreciate the Court's consideration of this request.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                                    2

Respectfully,

/s/ *Audra J. Soloway*
Audra J. Soloway

cc:  counsel of record (via ECF)

Granted.

So Ordered.

4/6/26