Plaintiffs shall reply to Defendants'
Motion by no later than July 9, 2026.

SO ORDERED.

June 25, 2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL STARY, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br>v.<br>TELADOC HEALTH, INC., JASON NATHANIALL GOREVIC, and MALA MURTHY,<br><br>                 Defendants. | Case No. 7:24-cv-3849-KMK<br><br>**ORAL ARGUMENT**<br>**REQUESTED** |

**NOTICE OF MOTION FOR RECONSIDERATION**

PLEASE TAKE NOTICE THAT Defendants Teladoc Health, Inc. ("Teladoc"), Jason Gorevic, and Mala Murthy, by their counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP, and upon the accompanying Memorandum of Law, hereby move this Court pursuant to Federal Rule of Civil Procedure 60(b) and Local Civil Rule 6.3 for reconsideration of the portion of the Court's March 31, 2026 Opinion & Order (Dkt. 79) denying dismissal of the Plaintiff's Amended Complaint (Dkt. 60) as to Teladoc's risk disclosures issued on July 28, 2023, and October 27, 2023. In accordance with Rule II.E of Judge Karas's Individual Practices, oral argument, if any, will be held on a date and at a time designated by the Court.

Dated: June 11, 2026
New York, New York

Paul, Weiss, Rifkind, Wharton & Garrison LLP

By: /s/ Audra J. Soloway
    Daniel J. Kramer
    Audra J. Soloway
    David P. Friedman
    Daniel Sinnreich
    Emily Miller
    1285 Avenue of the Americas
    New York, NY  10019-6064
    Phone:  (212) 373-3000
    dkramer@paulweiss.com
    asoloway@paulweiss.com
    dfriedman@paulweiss.com
    dsinnreich@paulweiss.com
    emiller@paulweiss.com

*Attorneys for Defendants Teladoc Health, Inc., Jason Gorevic, and Mala Murthy*