October 19, 2026

**<u>Via ECF</u>**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: *Stary* v. *Teladoc Health, Inc.*, et al., No. 7:24-cv-3849 (S.D.N.Y.)

Dear Judge Karas:

Defendants Teladoc Health, Inc., Jason Gorevic, and Mala Murthy write jointly with Lead Plaintiff Joshua Marit, to request modifications to the briefing schedule for Plaintiff's motion for class certification, set forth in the Case Management Order entered by the Court on July 31, 2026, Dkt. 99.

To accommodate competing professional obligations and planned holiday travel, the parties have agreed to extend the deadlines for Defendants to file their class certification opposition brief and Lead Plaintiff to file his class certification reply brief as follows:

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| Defendants' class certification opposition brief to be filed | October 23, 2026 | November 9, 2026 |
| Plaintiff's class certification reply brief to be filed | December 23, 2026 | January 15, 2027 |

There have been no previous requests to extend these deadlines.

The parties appreciate the Court's attention to this matter.

The Honorable Kenneth M. Karas
October 19, 2026
Page 2

Respectfully submitted,

/s/ *Audra J. Soloway*
Daniel J. Kramer
Audra J. Soloway
David P. Friedman
Daniel Sinnreich
Emily Miller
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212/373-3000
dkramer@paulweiss.com
asoloway@paulweiss.com
dfriedman@paulweiss.com
dsinnreich@paulweiss.com
emiller@paulweiss.com

*Attorneys for Teladoc Health, Inc., Jason Gorevic, and Mala Murthy*

So Ordered.
10/19/26

/s/ *Michael G. Capeci*
Samuel H. Rudman
Michael G. Capeci
Natalie C. Arenella
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
srudman@rgrdlaw.com
mcapeci@rgrdlaw.com
narenella@rgrdlaw.com

Shannon L. Hopkins
Gregory M. Potrepka
LEVI & KORSINSKY, LLP
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: 203/992-4523
shopkins@zlk.com
gpotrepka@zlk.com

*Lead Counsel for Lead Plaintiff*

cc: All counsel of record (via ECF)